## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>     *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>     *Defendant*. | No. 22 Civ. 10016 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

  Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
    November 24, 2022

                    /s/ *Joshua Matz*
                    Joshua Matz
                    KAPLAN HECKER & FINK LLP
                    1050 K Street Northwest, Suite 1040
                    Washington, D.C. 20001
                    Telephone: (212) 763-0883
                    Facsimile: (212) 937-3734
                    jmatz@kaplanhecker.com

                    *Counsel for Plaintiff E. Jean Carroll*