UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                  *Plaintiff,*<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>                  *Defendant.* | No. 22 Civ. 10016 |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        November 24, 2022

                                                /s/ *Matthew J. Craig*
                                                Matthew J. Craig
                                                KAPLAN HECKER & FINK LLP
                                                350 Fifth Avenue, 63rd Floor
                                                New York, New York 10118
                                                Telephone: (212) 763-0883
                                                Facsimile: (212) 937-3734
                                                mcraig@kaplanhecker.com

                                                *Counsel for Plaintiff E. Jean Carroll*