UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                  Plaintiff,

              -against_                        22-cv-10016 (LAK)

DONALD J. TRUMP,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

          1.        The Court will hold a scheduling conference on December 21, 2022 in Courtroom 21B at 10:00 a.m.

          2.        On or before December 19, 2022, the parties shall submit a discovery plan containing the information required by Fed. R. Civ. P. 26(f) as well as the following:

          a.      Any contention that any of the discovery taken in *Carroll v. Trump,* 20-cv-7311 (LAK) (*"Carroll I"*), is not admissible in this action and the basis, item-by-item, for that contention.

          b.      A detailed statement of what specific discovery that was not conducted in *Carroll I* is needed for the prosecution or defense of this case and the basis for the contention that it is needed.

          c.      The parties' proposed scheduling orders for this case and the bases for their proposals.

          SO ORDERED.

Dated:         December 2, 2022

                                    /s/   Lewis A. Kaplan
                               _____
                                     Lewis A. Kaplan
                              United States District Judge