UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>   *Plaintiff,*<br><br> v.<br><br>DONALD J. TRUMP,<br><br>   *Defendant.* | Civil Action No.: 22-cv-10016 |

## NOTICE OF APPEARANCE

To the Clerk of court and all parties of record:

 I certify that I am admitted to practice in this court. I am appearing in the above-captioned matter as counsel for defendant, Donald J. Trump.

Dated: December 8, 2022

                */s/ Alina Habba*
                Alina Habba, Esq.
                HABBA MADAIO & ASSOCIATES LLP
                1430 US Highway 206, Suite 240
                Bedminster, New Jersey 07921
                -and-
                112 West 34th Street, 17th & 18th Floors
                New York, New York 10120
                Telephone: (908) 869-1188
                Facsimile: (908) 450-1881
                E-mail: ahabba@habbalaw.com
                *Counsel for Defendant Donald J. Trump*