```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-09-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
E. JEAN CARROLL,

                       Plaintiff,

       -against-                                   22-cv-10016 (LAK)

DONALD J. TRUMP,

                       Defendant.
------------------------------------------------x
UNITED STATES OF AMERICA

       -against-                                   S6 19-cr-0233 (LAK)

ARIF NAQVI,, et al.,

                       Defendants.
------------------------------------------------x

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

        Counsel are advised that Shawn G. Crowley, Esq., who appears for the plaintiff in the first captioned case and for the defendant in the second, is a former law clerk to the undersigned. The undersigned co-officiated (with another judge) at the marriage of Ms. Crowley approximately seven years ago.

Dated:      December 9, 2022

                                                       _/s/ Lewis A. Kaplan_
                                                         Lewis A. Kaplan
                                                   United States District Judge