# EXHIBIT A

## DISCOVERY COMPLETED IN *CARROLL I*

| Written Discovery | | |
|---|---|---|
| **Discovery Type** | **Plaintiff** | **Defendant** |
| Document Production | 30,799 pages | 10 pages |
| Substantive Interrogatories Responses | 19 responses | 4 responses |
| Substantive RFA Responses | n/a | 42 responses |
| Expert Reports | 1 report | 1 rebuttal report |
| **Depositions** | | |
| **Deponent** | **Noticing/Subpoenaing Party** | |
| E. Jean Carroll | Defendant | |
| Donald J. Trump | Plaintiff | |
| Lisa Birnbach (Friend of Plaintiff) | Defendant | |
| Carol Martin (Friend of Plaintiff) | Defendant | |
| Cande Carroll (Sister of Plaintiff) | Plaintiff | |
| Robbie Myers (Former Editor-in-Chief of Elle Magazine) | Plaintiff | |
| Natasha Stoynoff (Person Who Has Accused Defendant of Similar Sexual Misconduct) | Plaintiff | |
| Jessica Leeds (Person Who Has Accused Defendant of Similar Sexual Misconduct) | Plaintiff | |
| Stephanie Grisham (Former White House Press Secretary) | Plaintiff | |
| Professor Ashlee Humphreys (Plaintiff's Expert) | Defendant | |
| Robert J. Fisher (Defendant's Rebuttal Expert) | Plaintiff | |