# EXHIBIT B

Page 1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4

5   E. JEAN CARROLL,            )
                Plaintiff,      )
6                               )
            -against-           )20-cv-7311(LAK)
7                               )
    DONALD J. TRUMP, in his     )
8   personal capacity,          )
                Defendant.      )
9   _____     )

10

11

12             ***CONFIDENTIAL***

13          VIDEOTAPED DEPOSITION OF

14              E. JEAN CARROLL

15            New York, New York

16          Friday, October 14, 2022

17

18

19

20   Reported By:

21   CATHI IRISH, RPR, CRR, CLVS

22

23

24

25

```
 1          CARROLL - CONFIDENTIAL
 2    sold the company?
 3        A.   No.
 4        Q.   Did you ever use your own website
 5    to meet anyone?
 6        A.   I looked.
 7        Q.   I'll just repeat my question.
 8    Did you ever use the website to meet
 9    anyone?
10        A.   I didn't see anyone --
11        Q.   You didn't --
12        A.   -- that I would have dated.
13        Q.   Did your sister ever date anybody
14    from the website?
15        A.   No.
16        Q.   What would have been your
17    criteria for someone you dated at that
18    time, and I can give you a year
19    approximately, but let's say when you sold
20    the company to The Knot?
21        A.   Here's the thing, the light had
22    gone out.  I just wasn't -- I liked
23    meeting men, I liked meeting new people
24    but my life was not there, you know?  In
25    New York there's a taxi and if the light
```

```
 1              CARROLL - CONFIDENTIAL
 2     is on it means it's available, wants to
 3     meet people.  I didn't have that.  My
 4     light was gone.
 5         Q.   But you had been looking on the
 6     website to see if there was anyone?
 7         A.   I'm always curious.
 8         Q.   Do you go out on dates?
 9              MS. KAPLAN:  Again, let's have a
10         time frame.
11     BY MS. HABBA:
12         Q.   Same time frame, let's stick with
13     that time frame, when you sold it to The
14     Knot.
15         A.   Every once in awhile but I rarely
16     let a new acquaintance get to the point
17     where he would ask me out or I would ask
18     him out.
19         Q.   So you would go to dinners; is
20     that correct?
21         A.   Yes, as friends.
22         Q.   Let me ask you this:  Did you
23     only date men?
24         A.   Yes.
25         Q.   Never dated women?
```

1          CARROLL - CONFIDENTIAL

2      A.    No.

3      Q.    So who was your last significant

4   relationship that you remember?

5      A.    John Johnson.

6      Q.    Who was the last man you dated

7   that you recall?

8      A.    I don't remember his name.

9   That's how significant it was.

10     Q.    Do you remember approximately

11  when?

12     A.    No.  It's not for lack of trying.

13  I wanted to meet people.  I just -- the

14  music had stopped.

15     Q.    Why do you think the music had

16  stopped?

17     A.    Well, looking back on it, it may

18  have been what happened at Bergdorf's.

19     Q.    Is there anything else that you

20  think could have caused it?

21     A.    Luck, not -- not meeting people

22  that would make me want to spend time with

23  them.

24     Q.    Do you consider yourself asexual

25  at this moment?

```
 1              CARROLL - CONFIDENTIAL
 2       A.   No.
 3       Q.   So a sex drive is not the issue;
 4   is that correct?
 5       A.   I had no desire for desire.  I
 6   don't have the desire to want sex.  You
 7   have to want sex.
 8       Q.   Would you describe that as a sex
 9   drive for most people?
10       A.   Yes.
11       Q.   Have you ever tried to fix that
12   in any way, meaning getting help?
13       A.   Well, looking back perhaps maybe
14   I should have but in my own way, I started
15   a dating site and then I started another
16   dating site.  It's not that I was, you
17   know, staying in the house with a shawl
18   over my head.
19       Q.   What type of men do you like?
20            MS. KAPLAN:  Objection to form.
21            MS. HABBA:  Generally what type
22       of men do you like?
23            MS. KAPLAN:  You can answer.
24            THE WITNESS:  Men who live
25       fascinating lives, men who are kind,
```

```
 1           CARROLL - CONFIDENTIAL
 2      men who have a great sense of humor,
 3      men who are fun to be with, men who
 4      love animals, men who love their
 5      mothers, men who like women, men who
 6      like other men, not sexually but like,
 7      you know, athletic men, adventurous
 8      men.
 9  BY MS. HABBA:
10      Q.   Do you like men who are
11  successful?
12      A.   Yes.
13           MS. KAPLAN:  Objection to form,
14      sorry.
15           THE WITNESS:  Yes.
16  BY MS. HABBA:
17      Q.   When is the last time you went
18  out with a man -- how do I state this --
19  in hopes of becoming more than friends?
20      A.   See, that's the thing.  You put
21  your finger on it.  I've never met anybody
22  since that time where I felt that hope of
23  wow, I hope this turns into something.
24      Q.   So when is last time you had sex?
25      A.   '94 or '95.
```

```
 1              CARROLL - CONFIDENTIAL
 2       A.   No.
 3       Q.   Do you recall what your
 4   disposition was on that phone call?
 5       A.   I was in shock and disordered.  I
 6   felt unbalanced which was a strange
 7   feeling for me.
 8       Q.   When you say unbalanced were you
 9   actually physically unbalanced?
10       A.   Yes.
11       Q.   Did you sit down at any point
12   or --
13       A.   No.
14       Q.   Did you need to get a water or do
15   anything to take care of yourself after
16   that moment?
17       A.   No, what I wanted to do, I needed
18   to talk to somebody, talk to Lisa.  Then I
19   just wanted to go home.
20       Q.   Is that what you did?
21       A.   (Witness nodded.)
22       Q.   So did you go to a parking garage
23   to get your car or did you go straight
24   home?
25       A.   The parking garage.
```

```
 1              CARROLL - CONFIDENTIAL
 2       A.    Model.
 3       Q.    Thank you.
 4       A.    It was a 1959.  It was a real
 5  beauty.
 6       Q.    What color?
 7       A.    That aquamarine and white.  It
 8  was a gorgeous car.
 9       Q.    So what did you do immediately
10  following the call?
11       A.    Walked to the car.
12       Q.    Did you call anybody else?
13       A.    No.
14       Q.    After you --
15       A.    No, not particularly after that
16  call.  I knew that I wasn't going to tell
17  anybody ever again about this.  Lisa
18  shocked me in the call.
19       Q.    Why did she shock you?
20       A.    She told me I had been raped.
21       Q.    Had it occurred to you?
22       A.    No.
23       Q.    After this conversation, did you
24  discuss this incident with Ms. Birnbach
25  again?
```

1           CARROLL - CONFIDENTIAL

2      Q.   Have you ever questioned if what

3   happened in that dressing room was rape?

4           MS. KAPLAN:  Objection to form.

5      You can answer.

6           THE WITNESS:  I question whether

7      he thought it was rape.  I never

8      questioned what I thought.

9   BY MS. HABBA:

10     Q.   During the two decades that

11  followed, how would you say the alleged

12  attack impacted your life?

13     A.   Well, four or five years ago I

14  would have told you it had no effect.  I'm

15  as good as new.  This is great.  I'm fine.

16  I rarely think of it but I've come to

17  understand that that rape changed my life

18  which is shocking for me to now

19  understand.

20     Q.   When you say four or five years

21  ago, do you mean when you started this

22  lawsuit?

23     A.   No, before that, before that.

24  I'm talking about the time before this.

25     Q.   Before the lawsuit.

Page 147

1                CARROLL - CONFIDENTIAL

2     why was -- let me scratch that.

3          During the last two decades, have

4     you ever interacted with the defendant

5     again directly?

6     A.    No.

7     Q.    Were you aware that the

8     president -- that the defendant was a

9     presidential candidate prior to the 2016

10    election?

11    A.    Yes.

12    Q.    And are you aware that he ran in

13    2000 as a potential member of the reform

14    party?

15    A.    No.

16    Q.    Did you ever consider coming

17    forward with your account prior to #MeToo?

18    A.    Never.

19    Q.    Why not?

20    A.    Just -- I'm going to say

21    something that even surprises me because

22    women who have been raped are looked at in

23    this society as less, are looked at as

24    spoiled goods, are looked at as rather

25    dumb to let themselves get attacked.  I

```
 1              CARROLL - CONFIDENTIAL
 2    mean even you have to say did you scream?
 3    I mean every woman who admits to being
 4    attacked has to answer that question, why
 5    didn't you scream, why did you come
 6    forward when you did, why didn't you come
 7    forward before and so no, I didn't -- I
 8    would have been fired.
 9         Q.   How did you feel when you found
10    out that the defendant announced he was
11    running for president in 2016?
12         A.   I thought oh, boy.
13         Q.   What does oh, boy mean?
14         A.   Just almost disbelief and a
15    little bit of heartache.  I felt really
16    bad, you know.
17         Q.   Why did you feel bad?
18         A.   I didn't think he would be a good
19    candidate.
20         Q.   Why didn't you come forward with
21    your account at that time?
22         A.   I was with my mother in
23    Bloomington, Indiana.  She was on her
24    deathbed.  She was a feisty redheaded
25    Scottish woman, republican politician, so
```

```
 1            CARROLL - CONFIDENTIAL
 2   BY MS. HABBA:
 3      Q.   Were the timing of your
 4   allegations related to the former
 5   president's run for reelection?
 6      A.   No.
 7      Q.   Was it something you considered?
 8      A.   No.
 9      Q.   How did the defendant's
10   statements impact your personal life?
11      A.   Totally affected it.  I lost my
12   job.  I'm looked at as a woman who's
13   untrustworthy, looked at now as a woman
14   who can't be believed.  I'm looked at as a
15   woman who was stupid and dumb enough to
16   have happen to her what happened to her.
17      Q.   You just said that you're looked
18   at as a woman stupid enough to have had
19   happen to her what happened to her; is
20   that correct?
21      A.   (Witness nodded.)
22      Q.   How does that relate to Donald
23   Trump, the perception rather?
24      A.   He raped me and after that
25   everything I thought was quickly over and
```

Confidential

1

2                UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
3
              CASE No. 20 CIV. 7311 (LAK)(JLC)
4

5    E. JEAN CARROLL,

6              Plaintiff,

7    -vs-

8    DONALD J. TRUMP,
     in his personal capacity,
9
               Defendant.
10   _____/

11

12

13                   =   =   =

14                 CONFIDENTIAL

15                   =   =   =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18
               Wednesday, October 19, 2022
19              10:22 a.m. - 3:50 p.m.

20             The Mar-a-Lago Club
              1100 South Ocean Boulevard
21            Palm Beach, Florida, Florida

22

23   Stenographically Reported By
     Pamela J. Pelino, RPR, FPR, CLR
24   Notary Public, State of Florida
     TSG REPORTING
25   JOB NO. 218342
                         -   -   -

1                        D. J. TRUMP



D. J. TRUMP



1                      D. J. TRUMP



Page 128

```
 1                    D. J. TRUMP
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```


1                      D. J. TRUMP







1                        D. J. TRUMP



1               D. J. TRUMP



1        D. J. TRUMP



1                           D. J. TRUMP



Page 136

1      D. J. TRUMP



1               D. J. TRUMP





D. J. TRUMP

1                       D. J. TRUMP



Page 140

1                          D. J. TRUMP



Page 141

1                    D. J. TRUMP





1                    D. J. TRUMP



1               D. J. TRUMP



1               D. J. TRUMP





1              D. J. TRUMP



1                        D. J. TRUMP



1                    D. J. TRUMP



1      D. J. TRUMP





D. J. TRUMP



D. J. TRUMP



1          D. J. TRUMP





D. J. TRUMP

D. J. TRUMP



Page 157

1                          D. J. TRUMP





1  D. J. TRUMP