# EXHIBIT C

Page 1

1

2        UNITED STATES DISTRICT COURT

3        SOUTHERN DISTRICT OF NEW YORK

4

5    E. JEAN CARROLL,            )
                 Plaintiff,     )
6                               )
           -against-            )20-cv-7311(LAK)
7                               )
     DONALD J. TRUMP, in his    )
8    personal capacity,         )
                 Defendant.     )
9    _____    )

10

11

12            ***CONFIDENTIAL***

13        VIDEOTAPED DEPOSITION OF

14            E. JEAN CARROLL

15          New York, New York

16        Friday, October 14, 2022

17

18

19

20   Reported By:

21   CATHI IRISH, RPR, CRR, CLVS

22

23

24

25

1              CARROLL - CONFIDENTIAL

2        Q.    Did you tell anybody you were

3   going to Bergdorf that day?

4        A.    I can't recall.

5        Q.    I think you answered this but do

6   you remember why you went to Bergdorf that

7   day?

8        A.    I was looking for something.  I

9   was looking for something.  I had -- I

10  wouldn't have driven in and gone shopping

11  unless I had something I wanted to get.

12       Q.    Okay.

13       A.    I don't remember what it was.

14       Q.    How often would you go to

15  Bergdorf?

16            MS. KAPLAN:  During this period?

17  BY MS. HABBA:

18       Q.    I'm sorry, for this entire line

19  of questioning I'm referring to the

20  incident at hand in your complaint so it's

21  during that period of time.

22       A.    This would be special.

23       Q.    And just walk me through when the

24  first time you noticed the defendant on

25  the date in question was.

1          CARROLL - CONFIDENTIAL

2       A.   I was leaving the store.  He was

3   coming in.  He held up his hand as I was

4   coming out so I stopped and he came in and

5   he said hey, you're that advice lady.

6       Q.   Did you respond to him at that

7   time?

8       A.   I said something like hey, you're

9   that real estate tycoon.

10       Q.   Had he ever previously referred

11   to you as the advice lady?

12           MS. KAPLAN:  Objection to form.

13   BY MS. HABBA:

14       Q.   That you know of, I should say.

15       A.   I don't know if he has or not.

16       Q.   Had you ever heard him call you

17   that in your prior encounters?

18       A.   No.

19       Q.   Did he gesture at you in any way

20   when he saw you?

21       A.   Put up his hand to stop me from

22   going out when he was coming in.

23       Q.   Was it a revolving door?

24       A.   Yes.

25       Q.   So he was on the other side of

```
 1            CARROLL - CONFIDENTIAL
 2   the revolving door when he put his hands
 3   up?
 4        A.   He was outside.
 5        Q.   Just have the record reflect
 6   she's putting her hand up.
 7             Was defendant accompanied by
 8   anyone when he was walking in?
 9        A.   No.
10        Q.   Did he have security?
11        A.   No.
12        Q.   When you had seen the defendant
13   prior times, did he have security?
14        A.   I didn't see any security.
15        Q.   Did anyone else recognize the
16   defendant when he came in?
17             MS. KAPLAN:  Objection to form.
18        If you know.
19             THE WITNESS:  One shopper and a
20        sales attendant.
21   BY MS. HABBA:
22        Q.   I'm just going to back up really
23   quickly.  So he was outside the revolving
24   door; is that correct?
25        A.   (Witness nodded.)
```

1              CARROLL - CONFIDENTIAL

2              MS. KAPLAN:  I'm so sorry.

3              MS. HABBA:  She's nodding.

4              THE WITNESS:  Yes.

5    BY MS. HABBA:

6        Q.   You were inside the revolving

7    door?

8        A.   Yes.  I was inside Bergdorf's.

9        Q.   So when he put his hand up, you

10   were inside the store and he was outside

11   the store; is that correct?

12       A.   Yes, yes, because I was heading

13   out through the revolving door.  He was

14   coming in so to stop me from coming out

15   the door he went like this (indicating).

16       Q.   And put up his hand, for the

17   record.

18            Why did you stop?

19       A.   It's the international symbol.

20   It was aimed at me so I stopped.

21       Q.   Were there other people walking

22   through the revolving door?

23       A.   There were very, very few people

24   in the store.

25       Q.   Why was that, if you know?

1            CARROLL - CONFIDENTIAL

2      A.   It was evening.  It was 6:30,

3  probably going on 7.

4      Q.   What happened after he went

5  through the revolving door?

6      A.   He said hey, you're that advice

7  lady, and then he said come help me buy a

8  present.

9      Q.   And what did you say?

10     A.   I was delighted.

11     Q.   Why were you delighted?

12     A.   I'm an advice columnist, this is

13  my duty.

14     Q.   Were you delighted because it was

15  Donald Trump?

16     A.   It was a New York scene with

17  Donald Trump asking me to help advise him

18  on getting a present.

19     Q.   If it had been anyone other than

20  Donald Trump, would you have done it?

21     A.   Absolutely, yes.

22     Q.   So you said somebody recognized

23  Donald Trump at that time; is that

24  correct?

25     A.   Yes.

1          CARROLL - CONFIDENTIAL

2      Q.   You mentioned two people; is that

3  right?

4      A.   (Witness nodded.)

5      Q.   Can you explain to me when that

6  happened?

7      A.   I said handbags.  Handbags, that

8  would be perfect.  So we entered, we

9  walked, we started walking and he was

10  going to have no part of the handbag

11  thing, so then I said hats because at the

12  time hats and handbags were fairly close,

13  actually mixed together.

14      Q.   Was this on the ground floor of

15  Bergdorf?

16      A.   Um-hum.

17      Q.   When did the first person

18  recognize Donald Trump?

19      A.   Well, we were looking at --

20  heading towards the handbags in the area.

21  She gaped up at him.

22      Q.   She being a customer or the

23  person that worked there?

24      A.   No, customer.

25      Q.   Customer.  Did she say anything

1              CARROLL - CONFIDENTIAL

2     to him?

3          A.   I just remember she was tiny.

4     She was looking up.

5          Q.   Did he say anything to her?

6          A.   I don't recall.

7          Q.   Do you recall what she looked

8     like?

9          A.   She was small.

10         Q.   Was she white, was she Asian?

11         A.   Small.  Main thing I remember is

12    her looking up, gaping.

13         Q.   But you can't recall what she

14    looked like or what her background was?

15         A.   No.

16         Q.   When was the next time someone

17    recognized Donald Trump that day?

18         A.   A sales attendant.

19         Q.   Where was that?

20         A.   In the handbags and hats.

21         Q.   So that was after the petite

22    female; correct?

23         A.   They came roughly at the same

24    time.

25         Q.   What did that person say?

1          CARROLL - CONFIDENTIAL

2      A.   I do not recall anything specific

3  that she said.  She seemed very pleased to

4  see him.

5      Q.   Did she help either of you?

6      A.   No, we walked past her.

7      Q.   Did he acknowledge her?

8      A.   In the '90s, he seemed to be very

9  friendly to people so he was like nodding.

10      Q.   Do you recall any defining

11  characteristics of the person that helped

12  in the hat or handbag section?

13      A.   (Witness nodded.)  No.

14      Q.   So what happened next?

15      A.   I wish I did.

16      Q.   So what happened next?

17      A.   I had suggested a handbag, he was

18  not interested in the handbag.  Oh, before

19  that, I said who is the present for?  And

20  he said a girl.  And that's why I

21  suggested handbags and he wouldn't do that

22  so I said hats, you can't go wrong with a

23  hat.  Look at the hats.  So we went to the

24  hats.

25      Q.   And I believe you had stated in

1           CARROLL - CONFIDENTIAL

2    your book, which we'll talk about, that he

3    went to a fur hat; is that correct?

4           MS. KAPLAN:  You have to say.

5           THE WITNESS:  Yes, he went right

6       for the fur hat and was petting it.

7       That is a vision.  He had it in his

8       hand.

9    BY MS. HABBA:

10      Q.   And then what happened?

11      A.   He asked me how old I was.

12      Q.   And your response to that was

13   what?

14      A.   52.

15      Q.   And what happened after that?

16      A.   He told me how old I was.  He

17   said you're so old.

18      Q.   And what did you say in response

19   to that, if anything?

20      A.   I do not recall but I hope it was

21   something saucy.

22      Q.   And what happened after that?

23      A.   Then he got the idea of lingerie.

24      Q.   How do you know that?

25      A.   Because he said lingerie.  He

```
 1              CARROLL - CONFIDENTIAL
 2    said I know, lingerie.
 3         Q.   Did you ask him to identify the
 4    girl that he was shopping for?
 5         A.   In a roundabout way.
 6         Q.   What does that mean?
 7         A.   I asked him how old she was,
 8    that's why he asked me how old I was.
 9         Q.   Did he answer your question?
10         A.   No.
11         Q.   So the hat and the bags were on
12    the ground level; is that correct?
13         A.   Yes.
14         Q.   At that point did you leave the
15    ground floor?
16         A.   Yes.
17         Q.   And where did you go?
18         A.   After he said I know, lingerie,
19    we went up the escalator.
20         Q.   Do you know what floor you went
21    to?
22         A.   I don't recall but it seems to me
23    it was like the sixth floor.  It was a
24    long ride.
25         Q.   And there was nobody else but the
```

```
 1              CARROLL - CONFIDENTIAL
 2    two of you going up together; is that
 3    correct?
 4        A.    Correct.
 5        Q.    At any point after you went on
 6    the escalator, did you speak to any other
 7    staff members of Bergdorf?
 8        A.    No, we didn't see any other
 9    people.  We did not see anybody going up
10    the escalator.
11        Q.    So you went up six floors in
12    Bergdorf --
13        A.    I'm not sure about how many
14    floors.  The escalators, it seems like we
15    were on the escalators a long time.
16    That's why I'm thinking it was the sixth,
17    maybe the sixth or seventh floor.
18        Q.    What did you talk about on the
19    escalator?
20        A.    He was commenting on various
21    things in the store as we rode up.
22        Q.    But you didn't see anybody else
23    in the store?
24        A.    No.
25        Q.    Can you generally describe the
```

1          CARROLL - CONFIDENTIAL

2    layout of the floor with the lingerie on

3    it once you got there?

4        A.   From memory, now I had been in

5    Bergdorf's after this so my vision may be

6    prejudiced but I remember it was on the

7    floor with the cruise section, you know,

8    vacation clothes, bathing suits, and I

9    think evening gowns.

10       Q.   Do you remember if the lingerie

11   was close to the escalator when you got

12   off?

13       A.   No, we walked to get there.

14   That's why I'm clear that there was nobody

15   on the floor, nobody.

16       Q.   When you say nobody on the floor,

17   you mean not even customers?

18       A.   Not even customers.

19       Q.   So what happens next once you get

20   to the lingerie section?

21       A.   There's a -- as you enter the

22   lingerie section on the left there's a

23   counter and on the counter were three or

24   four boxes and there was nobody there.

25   And on the counter was a body suit,

1          CARROLL - CONFIDENTIAL

2   see-through body suit with a little bit of

3   lace on it and he picked it up.

4        Q.   So that body suit was just on the

5   counter, it wasn't hanging with the other

6   lingerie?

7        A.   No, when we were there, there

8   were no racks, it was just boxes, things

9   were put under a counter, a glass counter.

10       Q.   What do you mean by boxes?

11       A.   Boxes that held, you know, pretty

12  frilly little items.

13       Q.   So was everything on shelves in

14  the lingerie department?

15       A.   I only remember the counter.

16       Q.   The counter, when you say the

17  counter, you mean the counter where you

18  would check out; is that right?

19       A.   Um-hum.

20       Q.   And there was one piece of

21  lingerie on that counter?

22       A.   Yeah, and a couple of boxes and

23  there may have been lingerie hanging over

24  the right on the racks, I didn't see it.

25       Q.   And there was no one on that

```
 1              CARROLL - CONFIDENTIAL
 2        It was a counter with boxes and a body
 3        suit.
 4   BY MS. HABBA:
 5        Q.   Did the counter display items in
 6   it?
 7        A.   I don't remember seeing things
 8   displayed but I don't remember.
 9        Q.   So what happened after he picked
10   up the lingerie?
11        A.   He snatched it up and he said go
12   put this on.
13        Q.   What happened then?
14        A.   I said you put it on, it's your
15   color.
16        Q.   What color was it?
17        A.   Gray blue.
18        Q.   Gray blue.  Do you remember the
19   brand?
20        A.   No.  It was a very beautiful
21   piece of lingerie though.
22        Q.   What did it look like?
23        A.   See-through, lilac grayish-blue
24   edged with a little bit of lace, very
25   pretty.
```

1              CARROLL - CONFIDENTIAL
2       Q.   And what type of lingerie was it?
3       A.   It was a one-piece body suit.
4       Q.   So what happened next?
5       A.   He threw it back at me and he
6  said go put this on.
7       Q.   Did he hand it to you?
8       A.   No, he threw it at me.  So I
9  tossed it back to him and said it goes
10  with your eyes.
11       Q.   Did he catch it?
12       A.   Yeah, he caught it like this
13  (indicating).
14       Q.   She can't, she has to articulate.
15       A.   He held it like this
16  (indicating).
17            MS. KAPLAN:  Videographer, are
18       you getting this all on the video?
19            THE VIDEOGRAPHER:  Yes.
20  BY MS. HABBA:
21       Q.   He caught it and held it to his
22  chest, is that what you're doing with your
23  hands?
24       A.   He went like this and then he
25  held it against my chest and said you're

```
1            CARROLL - CONFIDENTIAL
2    in good shape, this looks like it might
3    fit you.
4        Q.   Okay.  And then what happened?
5        A.   And then I said but it's your
6    size.  This was banter.  We're going back
7    and forth.  He's saying put this on, I'm
8    saying you put it on.  He's saying -- I
9    thought it was an enjoyable repartee.
10       Q.   And when you say it was his size,
11   was it a large size piece of lingerie?
12       A.   It was a joke to say that.
13       Q.   Okay.  I just want to clarify for
14   the record.
15       A.   No, it was not a huge piece.
16       Q.   What happened next?
17       A.   And then I said it's your size
18   and he took my arm and he said let's go
19   put this on, and I started laughing
20   because I'm thinking to myself this is
21   hilarious, I'm going to make him put it on
22   over his pants.  That's my plan.  And then
23   after I make him put it on over his pants
24   I'm going to have a story that I can tell
25   my friends at dinner.
```

1          CARROLL - CONFIDENTIAL

2      Q.   Did you think that Donald Trump

3  would put the piece of lingerie over his

4  pants?

5      A.   I did.

6      Q.   Did he indicate that to you?

7      A.   He was very different.  He was

8  not the former president at the time.  He

9  was a man about town with a good sense of

10  humor, actually asked me a few questions

11  about myself, was engaged as a human being

12  and not riddled with the cares of an

13  office.  He was pretty freewheeling.

14      Q.   What kinds of questions did he

15  ask you about yourself?

16      A.   How old I was.

17      Q.   Anything we haven't discussed

18  yet?

19      A.   I think he said something about

20  shopping at Bergdorf's, that he was going

21  to buy Bergdorf's, that he questioned me,

22  do you like this store, I was thinking of

23  buying it.

24      Q.   What did you say?

25      A.   I said I love Bergdorf's.

1              CARROLL - CONFIDENTIAL

2       Q.    When was this conversation?

3       A.    Down in the handbags.

4       Q.    Any other conversations?

5       A.    Yes, there were lots of

6    conversations but I do not recall them.  I

7    didn't report anything I didn't remember.

8       Q.    So what happened after you headed

9    towards the dressing room?

10      A.    Amazingly the dressing room door

11   was open and I am laughing and thinking

12   this is the greatest thing, that when he

13   puts these pants on, I'm going to just --

14   it's going to be great.  And he had me --

15   he went like this (indicating).  I went

16   into the room.

17      Q.    He went like what for the record?

18      A.    (Indicating).

19      Q.    He gestured for you to go into

20   the dressing room?

21      A.    Yes.

22      Q.    With his hands?

23      A.    Yes.

24      Q.    And do you remember what dressing

25   room that was?

1          CARROLL - CONFIDENTIAL

2      A.    The first one.

3      Q.    The first one where?

4      A.    On the left.

5      Q.    It was the first on the left.  So

6  when you walked into the dressing rooms on

7  this floor with the lingerie, how far were

8  they from the counter?

9      A.    Not far.  About -- I can't say

10  exactly but it didn't seem far.

11      Q.    And do you remember approximately

12  how many rooms were in that dressing area?

13      A.    No.

14      Q.    You hadn't seen anybody from the

15  time that you got on that floor to the

16  time you got in the dressing room?

17      A.    No.

18      Q.    There was one dressing room open;

19  is that correct?

20      A.    And the body suit was on the

21  counter.

22      Q.    Were there any other dressing

23  rooms open?

24      A.    I didn't see beyond that.

25      Q.    How did you know that that

```
 1              CARROLL - CONFIDENTIAL
 2    dressing room was open?
 3         A.    Because the door was open.
 4         Q.    Were the other doors closed?
 5         A.    I don't have a vision of it.  I
 6    cannot call it up.  I can't call it up.
 7         Q.    How do you know that there wasn't
 8    somebody in the dressing rooms?
 9         A.    I don't know that.
10         Q.    Did you hear anybody?
11         A.    No.
12         Q.    So what happened after he
13    gestured with his hand for you to go into
14    the dressing room?
15         A.    It's all one action.  I stepped
16    into the room, the door was banged closed
17    and he pushed me up against the wall.
18         Q.    I'm just going to slow you down,
19    I apologize, I'm sure this is difficult to
20    talk about but the door was banged you
21    said.  Did he slam the door?
22         A.    He closed it (indicating).
23         Q.    With force?
24         A.    He closed it.
25         Q.    Did it have a lock on it?
```

Page 116

1              CARROLL - CONFIDENTIAL

2        A.    I have no idea.

3        Q.    Do you remember him locking the

4    door?

5        A.    No, I don't believe he locked the

6    door.

7        Q.    Was this a wood door that would

8    have hidden the entire room?

9             MS. KAPLAN:  Again you have to

10        say.

11            THE WITNESS:  I'm just still

12        thinking about your last question.

13        I'm sure he didn't lock it because he

14        immediately pushed me up against the

15        wall so hard that I banged my head so

16        I don't think he was locking it.

17   BY MS. HABBA:

18        Q.    Was there a mirror in the room?

19        A.    Yes.

20        Q.    Where was the mirror in relation

21   to where your head was?

22        A.    It was right, there was a chair

23   on the left and I was pushed up against

24   the wall (indicating).  If the mirror is

25   here and the chair is here, this wall,

```
 1              CARROLL - CONFIDENTIAL
 2   right next to the door.
 3        Q.   For the court reporter, when you
 4   walked into the room the mirror was on
 5   your right; is that correct?
 6        A.   Yes.
 7        Q.   And to your left is a wall where
 8   the chair was; is that correct?
 9        A.   Yes.
10        Q.   And you went straight back
11   against the far wall?
12        A.   No, the wall was right next to
13   the door.
14        Q.   The wall next to the door where
15   the chair was, is that the wall you're
16   referring to?
17        A.   Being the chair was here, this is
18   a wall, the door's here.  That's the door
19   to the dressing room.
20        Q.   She's pointing to the door.
21        A.   Right next to it.
22        Q.   So you went to the right of the
23   door of the dressing room?
24        A.   To the left.
25        Q.   You went to the left of the door
```

```
 1              CARROLL - CONFIDENTIAL
 2    when you walked in and that's where he
 3    allegedly pushed you against the wall?
 4             MS. KAPLAN:  Again you have to
 5        say.
 6             THE WITNESS:  Yes, yes.
 7    BY MS. HABBA:
 8        Q.   Okay.
 9        A.   There may have been a second
10    mirror but that also may have been a
11    window, I can't remember.
12        Q.   Do you remember what the
13    furniture looked like in that room?
14        A.   I remember there was a chair and
15    a table, a little tiny table and that's
16    all I remember.
17        Q.   Do you remember what the carpet
18    was?
19        A.   No.
20        Q.   Okay, so after you bumped your
21    head, did you say anything?
22        A.   I was so shocked that I didn't
23    speak.  What I did was I laughed.
24        Q.   Where did you bump your head
25    exactly?
```

1                CARROLL - CONFIDENTIAL

2        A.    Right in the back of it.

3        Q.    In the center of it?

4        A.    Yes.

5        Q.    Did it hurt?

6        A.    It hurt.  It jolted me and then

7    he pushed me back again and I hit it again

8    for a second time.

9        Q.    Was it loud?

10       A.    Inside my head, I remember

11   hearing a bang but...

12       Q.    Would somebody have heard it if

13   they were in the dressing room next door?

14       A.    Yes.

15       Q.    Would an attendant have heard it

16   if they were outside the dressing room?

17       A.    An attendant would have heard, I

18   believe so.

19       Q.    What happened next?

20       A.    An attendant would have heard me

21   laughing loudly.

22       Q.    I know you've addressed this

23   numerous times publicly but why were you

24   laughing?

25       A.    Shock.  Trying to recapture the

1              CARROLL - CONFIDENTIAL
2    camaraderie we had and sort of a feeling
3    of a lark, we're on a lark, we're having
4    an adventure, it's a lark, trying to
5    recapture that and take it out of the
6    realm where he had entered, trying to
7    reduce any eroticism about it.
8         Q.   Was it erotic?
9         A.   Not to me.
10        Q.   Was he angry?
11        A.   No.
12        Q.   What was his demeanor?
13        A.   Intent.
14        Q.   In any manner did the defendant
15   lunge at you?
16        A.   When he pushed me up against the
17   wall, he lunged at me and pushed me up
18   against the wall.
19        Q.   What happened next?
20        A.   I hit my head twice and then he
21   had his hands on my arms, pushed me back a
22   second time, hit my head and then he put
23   his shoulder into me, and he's a big man.
24   He's -- and he -- guessing 220, maybe 225
25   at the time.  I weighed 120.  He was 100

1           CARROLL - CONFIDENTIAL

2    more pounds.  And that was one of the

3    things that went through my mind was how

4    big and heavy he was because his whole

5    weight came, his shoulder came into me and

6    so at this point I realized it was

7    serious.  I was shocked before because he

8    put me against the wall but now I

9    understood that this is -- this is a

10   battle, and he pulled down my tights.

11        Q.  Did you feel like he was trying

12   to hurt your head when he --

13        A.  No, no.  No.  He was not trying

14   to hurt me.  He was trying to rape me and

15   it was -- it was a situation which I never

16   would have -- when it went from good humor

17   joshing into being up against the wall and

18   then having that heavy weight against me.

19        Q.  What did he do after that?

20        A.  He pulled down my tights.

21        Q.  Had you said anything at this

22   point?

23        A.  I cannot believe that I didn't

24   say anything but I don't remember that I

25   said anything.  That doesn't mean I didn't

```
 1            CARROLL - CONFIDENTIAL
 2   say anything but I -- I can't imagine
 3   being quiet.  I can't imagine not saying
 4   anything but I can't remember saying
 5   anything.
 6        Q.   Did you scream?
 7        A.   No.
 8        Q.   Did you push him?
 9        A.   Yes.
10        Q.   Where?
11        A.   I had my purse in this hand.
12        Q.   In your right hand?
13        A.   Right hand.  And I tried to get
14   my arms up to push him back, to push him
15   back.  The problem was I couldn't get my
16   knee up because the pantyhose had been
17   taken down.
18        Q.   So he had hit your head twice
19   prior to taking your pantyhose off
20   according to you; right?
21        A.   He didn't take the pantyhose off.
22        Q.   He did not?
23            MS. KAPLAN:  Again --
24            THE WITNESS:  No, he did not take
25        the pantyhose off.
```

```
 1              CARROLL - CONFIDENTIAL
 2   BY MS. HABBA:
 3        Q.    Okay.  So what happened?
 4        A.    Pulled them down.
 5        Q.    And then what happened?
 6        A.    And then I felt his fingers
 7   rummaging around my vagina and this huge
 8   weight against me.  My head hurt, this
 9   huge weight, I'm in a situation where I
10   can't -- I can't -- at one point I
11   remember saying this is Donald Trump, what
12   the heck is going on?  And then I felt his
13   penis inside of me.
14        Q.    So sorry to get into details
15   but --
16        A.    No, I understand.
17        Q.    If you're against the wall, it
18   was his right shoulder that you are
19   describing was pushing into you?
20        A.    Left, I think.
21        Q.    His left shoulder, sorry, because
22   you did touch your left side so I assumed
23   it was the right.  So it was his left
24   shoulder and he used his right hand?
25        A.    I don't know.  I couldn't see his
```

```
 1              CARROLL - CONFIDENTIAL
 2    hand.
 3         Q.   And did you recall at any point
 4    him taking his pants off?
 5         A.   No, no, he didn't take his pants
 6    off.
 7         Q.   He did not take his pants off?
 8              MS. KAPLAN:  Again --
 9              THE WITNESS:  No.
10    BY MS. HABBA:
11         Q.   So how did you have sex if he
12    didn't take his pants off?
13         A.   He took his penis out of his
14    pants.
15         Q.   So he only unzipped his pants?
16         A.   I don't know.  I didn't see the
17    pants.  He's leaning, I can't see
18    anything, I've got -- I'm pinned, I can't
19    see down.  I don't know if he unzipped
20    them.  Obviously he unzipped them because
21    then I felt the penis.
22         Q.   Did you feel a belt?
23         A.   I -- no, I did not feel a belt.
24    I felt the penis, I felt the fingers
25    first, then the penis.
```

1                CARROLL - CONFIDENTIAL

2        Q.    How long did that last?

3        A.    Very short time.

4        Q.    Approximately how long do you

5    think?

6        A.    Very brief.  It was very brief.

7        Q.    And then what happened?

8        A.    I managed to get my knee up and

9    push off and get him out and push off.

10       Q.    And then what happened?

11       A.    I went out the door and went

12   away.

13       Q.    So before you went out the door,

14   did you put your tights back on?

15       A.    No, they were never off.

16       Q.    I'm not following, I guess, how

17   he managed to put his fingers on you and

18   have sex with you if he never took them

19   off.

20       A.    He pulled them down.

21       Q.    He pulled them down.  So did you

22   pull them up at any point?

23       A.    I don't remember pulling them up

24   but I must have.

25       Q.    So when this was done you pulled

```
 1              CARROLL - CONFIDENTIAL
 2    your tights back up.  I assume you left
 3    with your tights on; is that correct?
 4         A.   (Witness nodded.)
 5              MS. KAPLAN:  Again you have to
 6         say.
 7              THE WITNESS:  Yes, yes.
 8    BY MS. HABBA:
 9         Q.   Were your tights ripped?
10         A.   No.
11         Q.   So you pulled your tights back up
12    and exited?
13         A.   I don't know if the tights were
14    up.  Frankly I don't remember.
15         Q.   But you wore them again is my
16    question?
17         A.   No.
18         Q.   I mean that day, before you
19    exited Bergdorf, did you put them back on?
20         A.   They were never off.
21         Q.   I think by definition when I say
22    off, I mean pulled down.  Did you pull
23    them back up?
24         A.   Pulled them back up.
25         Q.   And you walked out wearing them;
```

```
 1              CARROLL - CONFIDENTIAL
 2    is that correct?
 3         A.   Yes.
 4         Q.   Thank you.  So when you pushed
 5    him off with your knee, did he back off of
 6    you?
 7         A.   Well, I pushed him with hands and
 8    knee and I didn't look to see what he was
 9    doing.  I turned and got out.
10         Q.   Did you scream?
11         A.   No.
12         Q.   Did you say anything to him?
13         A.   No.
14         Q.   Did you look at him?
15         A.   No, I didn't.
16         Q.   Did you kiss him at any point
17    when you were in the dressing room?
18         A.   When he -- when we first came in,
19    when he first shoved me against the wall,
20    lunged and shoved me back and I hit my
21    head, he put his mouth against mine.
22         Q.   Did you kiss him back?
23         A.   I was so shocked I was laughing.
24         Q.   When he was kissing you?
25         A.   Yes, because I thought this is --
```

1            CARROLL - CONFIDENTIAL

2    this is -- this is not kosher.  I suddenly

3    realized.

4        Q.   So you turned around and leave

5    the dressing room and what do you do?

6        A.   I believe I went down the

7    escalator which would have been a long

8    ride but I can't imagine finding the

9    elevator, you know, pressing the button.

10   I don't remember that.  I do remember

11   going and having the fear that he may --

12   may be coming after me, just slightly in

13   the back of my head.

14       Q.   You were worried he would chase

15   you; is that correct?

16       A.   (Witness nodded.)

17           MS. KAPLAN:  Again, let's get the

18       answer.

19           THE WITNESS:  Not chase but come

20       after me.

21   BY MS. HABBA:

22       Q.   What do you mean by that?

23       A.   Just follow me, maybe grab me

24   again.

25       Q.   Did you feel at any point that he

```
 1              CARROLL - CONFIDENTIAL
 2    was being violent?
 3              MS. KAPLAN:  Objection to form.
 4         You may answer.
 5              THE WITNESS:  He was being
 6         intense and I never got the impression
 7         that he wanted to hurt or that he
 8         thought that -- I never got that
 9         impression but he had no concern for
10         me.  I was just there.
11    BY MS. HABBA:
12         Q.   Do you know if he ejaculated
13    inside of you?
14         A.   I don't know.
15         Q.   Did you see anyone after you left
16    the dressing room?
17         A.   Not a soul.
18         Q.   And you waited for the elevator
19    -- and I'm sorry, were you done answering
20    or did I interrupt?
21         A.   The elevator is a big mystery to
22    me.  Would I have waited?  I don't know.
23    I don't remember.  I suspect that I went
24    down the escalator.
25         Q.   You went down the escalator, not
```