# EXHIBIT B

Page 1

1

2          UNITED STATES DISTRICT COURT

3          SOUTHERN DISTRICT OF NEW YORK

4

5   E. JEAN CARROLL,              )
                 Plaintiff,       )
6                                 )
            -against-             )20-cv-7311(LAK)
7                                 )
    DONALD J. TRUMP, in his       )
8   personal capacity,            )
                 Defendant.       )
9   _____       )

10

11

12              ***CONFIDENTIAL***

13          VIDEOTAPED DEPOSITION OF

14              E. JEAN CARROLL

15             New York, New York

16           Friday, October 14, 2022

17

18

19

20   Reported By:

21   CATHI IRISH, RPR, CRR, CLVS

22

23

24

25

```
 1              CARROLL - CONFIDENTIAL
 2    sold the company?
 3        A.   No.
 4        Q.   Did you ever use your own website
 5    to meet anyone?
 6        A.   I looked.
 7        Q.   I'll just repeat my question.
 8    Did you ever use the website to meet
 9    anyone?
10        A.   I didn't see anyone --
11        Q.   You didn't --
12        A.   -- that I would have dated.
13        Q.   Did your sister ever date anybody
14    from the website?
15        A.   No.
16        Q.   What would have been your
17    criteria for someone you dated at that
18    time, and I can give you a year
19    approximately, but let's say when you sold
20    the company to The Knot?
21        A.   Here's the thing, the light had
22    gone out.  I just wasn't -- I liked
23    meeting men, I liked meeting new people
24    but my life was not there, you know?  In
25    New York there's a taxi and if the light
```

```
 1              CARROLL - CONFIDENTIAL
 2    is on it means it's available, wants to
 3    meet people.  I didn't have that.  My
 4    light was gone.
 5        Q.   But you had been looking on the
 6    website to see if there was anyone?
 7        A.   I'm always curious.
 8        Q.   Do you go out on dates?
 9             MS. KAPLAN:  Again, let's have a
10        time frame.
11    BY MS. HABBA:
12        Q.   Same time frame, let's stick with
13    that time frame, when you sold it to The
14    Knot.
15        A.   Every once in awhile but I rarely
16    let a new acquaintance get to the point
17    where he would ask me out or I would ask
18    him out.
19        Q.   So you would go to dinners; is
20    that correct?
21        A.   Yes, as friends.
22        Q.   Let me ask you this:  Did you
23    only date men?
24        A.   Yes.
25        Q.   Never dated women?
```

1              CARROLL - CONFIDENTIAL

2        A.    No.

3        Q.    So who was your last significant

4    relationship that you remember?

5        A.    John Johnson.

6        Q.    Who was the last man you dated

7    that you recall?

8        A.    I don't remember his name.

9    That's how significant it was.

10        Q.    Do you remember approximately

11    when?

12        A.    No.  It's not for lack of trying.

13    I wanted to meet people.  I just -- the

14    music had stopped.

15        Q.    Why do you think the music had

16    stopped?

17        A.    Well, looking back on it, it may

18    have been what happened at Bergdorf's.

19        Q.    Is there anything else that you

20    think could have caused it?

21        A.    Luck, not -- not meeting people

22    that would make me want to spend time with

23    them.

24        Q.    Do you consider yourself asexual

25    at this moment?

```
 1              CARROLL - CONFIDENTIAL
 2       A.   No.
 3       Q.   So a sex drive is not the issue;
 4   is that correct?
 5       A.   I had no desire for desire.  I
 6   don't have the desire to want sex.  You
 7   have to want sex.
 8       Q.   Would you describe that as a sex
 9   drive for most people?
10       A.   Yes.
11       Q.   Have you ever tried to fix that
12   in any way, meaning getting help?
13       A.   Well, looking back perhaps maybe
14   I should have but in my own way, I started
15   a dating site and then I started another
16   dating site.  It's not that I was, you
17   know, staying in the house with a shawl
18   over my head.
19       Q.   What type of men do you like?
20            MS. KAPLAN:  Objection to form.
21            MS. HABBA:  Generally what type
22       of men do you like?
23            MS. KAPLAN:  You can answer.
24            THE WITNESS:  Men who live
25       fascinating lives, men who are kind,
```

1           CARROLL - CONFIDENTIAL

2       men who have a great sense of humor,

3       men who are fun to be with, men who

4       love animals, men who love their

5       mothers, men who like women, men who

6       like other men, not sexually but like,

7       you know, athletic men, adventurous

8       men.

9   BY MS. HABBA:

10      Q.   Do you like men who are

11  successful?

12      A.   Yes.

13          MS. KAPLAN:   Objection to form,

14      sorry.

15          THE WITNESS:   Yes.

16  BY MS. HABBA:

17      Q.   When is the last time you went

18  out with a man -- how do I state this --

19  in hopes of becoming more than friends?

20      A.   See, that's the thing.   You put

21  your finger on it.   I've never met anybody

22  since that time where I felt that hope of

23  wow, I hope this turns into something.

24      Q.   So when is last time you had sex?

25      A.   '94 or '95.

Page 135

1          CARROLL - CONFIDENTIAL

2      A.   No.

3      Q.   Do you recall what your

4   disposition was on that phone call?

5      A.   I was in shock and disordered.  I

6   felt unbalanced which was a strange

7   feeling for me.

8      Q.   When you say unbalanced were you

9   actually physically unbalanced?

10     A.   Yes.

11     Q.   Did you sit down at any point

12   or --

13     A.   No.

14     Q.   Did you need to get a water or do

15   anything to take care of yourself after

16   that moment?

17     A.   No, what I wanted to do, I needed

18   to talk to somebody, talk to Lisa.  Then I

19   just wanted to go home.

20     Q.   Is that what you did?

21     A.   (Witness nodded.)

22     Q.   So did you go to a parking garage

23   to get your car or did you go straight

24   home?

25     A.   The parking garage.

1              CARROLL - CONFIDENTIAL

2       A.    Model.

3       Q.    Thank you.

4       A.    It was a 1959.  It was a real

5  beauty.

6       Q.    What color?

7       A.    That aquamarine and white.  It

8  was a gorgeous car.

9       Q.    So what did you do immediately

10  following the call?

11       A.    Walked to the car.

12       Q.    Did you call anybody else?

13       A.    No.

14       Q.    After you --

15       A.    No, not particularly after that

16  call.  I knew that I wasn't going to tell

17  anybody ever again about this.  Lisa

18  shocked me in the call.

19       Q.    Why did she shock you?

20       A.    She told me I had been raped.

21       Q.    Had it occurred to you?

22       A.    No.

23       Q.    After this conversation, did you

24  discuss this incident with Ms. Birnbach

25  again?

1           CARROLL - CONFIDENTIAL

2      Q.   Have you ever questioned if what

3  happened in that dressing room was rape?

4           MS. KAPLAN:  Objection to form.

5      You can answer.

6           THE WITNESS:  I question whether

7      he thought it was rape.  I never

8      questioned what I thought.

9  BY MS. HABBA:

10     Q.   During the two decades that

11 followed, how would you say the alleged

12 attack impacted your life?

13     A.   Well, four or five years ago I

14 would have told you it had no effect.  I'm

15 as good as new.  This is great.  I'm fine.

16 I rarely think of it but I've come to

17 understand that that rape changed my life

18 which is shocking for me to now

19 understand.

20     Q.   When you say four or five years

21 ago, do you mean when you started this

22 lawsuit?

23     A.   No, before that, before that.

24 I'm talking about the time before this.

25     Q.   Before the lawsuit.

1            CARROLL - CONFIDENTIAL

2     why was -- let me scratch that.

3            During the last two decades, have

4     you ever interacted with the defendant

5     again directly?

6        A.    No.

7        Q.    Were you aware that the

8     president -- that the defendant was a

9     presidential candidate prior to the 2016

10    election?

11       A.    Yes.

12       Q.    And are you aware that he ran in

13    2000 as a potential member of the reform

14    party?

15       A.    No.

16       Q.    Did you ever consider coming

17    forward with your account prior to #MeToo?

18       A.    Never.

19       Q.    Why not?

20       A.    Just -- I'm going to say

21    something that even surprises me because

22    women who have been raped are looked at in

23    this society as less, are looked at as

24    spoiled goods, are looked at as rather

25    dumb to let themselves get attacked.  I

1           CARROLL - CONFIDENTIAL

2    mean even you have to say did you scream?

3    I mean every woman who admits to being

4    attacked has to answer that question, why

5    didn't you scream, why did you come

6    forward when you did, why didn't you come

7    forward before and so no, I didn't -- I

8    would have been fired.

9        Q.   How did you feel when you found

10   out that the defendant announced he was

11   running for president in 2016?

12       A.   I thought oh, boy.

13       Q.   What does oh, boy mean?

14       A.   Just almost disbelief and a

15   little bit of heartache.  I felt really

16   bad, you know.

17       Q.   Why did you feel bad?

18       A.   I didn't think he would be a good

19   candidate.

20       Q.   Why didn't you come forward with

21   your account at that time?

22       A.   I was with my mother in

23   Bloomington, Indiana.  She was on her

24   deathbed.  She was a feisty redheaded

25   Scottish woman, republican politician, so

```
 1            CARROLL - CONFIDENTIAL
 2    BY MS. HABBA:
 3        Q.   Were the timing of your
 4    allegations related to the former
 5    president's run for reelection?
 6        A.   No.
 7        Q.   Was it something you considered?
 8        A.   No.
 9        Q.   How did the defendant's
10    statements impact your personal life?
11        A.   Totally affected it.  I lost my
12    job.  I'm looked at as a woman who's
13    untrustworthy, looked at now as a woman
14    who can't be believed.  I'm looked at as a
15    woman who was stupid and dumb enough to
16    have happen to her what happened to her.
17        Q.   You just said that you're looked
18    at as a woman stupid enough to have had
19    happen to her what happened to her; is
20    that correct?
21        A.   (Witness nodded.)
22        Q.   How does that relate to Donald
23    Trump, the perception rather?
24        A.   He raped me and after that
25    everything I thought was quickly over and
```

Confidential

1

2                 UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK

3              CASE No. 20 CIV. 7311 (LAK)(JLC)

4

5   E. JEAN CARROLL,

6              Plaintiff,

7   -vs-

8   DONALD J. TRUMP,
    in his personal capacity,

9
               Defendant.
10  _____/

11

12

13                     =   =   =

14                  CONFIDENTIAL

15                     =   =   =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18
               Wednesday, October 19, 2022
19               10:22 a.m. - 3:50 p.m.

20             The Mar-a-Lago Club
             1100 South Ocean Boulevard
21           Palm Beach, Florida, Florida

22

23  Stenographically Reported By
    Pamela J. Pelino, RPR, FPR, CLR
24  Notary Public, State of Florida
    TSG REPORTING
25  JOB NO. 218342
                     -   -   -

Confidential

1                          D. J. TRUMP

2   work out those problems for herself.  Now, like

3   everyone else, she gets paid by a radical,

4   left-leaning publisher to say bad and untrue

5   things."  Do you see that?

6        A.    Yeah.

7        Q.    I want to focus on the very last

8   sentence, which says:  "Now, like everyone else, she

9   gets paid by a radical, left-leaning publisher to

10  say bad and untrue things."

11       A.    Yeah.

12       Q.    Do you know who her publisher was?

13       A.    No.  I just heard it was a publisher that

14  did some very bad books on us.

15       Q.    I'll represent to you her publisher was

16  Harper Collins.

17       A.    Yeah.  And they haven't been great.

18       Q.    Do you know who published your

19  son-in-law, Jared Kushner's book?

20       A.    Could be, but they published some very

21  bad ones too.

22       Q.    What is Truth Social?

23       A.    It's a platform that's been opened by me

24  as an alternative to Twitter.

25       Q.    And your handle on Truth Social is

Confidential

1                         D. J. TRUMP

2    @realdonaldtrump?

3         A.    I believe so, yes.

4         Q.    And as of today, you have approximately

5    four million followers on Truth Social?

6         A.    I don't know the number.  I know

7    Truth Social is doing very well.  I think it was

8    number one ahead of TikTok, number one ahead of

9    Twitter, number one ahead of Instagram and everyone

10   else for the last number of days.  I just noticed

11   that.  Somebody put it on my desk.  They have the

12   ratings, and they said Truth Social is hot.

13        Q.    And I'll represent to you, sir, that we

14   looked it up, and it showed, at least as of the last

15   time we looked, you had around four million -- a

16   little bit over four million followers.

17        A.    On me personally.

18        Q.    On you personally.

19        A.    Not Truth Social, on me.  I don't know.

20   That's possible.

21        Q.    Okay.  And like Twitter, people have the

22   ability to repost, or I think as you used the

23   expression in Truth Social, "retruth" posts that you

24   make from your @realdonaldtrump account; correct?

25        A.    I think so, yes.  Yes, they do.

Confidential

1                          D. J. TRUMP

2          Q.     And people have the opportunity to like

3    or heart one of your posts as well; correct?

4          A.     Could be.

5          Q.     Okay.  Now, on October 12, just a few

6    days ago, you issued a statement on Truth Social

7    about Ms. Carroll and this case; correct?

8          A.     I believe so, yes.

9          Q.     And the statement that you posted, who

10   wrote that statement?

11         A.     I did.

12         Q.     You yourself?

13         A.     Yeah.

14         Q.     Did you post the statement yourself?

15         A.     Yes.

16         Q.     And in addition to posting the statement

17   on Truth Social, you also sent it to the press?

18         A.     Yes.  It's called truth and post.  We

19   post much like -- how would you say it?  We put out

20   a statement, and we also put it on Truth.

21         Q.     And when you say you put it out --

22         A.     Like a public relations statement.

23         Q.     It goes, like, to an email list of

24   reporters?

25         A.     Yeah, whatever.  Yeah.  The bigger grab

Confidential

1                         D. J. TRUMP

2     is The Truth, but we also -- we call it posts.  We

3     have -- actually it's truth and post.  So we call it

4     post.  But the bigger -- the more important of the

5     two is The Truth because people are watching it.

6          Q.    And in that sentence, you just used the

7     word "we."  Does someone help you --

8          A.    Well, I'm talking about me.

9          Q.    Okay.  But --

10         A.    But when I say "we," I'm talking about

11    perhaps Truth because Truth has, you know, people

12    working for it, quite a few people.

13         Q.    Okay.  But you didn't personally send the

14    email to the reporters yourself, did you?

15         A.    No.  What they do is they take it from

16    Truth, and then they'll put it out as a press

17    release.

18         Q.    And that's what I'm trying to ask, sir.

19    Who's "they"?

20         A.    Different people that work in the

21    organization in Truth or -- some cases my office.

22         Q.    And with this statement, do you recall

23    whether it was people who worked for Truth Social or

24    your office?

25         A.    I believe we put it out through my

Confidential

1                          D. J. TRUMP

2    office.

3         Q.      And who in your office would have been

4    responsible for doing that?

5         A.      Possibly -- maybe Margo or maybe

6    Chamberlain, Chamberlain Harris.

7         Q.      So Chamberlain Harris and -- I don't know

8    Margo's last name.

9         A.      One or two of the people in the office

10   would have done it.

11        Q.      What's Margo's last name?

12        A.      Excuse me?

13        Q.      Do you know Margo's last name?

14        A.      Margo Martin.

15        Q.      Trying to interpret the last several

16   questions and answers.

17               When you post something on Truth Social,

18   does it always go to the press ultimately, or does

19   someone make that decision?

20        A.      Pretty automatic.

21        Q.      Okay.

22        A.      It goes to the press really directly on

23   Truth too.  So most people have it before they get

24   the Post.

25        Q.      And I take it when it goes to the

Confidential

1                      D. J. TRUMP

2   reporters by email, there's a designated group, and

3   it always goes to the same --

4        A.    I don't know how they do that, but it

5   goes to the press.

6        Q.    Why did you decide to issue the statement

7   on Truth Social on October 12th?

8        A.    Because I was offended at this woman's

9   lie.  Because I was offended that she could just

10  make up a story out of cold air, refuted by her

11  testimony on CNN, but that she could make up a story

12  just out of nowhere and that I get a phone call

13  asking me about this ridiculous situation.  The

14  woman -- there's something wrong with her in my

15  opinion.  Okay.  But it's a false accusation.  Never

16  happened, never would happen.  And I posted and I

17  will continue to post until such time as -- and then

18  I will sue her after this is over, and that's the

19  thing I really look forward to doing.  And I'll sue

20  you too because this is -- how many cases do you

21  have?  Many, many cases, and I know the statements

22  that were made -- that you made.  Keep Trump busy

23  because this is the way you defeat him, to keep him

24  busy with litigation.  So I will be suing you also,

25  but I'll be suing her very strongly as soon as this

Confidential

1                    D. J. TRUMP

2   case ends.  But I'll be suing you also.

3        Q.    Are you done?

4        A.    Yeah.

5        Q.    Is there anything in particular that

6   prompted you to make this statement last week?

7        A.    Yeah.  Her false story and that I have to

8   waste a whole day doing these ridiculous questions

9   with you.

10        Q.    Okay.

11             MS. KAPLAN:  Let's look at the statement.

12        Let's mark it as -- what's my next number?

13             MR. MADAIO:  DJT 28.

14             (DJT Exhibit 28 was marked for

15   identification.)

16             THE WITNESS:  I can't read this.

17             MS. KAPLAN:  Well, we have a blown-up

18        version.

19   BY MS. KAPLAN:

20        Q.    Let's mark it as 28 and 28A.

21             Oh, so you have a document that's got --

22   let me back up.  I'm not following my own rules that

23   it's not a conversation.

24             So what we have in front of you as DJT

25   28, sir, is the post as it appeared on Truth Social

Confidential

1                         D. J. TRUMP

2    on October 12, 2022, and a blown-up version because

3    we appreciate that the type is very small.  A

4    blown-up version that should be more legible.

5          A.    I can see it, yeah.

6          Q.    Would you like me to read it into the

7    record?

8          A.    Yeah, go ahead.  Sure.

9          Q.    So it says:  "October 12, 2022, statement

10   by Donald J. Trump, forty-fifth President of the

11   United States of America.  This 'Ms. Bergdorf

12   Goodman case' is a complete con job, and our legal

13   system in this country but especially in New York

14   State (just look at Peekaboo James) is a broken

15   disgrace.  You have to fight for years and spend a

16   fortune in order to get your reputation back from

17   liars, cheaters, and hacks.  This decision is from

18   the judge who was just overturned on my same case.

19   I don't know this woman, have no idea who she is

20   other than it seems she had a picture of me many

21   years ago with her husband shaking my hand on a

22   reception line at a celebrity charity event.  She

23   completely made up a story that I met her at the

24   doors of this crowded New York City department store

25   and within minutes 'swooned' her."  "Swooned" is in

Confidential

1               D. J. TRUMP

2     quotes.

3               "It is a hoax and a lie just like all the

4     other hoaxes that have been played on me for the

5     past seven years, and while I'm not supposed to say

6     it, I will.  This woman is not my type!  She has no

7     idea what day, what week, what month, what year, or

8     what decade this so-called 'event' supposedly took

9     place.  The reason she doesn't know is because it

10    never happened, and she doesn't want to get caught

11    up with details or facts that could be proven wrong.

12    If you watch Anderson Cooper's interview with her

13    where she was promoting a really crummy book, you

14    will see that it is a complete scam.  She changed

15    her story from beginning to end after the commercial

16    break to suit the purposes of CNN and Andy Cooper.

17    Our justice system is broken along with almost

18    everything else in our country.  Her lawyer is a

19    political operative and Cuomo crony who goes around

20    telling people that the way to beat Trump is to sue

21    him all over the place.  She is suing me on numerous

22    frivolous cases just like this one, and the court

23    system does nothing to stop it.

24               "In the meantime and for the record,

25    E. Jean Carroll is not telling the truth, is a woman

Confidential

1                         D. J. TRUMP

2    I had nothing to do with, didn't know, and would

3    have no interest in knowing her if I ever had the

4    chance.  Now all I have to do is go through years

5    more of legal nonsense in order to clear my name of

6    her and her lawyer's phony attacks on me.  This can

7    only happen to 'Trump'!"

8               Did I read that correctly?

9        A.    Great statement, yeah.  True.  True.

10       Q.    And now that you've heard it again and

11   you have it in front of you, you again confirm that

12   you wrote the whole thing yourself?

13       A.    I wrote it all myself.  All myself.

14       Q.    Did you talk to anyone before you wrote

15   it?  Did you talk to anyone about what to say in the

16   statement?

17       A.    No.  I didn't need to.  I'm not Joe

18   Biden.

19       Q.    In this statement you say, I think, for

20   the first time that it was a charity event, that

21   photo.  It was a charity event that --

22       A.    That was what I was told, yeah.  I was

23   told it was a charity event.  Nobody knows which

24   event it was, but it was like a charity event.

25       Q.    Do you know -- remember who told you

Confidential

1                         D. J. TRUMP

2    that?

3         A.     No.

4         Q.     Do you have any recollection --

5    withdrawn.

6              Did anyone tell you what charity it was

7    for?

8         A.     I don't know exactly.  I heard it was

9    like a celebrity charity event.  It was a large

10   gathering of people but -- and I heard that was

11   actually a line, a celebrity line.  But maybe that's

12   wrong.

13        Q.     And if you turn -- well, you can look at

14   either page.  There's a photo of Ms. Carroll beneath

15   your statement; correct?

16        A.     Yes.

17        Q.     How did you get that photo?

18        A.     It was in one of the newspapers.  They

19   just took it from the paper.  I think it was in one

20   of the newspapers.

21        Q.     So you just copied and pasted it

22   yourself?

23        A.     Yeah.  I didn't paste it, no, but

24   somebody cut it out.  They gave me a picture.  This

25   was the picture she gave.  I think it's okay.

Confidential

1                    D. J. TRUMP

2        Q.    So you wrote the statement and someone in

3   your office gave you the picture?

4        A.    They pasted it.  They -- it's called

5   pasting.  You put it onto a statement.  This was a

6   Save America statement, which is very interesting

7   actually because it is saving America, stopping

8   people from doing things like this, trying to

9   save -- it's one big part of saving America.  No.

10  But this was the photo that was given of her.

11       Q.    Okay.  Who gave you the photo?

12       A.    I don't know.  I don't know.

13       Q.    Was it someone in your office?

14       A.    I think it's stock.  I think it's a stock

15  photo.  It was taken from either a periodical or a

16  newspaper.

17       Q.    Why did you include -- decide to include

18  this photo in your post?

19       A.    I don't know.  They just gave me a photo.

20  I don't know.  They just added it in.

21       Q.    So you weren't given a selection of

22  photos to --

23       A.    No.  No.  They just added it in.

24       Q.    Now, at the beginning of your post, the

25  reference "Ms. Bergdorf Goodman" is a reference to

Confidential

1               D. J. TRUMP

2  Ms. Carroll; right?

3        A.    That's right.

4        Q.    And at the deposition in another case

5  where I was here, you referred to, as I recall,

6  Ms. Carroll as Madam Bergdorf Goodman.  Same idea;

7  right?

8        A.    Same concept, yeah.

9        Q.    Now, when you say in here I don't know

10 this woman and have no idea who she is, even though

11 you're using the present tense, you're referring

12 back to your knowledge as of when she first made the

13 allegation --

14       A.    I still don't know this woman.  I think

15 she's a wack job.  I have no idea.  I don't know

16 anything about this woman other than what I read in

17 stories and what I hear.  I know nothing about her.

18       Q.    Okay.  Well, I guess the distinction I'm

19 trying to make, sir, is that when the allegation

20 came out in 2019, you said you -- I think it's your

21 testimony that you had no idea who she was.

22       A.    I still don't.

23       Q.    Well, today you at least know that she's

24 a plaintiff in a case suing you; correct?

25       A.    Oh, yes.  That, I know, but I know

Confidential

1                        D. J. TRUMP

2    nothing about her.  I think she's sick, mentally

3    sick.

4         Q.    Okay.  You say in this post -- you use a

5    strange word, which I want to ask you about.  You

6    say she completely made up a story that I met her at

7    the doors of this crowded New York City department

8    store and within minutes swooned her.  Do you see

9    that?

10        A.    Yeah.

11        Q.    What does "swooned her" mean?

12        A.    That would be a word, maybe accurate or

13   not, having do with talking to her and talking

14   her -- to do an act that she said happened, which

15   didn't happen.  And it's a nicer word than the word

16   that starts with an F, and this would be a word that

17   I used because I thought it would be inappropriate

18   to use the other word.  And it didn't happen.

19        Q.    Okay.  I was curious when I read this.

20   So I looked up the word "swoon" in the dictionary,

21   and under the dictionary, it means "to faint with

22   extreme emotion."  That's not what you meant here?

23              MS. HABBA:  Objection to the form.

24              THE WITNESS:  Well, sort of that's what

25        she said I did to her.  She fainted with great

Confidential

1                    D. J. TRUMP

2        emotion.  She actually indicated that she loved

3        it.  Okay?  She loved it until commercial

4        break.  In fact, I think she said it was sexy,

5        didn't she?  She said it was very sexy to be

6        raped.  Didn't she say that?

7   BY MS. KAPLAN:

8        Q.    So, sir, I just want to confirm:  It's

9   your testimony that E. Jean Carroll said that she

10  loved being sexually assaulted by you?

11       A.    Well, based on her interview with

12  Anderson Cooper, I believe that's what took place.

13  And we can define that.  You'll have to show that.

14  I'm sure you're going to show that.  But she was

15  interviewed by Anderson Cooper, and I think she said

16  that rape was sexy -- which it's not, by the way.

17  But I think she said that rape was sexy, and it

18  was -- she actually said things that were very

19  strange, and then she was a different person after

20  the -- when he said "We'll take a break right now.

21  We're going to take a break right now," he didn't

22  like what she was saying.  He was very upset with

23  what -- and then she came back, and she was a much

24  different woman in the second half, so to speak.

25       Q.    So, again, just so the testimony is

Confidential

                          D. J. TRUMP

1

2    clear, because you tend to give long answers.  Is it

3    your testimony, sir, that on Anderson Cooper she --

4    I just lost it.  She indicated on the

5    Anderson -- "she" being E. Jean Carroll -- indicated

6    on the Anderson Cooper show that she loved it?

7         A.    If you see the front part of her

8    interview, the first part of her interview, before

9    Anderson -- in a panic because she wasn't saying the

10   right thing for him and for CNN -- it was very

11   hostile.  In a panic he said we're going to station

12   break.  I think he said it twice.  He wanted her to

13   stop.  He wanted her to stop talking.  If you watch

14   that interview -- yeah.  She said a lot of things in

15   that interview, things that make her into a total

16   liar.

17        Q.    And so the question I'm asking you is did

18   she say in that interview that she loved being

19   sexually assaulted by you?

20        A.    Well, she said something to that effect.

21   I mean, you'll have to take a look at the interview

22   yourself.  I believe she said rape was sexy, to

23   which Anderson Cooper is dying.  He's saying let's

24   get to a commercial break immediately.  I think you

25   better watch the interview.  I'm sure you have, but

1                         D. J. TRUMP

2    you better watch the interview.

3         Q.    In the interview when Ms. Carroll talked

4    about rape being sexy, isn't it true that she said

5    that's a view that many other people hold?

6         A.    Oh, I don't know.  I mean, I don't know.

7    All I know is I believe she said rape is sexy or

8    something to that effect, but you'll have to watch

9    the interview.  It's been awhile.

10        Q.    And just to clarify, I think you said a

11   few minutes earlier that you used the word "swooned"

12   as a synonym for -- you said the F word -- for

13   sexual intercourse?

14        A.    Yeah.  That's because that's what she

15   said.

16        Q.    What do you mean?  She never used the

17   word "swooned."

18        A.    No.  She said that I did something to her

19   that never took place.  There was no anything.  I

20   know nothing about this nut job.

21        Q.    Okay.  Then you go on to say in the

22   statement:  "And while I am not supposed to say it,

23   I will."  Why were you not supposed to say it?

24        A.    Because it's not politically correct to

25   say -- read the next.  Go ahead.  That she's not my

Confidential

1                    D. J. TRUMP

2  type?  Yeah.  Because it's not politically correct

3  to say it, and I know that, but I'll say it anyway.

4  She's accusing me of rape, a woman that I have no

5  idea who she is.  It came out of the blue.  She's

6  accusing me of rape -- of raping her, the worst

7  thing you can do, the worst charge.

8            And you know it's not true too.  You're a

9  political operative also.  You're a disgrace.  But

10 she's accusing me and so are you of rape, and it

11 never took place.  And I will tell you I made that

12 statement, and I said, while it's politically

13 incorrect, she's not my type.  And that's

14 100 percent true.  She's not my type.

15    Q.    And when you say "not my type," you want

16 people -- your intention of saying -- withdrawn.

17            The point of saying she's not my type is

18 to persuade people that you didn't rape her because

19 she wasn't attractive enough; correct?

20            MR. MADAIO:  Object to the form.

21            MS. HABBA:  Objection to the form.

22            THE WITNESS:  When I say she's not my

23    type, I say she is not a woman I would ever be

24    attracted to.  There is no reason for me to be

25    attracted to her.  I just -- it's not even

Confidential

1               D. J. TRUMP

2      meant to be an insult.  There's no way I would

3      ever be attracted to her.  Now, some people

4      would be attracted to her perhaps.  I would

5      never be attracted to her.

6           So in addition to the fact that it never

7      happened, never could happen -- so I say it's

8      politically incorrect to say essentially she's

9      not my type on top of everything else.

10  BY MS. KAPLAN:

11      Q.    So you also have a reference -- you

12  have -- withdrawn.

13           At the top of the thing, you say Peekaboo

14  James?

15      A.    Yes.

16      Q.    I assume that's the New York attorney

17  general, Letitia James?

18      A.    Or New York State attorney general.

19      Q.    Yes.

20      A.    You know, your friend Cuomo knows her.

21      Q.    And then you talk --

22      A.    You should ask Andrew.  If you want a

23  definition, ask Andrew about her.  I think

24  you've been through a lot.

25      Q.    And then you talk about the judge, and

Confidential

1                          D. J. TRUMP

2    you talk about the justice system being broken;

3    correct?

4         A.    Yeah.   The system in our country is

5    broken, and the system in New York City is broken,

6    in New York and New York State.   It's a broken

7    system.

8         Q.    And isn't the reason, sir, that you

9    issued this statement in the evening of October 12th

10   because the judge in this case denied your motion to

11   stay discovery that day?

12        A.    I have no idea.   It could be.   I mean, it

13   could be a factor, but, no, I just issued this

14   because I knew it was coming up.   I knew that we'd

15   be wasting a day doing this, a whole day doing this.

16   I don't know how you do it.   You've got to be

17   connected to get this kind of a time.   But a whole

18   day doing this stuff on something that never

19   happened.

20        Q.    So is it your testimony that it's just a

21   coincidence that you issued this on the same day

22   that Judge Kaplan denied the stay?

23        A.    I don't know what day he issued it, but

24   he issued something that was, I guess, somewhat

25   negative.   No.   He's not a fan of mine obviously,

1                    D. J. TRUMP

2  but he was overturned, I understand.  And it's the

3  same judge.  As I understand it, he was overturned,

4  and it's the same judge.

5       Q.    Yeah, you reference that in the

6  statement; correct?

7       A.    Yeah.  That's what I hear.  My lawyers

8  tell me that.  Maybe it's right; maybe not.

9       Q.    Is it your understanding that as a result

10 of the denial of the motion for stay that this

11 deposition that you've been complaining about a lot

12 was going to happen; correct?

13            MS. HABBA:  Objection.

14            MR. MADAIO:  Objection.

15            THE WITNESS:  I really don't know what it

16       represented actually.  I just know that we had

17       something which was a loss and -- but I don't

18       think that had anything to do with the

19       statement itself much.

20            THE VIDEOGRAPHER:  Off the record at

21       1:55.

22            (A brief recess was taken.)

23            THE VIDEOGRAPHER:  On the record at 2:20

24       p.m.

25

Confidential

1                           D. J. TRUMP

2      BY MS. KAPLAN:

3          Q.      So just before the break, we were talking

4      about the decision by the judge in this case to deny

5      the motion to stay discovery, and I think you

6      testified -- gave some testimony about your general

7      view -- correct me if I'm wrong -- is that this case

8      is a waste of time and ridiculous.  I think you just

9      said that even off the record.

10             Sir, are you aware that in a letter to

11     Judge Kaplan back in May, the parties said to him

12     that it was your side -- it was defendant

13     proposed -- who proposed that the parties resume

14     discovery in this case back in May?

15         A.      I don't know what my lawyers have done.

16         Q.      Now, in your Truth Social statement on

17     October 12, you use the word "hoax."  Specifically

18     you say:  "It is a hoax and a lie just like all of

19     the other hoaxes that have been played on me for the

20     past seven years."  Do you see that --

21         A.      Yeah.

22         Q.      -- or recall making that statement?

23             And I take it what you're saying there is

24     Ms. Carroll fabricated her claim that you sexually

25     assaulted her; correct?

Confidential

1                        D. J. TRUMP

2        A.     Yes.  Totally.  100 percent.

3        Q.     Fair to say -- you'd agree with me, would

4   you not, that you use the term "hoax" quite a lot?

5        A.     Yes, I do.

6        Q.     CNN reported that you used it more than

7   250 times in 2020.  Does that sound right?

8        A.     Could be.  I've had a lot of hoaxes

9   played on me.  This is one of them.

10        Q.     And how would you define the word "hoax"?

11        A.     A fake story, a false story, a made-up

12   story.

13        Q.     Something that's not true?

14        A.     Something that's not true, yes.

15        Q.     Sitting here today, can you recall what

16   else you have referred to as a hoax?

17        A.     Sure.

18               MR. MADAIO:  Object to the form.

19               You can answer.

20               THE WITNESS:  The Russia Russia Russia

21        hoax.  It's been proven to be a hoax.  Ukraine

22        Ukraine Ukraine hoax.  The Mueller situation

23        for two and a half years hoax ended in no

24        collusion.  It was a whole big hoax.  The lying

25        to the FISA court hoax, the lying to Congress

Confidential

1                      D. J. TRUMP

2        many times hoax by all these people, the scum

3        that we have in our country, lying to Congress

4        hoax, the spying on my campaign hoax.  They

5        spied on my campaign, and now they admit it.

6        That was another hoax, and I could get a whole

7        list of them.  And this is a hoax too.

8   BY MS. KAPLAN:

9        Q.    This -- when you say "this" and "that" --

10       A.    This ridiculous situation that we're

11   doing right now.  It's a big, fat hoax.  She's a

12   liar and she's a sick person in my opinion.  Really

13   sick.  Something wrong with her.

14       Q.    Okay.  In addition to the Russia Russia

15   Russia hoax, the Ukraine Ukraine Ukraine hoax, the

16   Mueller or Mueller hoax, the lying to FISA hoax, the

17   lying to Congress hoax, and the spying on your

18   campaign hoax, isn't it true that you also referred

19   to the use of mail-in ballots as a hoax?

20       A.    Yeah, I do.  Sure.

21             MS. HABBA:  Objection.

22             THE WITNESS:  I do.  I think they're very

23       dishonest.  Mail-in ballots, very dishonest.

24   BY MS. KAPLAN:

25       Q.    And isn't it true that you yourself have

Confidential

1                    D. J. TRUMP

2    voted by mail?

3              MS. HABBA:  Objection.

4              THE WITNESS:  I do.  I do.  Sometimes I

5         do.  But I don't know what happens to it once

6         you give it.  I have no idea.

7    BY MS. KAPLAN:

8         Q.    Do you remember there was a story

9    published in the Atlantic in September 2020 that

10   reported that you had disparaged Americans who had

11   died in war?

12        A.    That was a hoax.

13        Q.    That story was a hoax too?

14        A.    Oh, that's a hoax.  That was one of the

15   worst of all.  That was a total hoax.

16        Q.    And so are you -- is it your testimony

17   today that you did not say why should I go to that

18   cemetery?  It's filled with losers?

19              MS. HABBA:  Objection.

20              THE WITNESS:  Not only did I not say

21        that, I had people that said I didn't say it.

22        It was a made-up hoax by a failed magazine.

23   BY MS. KAPLAN:

24        Q.    And that's the Atlantic?

25        A.    I don't know.  Whichever one.  I think it

Confidential

1                        D. J. TRUMP

2   was the Atlantic.

3        Q.    And isn't it true, sir, that you also

4   have referred to global warning as a hoax?

5        A.    Yeah.  I think it's largely a hoax, yes.

6        Q.    When you say "largely a hoax," what do

7   you mean?

8        A.    Well, I think the whole environmental

9   thing is destroying our country in so many different

10  ways.  I think they've weaponized the environment,

11  yeah.  A lot of what they do is a hoax, yes.

12  Absolutely.

13       Q.    Okay.  But just so the record is clear,

14  do you think the scientific consensus that the

15  temperatures on planet Earth have been getting

16  warmer and are continuing to get warmer is a hoax?

17            MR. MADAIO:  Objection.

18            THE WITNESS:  I think they go both ways,

19       but I think it has nothing do with this case.

20       I mean, why are you asking -- other than you're

21       a political person, why are you asking this

22       question?  What does that have to do with this

23       case?

24  BY MS. KAPLAN:

25       Q.    Sir, again, I get to --

Confidential

```
 1                      D. J. TRUMP
 2        A.    Yeah, I know.  I know --
 3        Q.    -- ask the question --
 4        A.    But I don't think you should be allowed
 5   to ask that question.  That has nothing to do with
 6   this case.
 7        Q.    Isn't it true --
 8              MS. KAPLAN:  Let's mark these as the
 9   next.
10              THE WITNESS:  How long do you take
11   between questions.  Is that done on purpose?
12   Yes.  You shouldn't let this happen.
13              MS. HABBA:  We put objections on the
14   record.
15   BY MS. KAPLAN:
16        Q.    I don't need to answer this, but it is
17   important.  I'm sure your attorney will tell you
18   that the record be clean, and we're making sure that
19   the documents and the questions --
20        A.    Oh, oh.
21        Q.    -- produce a clean record.
22              MS. KAPLAN:  And we're doing -- this one
23   is 30?
24              (DJT Exhibit 29 was marked for
25   identification.)
```

Confidential

1                          D. J. TRUMP

2              (DJT Exhibit 30 was marked for

3    identification.)

4    BY MS. KAPLAN:

5         Q.    I'm going to hand you two documents.   29

6    is a tweet that you posted on Twitter on December 6,

7    2013?

8         A.    I don't know when it was posted.

9    Whatever it says is okay with me.

10        Q.    And you said that -- in that tweet you

11   say:  "The expensive hoax that is global warming"?

12        A.    Yeah.  They've weaponized the

13   environment, much to the destruction of our country.

14        Q.    And if you look at DJT 30, a little bit

15   later that month, you said something similar, which

16   is:  "We should be focused on a clean" -- let me get

17   it right.  Withdrawn.

18                "We should be focused on clean and

19   beautiful air - not expensive and business

20   closing" -- all caps -- "global warming - a total

21   hoax!"

22        A.    Yeah.  They don't call it global warming

23   anymore.  You know why?  Because it wasn't working.

24   Now it's called climate change.

25        Q.    Now, the same night that you posted on

Confidential

1                    D. J. TRUMP

2    Truth Social the posts that's been marked as DJT 28,

3    you also posted a video; correct?

4         A.    I don't know.  Maybe.  I hope.

5              MS. KAPLAN:  So let's mark as the next

6    tab a video.  We'll mark it as DJT 31, which is

7    a video from Truth Social posted by

8    @realdonaldtrump on October 12, 2022.

9          (DJT Exhibit 31 was marked for

10   identification.)

11             MS. KAPLAN:  And I'm going to -- again, I

12   apologize.  I'm going to get up and look at it

13   because of the technological problems we've

14   been having.

15           (Video played.)

16             MR. MADAIO:  Just wanted to put on the

17   record that the first about ten seconds or so

18   was very choppy on our end here.  It was very

19   difficult to see.

20   BY MS. KAPLAN:

21        Q.    So it's my understanding that there's

22   some choppiness from probably the rain outside and

23   the Internet connection.  There's also some

24   choppiness that's deliberately in the video, and we

25   will give the court reporter the video.  But there

Confidential

1                        D. J. TRUMP

2   is some deliberate pausing in that where it looks

3   like there's colors and bar graphs.  That's

4   deliberately on the video.  That's not coming --

5                MR. MADAIO:  No.  I think just about the

6          first ten seconds or so it was skipping.

7                MS. HABBA:  We don't need to see it

8          again.

9                THE WITNESS:  Okay.  Go ahead.

10  BY MS. KAPLAN:

11      Q.    So you don't deny that you posted that

12  video on Truth Social, sir?

13      A.    No, not at all.

14      Q.    And whose idea was it to --

15      A.    Mine.

16      Q.    -- create that video?  Yours?

17                Who was the involved in the creation of

18  that video?

19                MR. MADAIO:  Objection.

20                You can answer.

21                THE WITNESS:  Done in house.

22                MS. KAPLAN:  What's your objection, sir?

23                MR. MADAIO:  It's an objection based on

24          relevance.

25                MS. KAPLAN:  There's no relevance

Confidential

1                    D. J. TRUMP

2      objections at depositions.

3           MR. MADAIO:  Well, to the form of the

4      question.

5  BY MS. KAPLAN:

6      Q.    Who was involved in creating that video?

7      A.    Well, it wasn't much of a creation.  We

8  took most of it right off of that stupid Anderson

9  Cooper's bad ratings show.

10      Q.    When you say "we" --

11      A.    "We," yeah.  The group that did it.

12  Whoever did it.  I could get you a name of somebody

13  that actually did it if you'd like.  Would you like

14  that?

15      Q.    Well, sitting here today --

16      A.    I don't know.

17      Q.    You don't remember --

18      A.    No, I have no idea.  I mean, we have

19  people that do that.  I could find out who did it.

20      Q.    We would request that information --

21      A.    Oh, sure.

22      Q.    Who instructed that it be done?

23      A.    Me.

24      Q.    Okay.  And you have someone working for

25  you that it could be done?

Confidential

1                    D. J. TRUMP

2         A.     Yeah.  Sure.

3         Q.     Okay.  What entity did that person work

4    for?

5         A.     I have to check that out.

6         Q.     Okay.  I take it from your prior

7    testimony that you yourself aren't capable of

8    creating a video like that?

9         A.     No, I don't do that.  I would like to,

10   but I don't do that.

11        Q.     And do you know, sitting here today, who

12   came up with the text that appeared on the screen in

13   that video?

14        A.     I really don't know.

15        Q.     And do you know who made the cuts that

16   are shown from the Anderson Cooper interview?

17        A.     No, I don't.  We could play the whole

18   thing, but I guess they were trying to save time

19   because, you know, the interview takes five, ten

20   minutes.  So I guess they're trying to save time.

21   So you have to do some cuts.  Otherwise you can't do

22   a five-minute commercial.

23        Q.     So is it your testimony, sir, that the

24   only reason those cuts were made the way they were

25   is to save time?

1                          D. J. TRUMP

2          A.     Well, one of the things.  I like people

3     to watch the whole interview.  Actually I felt the

4     whole interview was much better than that

5     commercial, than that piece we did.  But you can't

6     fit the whole interview because it was, I think,

7     seven minutes or something like that, and there's

8     never been a seven-minute commercial.  So it's very

9     standard to do that.

10         Q.     Before that video was posted on

11    Truth Social, did you approve it as it was -- did

12    you approve it?

13         A.     Yeah, I approved it.

14         Q.     Okay.  And --

15         A.     And I would like the whole show better,

16    but you can't do the whole show because it's too

17    long.  So they take snippets, which is very

18    standard.

19         Q.     And again, your understanding is the only

20    reason they take the snippets they do is because --

21    to cut it down for length?

22         A.     Well, you can't -- I mean, I'd much

23    rather have the whole show.  In court, if we ever go

24    there -- because this case is a disgrace that should

25    be not even allowed to happen.

Confidential

                    D. J. TRUMP

1

2          But in court, they'll watch the whole

3  show.   They're not going to watch snippets.

4     Q.    Have you ever kissed a woman without her

5  consent?

6     A.    Well, I don't -- I can't think of any

7  complaints.  But no.  I mean, I don't think so.

8          I think it's an inappropriate question,

9  but I don't think so.

10     Q.    Have you ever touched a woman on her

11  breast or her buttocks or any other sexual part

12  without her consent?

13          MS. HABBA:  Objection to form.

14          THE WITNESS:  Well, I will tell you no,

15     but you may have some people like your client

16     that lie.

17  BY MS. KAPLAN:

18     Q.    Have you ever pressured a woman to engage

19  in sex with you?

20     A.    The answer is no.  But you may have some

21  people like your client who are willing to lie.

22     Q.    Do you know what "sexual harassment"

23  means?

24     A.    Yeah, pretty much.

25     Q.    Does it accord with your understanding