**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
        -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>    *Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant.* | Civil Action No.: 22-cv-10016<br><br><br>**NOTICE OF DEFENDANT'S<br>MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump ("Defendant"), hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), for an order granting Defendant's motion to dismiss the Complaint filed by Plaintiff, E. Jean Carroll. This motion is supported by the annexed memorandum of law, any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court.

Respectfully submitted,

Dated: December 21, 2021
       New York, New York

_____
Alina Habba, Esq.
Michael T. Madaio, Esq.
HABBA MADAIO & ASSOCIATES LLP