**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
         -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP,<br><br>*Defendant.* | Civil Action No.: 22-cv-10016<br><br>**NOTICE OF DEFENDANT'S MOTION TO STAY DISCOVERY** |

**PLEASE TAKE NOTICE** that the defendant, Donald J. Trump ("Defendant"), hereby moves, pursuant to Fed. R. Civ. P. 26(c), for an order staying discovery in the instant matter pending the adjudication of Defendant's motion to dismiss.  This motion is supported by the annexed memorandum of law, any arguments or evidence presented in reply, and all arguments or evidence presented at a hearing or with leave of Court.

Respectfully submitted,

Dated:  December 21, 2021.
         New York, New York

_____
Alina Habba, Esq.
Michael T. Madaio, Esq.
HABBA MADAIO & ASSOCIATES LLP