UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
E. JEAN CARROLL,

                       Plaintiff,

         -against-                                   22-cv-10016 (LAK)

DONALD J. TRUMP,

                       Defendant.
------------------------------------------------x

**ORDER UNSEALING PREVIOUSLY SEALED
PORTION OF DEFENDANT'S DEPOSITION**

LEWIS A. KAPLAN, *District Judge.*

        In accordance with the Individual Practices of the undersigned, plaintiff notified the defendant by letter dated December 19, 2022 (Dkt 14) that it was obliged to file within three days a letter explaining the need to seal or redact the portions of the defendant's deposition that was filed as part of an exhibit to the Proposed Case Management Plan (Dkt 15). Defendant did not do so and has made no effort to justify the continued sealing of his deposition.

        Accordingly, the Clerk shall unseal all previously redacted portions of Exhibit B to the Proposed Case Management Plan (Dkt 15-2) and place them on the unrestricted public record.

        SO ORDERED.

Dated:      January 9, 2023

                                                     /s/   Lewis A. Kaplan
                                                                 Lewis A. Kaplan
                                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-9-2023