**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

Plaintiff,

v.                                                                    No. 22 Civ. 10016 (LAK)

DONALD J. TRUMP,

Defendant.

**MOTION FOR ADMISSION PRO HAC VICE OF TREVOR W. MORRISON**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Trevor W. Morrison, hereby move and respectfully request that this Court enter an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff E. Jean Carroll in the above-captioned action. In support of this motion, I state as follows:

1.      I am an attorney in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

2.      I have never been convicted of a felony.

3.      I have never been censured, suspended, disbarred or denied admission or readmission by any court.

4.      Attached hereto is my affidavit pursuant to Local Rule 1.3.

Dated:  January 9, 2023

Respectfully submitted,

Trevor W. Morrison
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
tmorrison@kaplanhecker.com

*Attorney for Plaintiff E. Jean Carroll*