**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

E. JEAN CARROLL,

                         Plaintiff,

      v.

DONALD J. TRUMP,

                         Defendant.

No. 22 Civ. 10016 (LAK)

---

**AFFIDAVIT OF TREVOR W. MORRISON IN SUPPORT OF**
**MOTION FOR ADMISSION PRO HAC VICE**

I, Trevor W. Morrison, hereby depose and state as follows under penalty of perjury:

1.      I am an attorney with the law firm of Kaplan Hecker & Fink LLP. My business contact information is as follows:

> 350 Fifth Avenue, 63rd Floor
> New York, New York 10118
> Telephone: (212) 763-0883
> Fax: (212) 937-3734
> Email: tmorrison@kaplanhecker.com

2.      I submit this Affidavit in support of my Motion for Admission Pro Hac Vice in this case.

3.      I am a member in good standing of the District of Columbia Bar. My Certificate of Good Standing is annexed hereto.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6.      There are no disciplinary proceedings presently against me.

7.      I hereby certify that the foregoing statements made by me are true and correct. I am

aware that if any of the foregoing statements made by me are willfully false, I am subject to

punishment.

Dated:  January 6, 2023

_____
Trevor W. Morrison

Sworn to before me this _6_ day of
_____January_____, 2023

_____
Notary Public

> ABBY CONNELL
> NOTARY PUBLIC, STATE OF NEW YORK
> Registration No. 01CO6439297
> Qualified in New York County
> Commission Expires August 22, 2026