```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
E. JEAN CARROLL,

                        Plaintiff,

        -against-                                   22-cv-10016 (LAK)

DONALD J. TRUMP,

                        Defendant.
------------------------------------------x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The unsealing order dated today (Dkt 28) is vacated.

      SO ORDERED.

Dated:     January 9, 2023

                                                          Lewis A. Kaplan
                                               United States District Judge