UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                    Plaintiff,

         -against-                                    22-cv-10016 (LAK)

DONALD J. TRUMP,

                    Defendant.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Any application to adopt measures to prevent or minimize the risk of any events that could inappropriately influence jurors that may be empaneled in this case, as well as prospective jurors, whether by enpaneling the jury, anonymously or otherwise, shall be filed on or before February 7, 2023. Any response to such a motion shall be filed on or before February 14, 2023. Any reply in support thereof shall be filed on or before February 17, 2023.

        SO ORDERED.

Dated:      January 16, 2023

                                                  _____
                                                  Lewis A. Kaplan
                                                  United States District Judge