UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
E. JEAN CARROLL,

                *Plaintiff*,

– against –

DONALD J. TRUMP,

                *Defendant*.
---------------------------------------------------------------------X

Case No.: 22-cv-10016

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Joseph Tacopina, Esq., who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Donald J. Trump, in the above-captioned Action. Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated: New York, New York
        January 31, 2023

                                      Yours, etc.,
                                      TACOPINA, SEIGEL & DeOREO

By:   /s/ Joseph Tacopina
      Joseph Tacopina, Esq.
      *Attorneys for Defendant*
      *Donald J. Trump*
      275 Madison Ave., Fl. 35
      New York, New York 10016
      Tel: (212) 227-8877
      Fax: (212) 619-1028

To:   All counsel by E-file