UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

E. JEAN CARROLL,

                         *Plaintiff*,

   – against –

DONALD J. TRUMP,

                         *Defendant*.

---------------------------------------------------------------------X

Case No.: 22-cv-10016

**NOTICE OF APPEARANCE**

       PLEASE TAKE NOTICE that the undersigned attorney, Matthew G. DeOreo, Esq., who is

a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Donald

J. Trump, in the above-captioned Action.  Any and all correspondence, documents, notices and

filings should be served upon the undersigned.

Dated: New York, New York
       January 31, 2023

                       Yours, etc.,
                       TACOPINA, SEIGEL & DeOREO

            By:   /s/ Matthew G. DeOreo
                 Matthew G. DeOreo, Esq.
                 *Attorneys for Defendant*
                 *Donald J. Trump*
                 275 Madison Ave., Fl. 35
                 New York, New York 10016
                 Tel: (212) 227-8877
                 Fax: (212) 619-1028

To:    All counsel by E-file