UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

E. JEAN CARROLL,

                *Plaintiff*,

    – against –

DONALD J. TRUMP,

                *Defendant*.

-------------------------------------------------------------------X

Case No.: 22-cv-10016

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned attorney, Chad Seigel, Esq., who is a member in good standing of the bar of this Court, hereby appears as counsel for Defendant Donald J. Trump, in the above-captioned Action.  Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated: New York, New York
       January 31, 2023

                    Yours, etc.,
                    TACOPINA, SEIGEL & DeOREO


        By:    /s/ Chad Seigel
              Chad Seigel, Esq.
              *Attorneys for Defendant*
              *Donald J. Trump*
              275 Madison Ave., Fl. 35
              New York, New York 10016
              Tel: (212) 227-8877
              Fax: (212) 619-1028


To:    All counsel by E-file