UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

E. JEAN CARROLL,

                Plaintiff,

      -against-                                        22-cv-10016 (LAK)

DONALD J. TRUMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 2-7-2023

### AMENDMENT TO PRETRIAL AND SCHEDULING ORDER

LEWIS A. KAPLAN, *District Judge.*

        The defendant has requested adjustments to the Pretrial and Scheduling Order (Dkt 19) (the "PSO"). The Court has conducted a pretrial and scheduling conference with counsel for both parties. Accordingly,

        1.      Paragraph 7 of the PSO is amended in the following respects only:

              (a)      Notwithstanding the otherwise applicable January 30, 2023 and February 6, 2023 deadlines for service of defendant's new or supplemental rebuttal expert reports and the completion of expert discovery, respectively,

                    (i)      Defendant's time to serve the report of Dr. Edgar Nace or any substitute expert in place of Dr. Nace is extended until February 28, 2023.

                    (ii)     All discovery of and with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be completed on or before March 14, 2023.

              (b)      Notwithstanding the otherwise applicable February 23, 2023, March 9, 2023, and March 16, 2023 deadlines to file motions *in limine*, oppositions to

motions *in limine*, and replies in support of motions *in limine*, respectively,

        (i)     Any motions *in limine* with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before March 21, 2023.

        (ii)    Any oppositions to motions *in limine* with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before April 4, 2023.

        (iii)   Any replies in support of the motions *in limine* with respect to Dr. Nace or any substitute expert in place of Dr. Nace shall be filed on or before April 11, 2023.

        (c)    Trial will commence on April 25, 2023.

2.    The Court will resolve the question whether to consolidate or jointly try *Carroll I* with this case at a later date.

SO ORDERED.

Dated:    February 7, 2023

                                                                  Lewis A. Kaplan
                                                          United States District Judge