# EXHIBIT B

2/10/23, 1:49 PM  E. Jean Carroll on Twitter: "Cyrus Vance, the Manhattan District Attorney, has Trump's taxes. Fani Willis, the Georgia Prosecutor, …

Case 1:22-cv-10016-LAK   Document 51-2   Filed 02/10/23   Page 2 of 5



# Tweet

**E. Jean Carroll** @ejeancarroll

Cyrus Vance, the Manhattan District Attorney, has Trump's taxes.

Fani Willis, the Georgia Prosecutor, has Trump's phone call.

Mary Trump has her grandfather's will.

And I have the dress.

Trump is basically in deep shit.



washingtonpost.com
Trump's tax returns have been turned over to Manhattan district attorney
District Attorney Cyrus R. Vance Jr. is leading a criminal investigation into the former president and his business activities.

12:49 PM · Feb 25, 2021

**5,815** Retweets   **579** Quote Tweets   **26.6K** Likes

---

**suef** @suef07389606 · Feb 25, 2021
Replying to @ejeancarroll
He will get away with everything he always does

💬 8    🔁 2    ♡ 15

**E. Jean Carroll** @ejeancarroll · Feb 25, 2021
Replying to @suef07389606
Not this time, Suef!

💬 10   🔁 3    ♡ 239

**Old Wise Crone** @oldwisecrone · Feb 25, 2021
Replying to @ejeancarroll
You keep saying that . . . But nothing happens. . . 🙌

💬 5    🔁 1    ♡ 37

**E. Jean Carroll** @ejeancarroll · Feb 25, 2021
Replying to @oldwisecrone
The wheels of justice turn slowly. But Mary Trump and I have a lawyer who makes those wheels turn with more gusto!

💬 34   🔁 60   ♡ 786

---

**Search Twitter**

### New to Twitter?
Sign up now to get your own pers

Sign up with G
Sign up with A
Create accou

By signing up, you agree to the T
Privacy Policy, including Cookie U

### Relevant people
**E. Jean Carroll** @ejeancarroll
Whipsawed by Cor
JEAN at e.jean@as
Witless? Read my S
ejeancarroll.substa
Atlantic, VF, NYmag

### What's happening
NBA · Last night
**Bucks at Lakers**

Trending in United States
**Open Your Eyes**
6,629 Tweets

Politics · Trending
**The CDC**
29.5K Tweets

Politics · Trending
**Fetterman**
54.2K Tweets

Fashion & beauty · Trending
**#LISAxCelineWinter23**
Trending with LALISA AT CELIN

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ·
© 2023 Twitter, Inc.

---

**Don't miss what's happening**
People on Twitter are the first to know.   **Log in**



Explore

Settings

he always found a way to get out of not appearing.

11 16 201

**E. Jean Carroll** @ejeancarroll · Feb 25, 2021
Replying to @PeteCelino
He has been involved in over 3,500 lawsuits. Many of these he loses or settles. He has been in court many many times before.

10 31 310

Show replies

**Lets Get Real** @reallauranor · Feb 25, 2021
Replying to @ejeancarroll
But I'm so tired of waiting! Why are we still waiting?

3 1 19

**E. Jean Carroll** @ejeancarroll · Feb 25, 2021
Replying to @reallauranor
Because the American Justice system is not quick.

12 5 141

**Jamison Twins** 🌐 @PSYCHICTWINS · Feb 25, 2021
Replying to @ejeancarroll
We predicted them all.

1 3 19

**E. Jean Carroll** @ejeancarroll · Feb 25, 2021
Replying to @PSYCHICTWINS
Indeed you did, Jamisons!

AND how does the future look now, ladies??

3 4 48

Show replies

**Trisha Greenhalgh** @trishgreenhalgh · Feb 25, 2021
Replying to @ejeancarroll and @duty2warn
You are one courageous woman.

9

**afrobella** @afrobella · Feb 25, 2021
Replying to @ejeancarroll
LOVE to hear this!

1

**Tara Dublin** @taradublinrocks · Feb 26, 2021
Replying to @ejeancarroll
Isn't it just GLORIOUS?! @MaryLTrump
#WomenWillEndTrump

4 12 120

**Mary L Trump** @MaryLTrump · Feb 26, 2021
Replying to @taradublinrocks and @ejeancarroll
It is, indeed.

7 11 108

Show replies

**Shane Plumer, Esq.** @ShanePlumerEsq · Feb 25, 2021
Replying to @ejeancarroll
If only White people cared. 🤦🏾

**Don't miss what's happening**
People on Twitter are the first to know.
Log in S

2/10/23, 1:49 PM                                  E. Jean Carroll on Twitter: "Cyrus Vance, the Manhattan District Attorney, has Trump's taxes. Fani Willis, the Georgia Prosecutor, …

Case 1:22-cv-10016-LAK   Document 51-2   Filed 02/10/23   Page 4 of 5



Explore

Settings

Replying to @ejeancarroll
Why do you think he was willing to destroy our democracy just to hold onto power, because he knew this was all coming his way as soon as he got kicked out. With as much stress and anxiety as he caused us over the last 4 years, it's gonna be nice seeing his house of cards crumble.

3      13      141

Show replies



**Donald Blake** @Bobadibob · Feb 25, 2021
Replying to @ejeancarroll
If only it were true. But anybody who's got eyes knows that nothing is going to come out of it. It's like he's fucking magical. Nothing touches him. He's the reason I don't believe in justice anymore.

He's living proof that karma doesn't exist .

I feel for you ma'am.

11     2      9

**Don't miss what's happening**
People on Twitter are the first to know.

Log in

2/10/23, 1:49 PM E. Jean Carroll on Twitter: "Cyrus Vance, the Manhattan District Attorney, has Trump's taxes. Fani Willis, the Georgia Prosecutor, …



Explore

Settings

Don't miss what's happening
People on Twitter are the first to know.

Log in

https://twitter.com/ejeancarroll/status/1364995845439901700?s=42&t=s-Vwl3bg6R0BjfyHJ6uv1Q    4/4