# EXHIBIT E

# Ian C. Lamoureux, M.D.
Lamoureux Forensic and Psychiatric Services, PLLC
7047 E. Greenway Parkway Suite 250
Scottsdale, Arizona 85254
Phone: (520)-305-9228

## TRAINING

Fellowship in Forensic Psychiatry, Case Western Reserve University School of Medicine, Cleveland Medical Center July 2017 – June 2018

General Psychiatry Residency, Mayo Clinic June 2013 – June 2017

## ACADEMIC AND TEACHING APPOINTMENTS

Assistant Professor, Health Sciences Associated Faculty, Department of Psychiatry, Creighton University School of Medicine – Phoenix, AZ 2020 – Present

Clinical Assistant Professor, Department of Psychiatry, University of Arizona College of Medicine – Phoenix, AZ 2019 – Present

Instructor, Department of Psychiatry and Psychology, Mayo Clinic 2019 – Present

Director, Creighton University School of Medicine Psychiatry Postgraduate Residency Program – Forensic Psychiatry Rotation at Valleywise Health 2022 – Present

## HOSPITAL AFFILIATIONS

Valleywise Health (Formerly Maricopa Integrated Health System), Phoenix, AZ; August 2018 – Present
- Attending Psychiatrist
    - Valleywise Health (Formerly Desert Vista) Behavioral Health Center
        - Inpatient Treatment of Predominantly Civilly Committed Patients
    - Phoenix Campus (Formerly Maricopa Medical Center) – Medical Psychiatric Inpatient Unit and Consultation-Liaison Psychiatry
        - Treatment of Medically Ill Patients with Comorbid Psychiatric Illness

## BOARD CERTIFICATION

- American Board of Psychiatry and Neurology – Board Certified in Brain Injury Medicine
    - #210 – Certified on September 12, 2022

- American Board of Psychiatry and Neurology – Board Certified in Forensic Psychiatry
    - #2467 – Certified on October 15, 2019

- American Board of Psychiatry and Neurology – Board Certified in Psychiatry
    - #72986 – Certified on September 18, 2017

**LICENSURE**
- Arizona Medical License #55760
- California Medical License #156406
- Nevada Medical License #21605
- DEA Prescriber License #FL4709715

**INACTIVE LICENSURE**
- Ohio Medical License #130368
- Minnesota Medical License #58095

**EDUCATION**

M.D., University of Arizona College of Medicine, Tucson, Arizona, 2012

B.S. in Health Sciences with Honors, University of Arizona, Tucson, Arizona
- Major: Physiology, 2007
  - Phi Beta Kappa
  - Magna Cum Laude Graduate
  - Nominated for Outstanding Physiology Senior

**PROFESSIONAL COMMITTEES**
- American Academy of Psychiatry and the Law Private Practice Committee, 2018 – Present
- American Academy of Psychiatry and the Law Law-Enforcement Liaison Committee, 2018 – Present
- Arizona Psychiatric Society Forensic Committee, 2018 – 2020
- Mayo Clinic Adult Psychiatry Education Committee, 2017 Class Representative, 2014-2017
- Mayo Clinic Research Track Selection Committee 2017
- Mayo Clinic Rome Award Grand Rounds Committee, 2015-2016
- Mayo Clinic Advanced Supervision Selection Committee, 2016

**PROFESSIONAL WORKGROUPS**
- Arizona Psychiatric Society Rule 11 Workgroup, 2018 - 2020

**LECTURES**
- Maricopa Integrated Health Systems Psychiatry Residency Forensic Series Lecture (3/4/2020, 2/17/2021, 2/21/22): *Testamentary Capacity and Undue Influence*
- University Hospitals Cleveland Medical Center Medical Student Lecture (7/24/2017, 9/25/2017, 1/29/2018, and 4/2/2018): *Suicide and Violence Risk Assessment*
- Mayo Clinic Morning Case Presentation (4/21/2016): *Four Decades and 2,000 Miles Later: The Duty to Warn in Minnesota*
- Mayo Clinic Morning Case Presentation (4/30/2015): *Violence Risk Assessment: Status vs. State, and Preventing Violence During Inpatient Hospitalization*

- Mayo Clinic Morning Case Presentation (2/19/2015): *Patients Who Stalk Their Clinicians: Nosology, Prevention, Treatment, and Risk Management*
- Mayo Clinic Psychiatry Intern Didactic Lecture (7/23/2014): *Introduction to Forensic Psychiatry at Mayo*
- Mayo Clinic Psychiatry Intern Orientation Lecture (6/30/14): *Assessing Capacity*
- Mayo Clinic Morning Case Presentation (11/21/13): *Folie a Deux: Filicide, Competency, and Criminal Culpability*

**INVITED PRESENTATIONS**
- Creighton University School of Medicine Psychiatry Postgraduate Residency Program Grand Rounds (1/18/23): *Guardianship and the Psychiatrist: Navigating the Complex Medicolegal Terrain*
- Arizona Prosecuting Attorneys' Advisory Council & Gila River Indian Community Prosecutor's Office GRIC Trial Advocacy Conference (10/20/21): *Approach to the Assessment of Defense Expert Reports*
- Arizona Prosecuting Attorneys' Advisory Council Capital Litigation Conference (2/25/21): *Approach to the Assessment of Defense Expert Reports*
- Arizona Prosecuting Attorneys' Advisory Council Capital Litigation Conference (2/25/21): *Comorbid Presentation of Substance Abuse and Mental Illness*
- Arizona Prosecuting Attorneys' Advisory Council Capital Litigation Conference (2/25/21): *The DSM-5 In Criminal Trials*
- Beus, Gilbert, McGroder, PLLC Continuing Legal Education (2/10/21): *Estate Planning: Addressing Testamentary Capacity and Undue Influence*
- Maricopa Integrated Health Systems Department of Psychiatry Grand Rounds (9/11/19): *The Psychiatrist as Expert Witness*
- Case Western Reserve University Department of Psychiatry Grand Rounds (2/23/18): *Faux Honor and Glory: Dissecting the Pathological Hero Syndrome*
- Midwest Chapter of the American Academy of Psychiatry and the Law, 34th Annual Meeting (4/1/17): *Impaired Physicians: Putting Our Money Where Our Therapy Is?*
- Mayo Clinic Department of Psychiatry and Psychology Grand Rounds (1/18/17): *Petitioning for Involuntary Commitment to Chemical Dependency Treatment from Inpatient Medical and Surgical Services: A Descriptive Study*
- Mayo Clinic Department of Internal Medicine Grand Rounds (9/1/16): *Emergency (72-hour) Holds*

**EXTRAMURAL PRESENTATIONS**
**National Presentations**

**Oral**
- Soliman S, **Lamoureux IC**, Gallagher TJ. *Family Values: Undue Influence in Collectivist Cultures*. 53rd Annual Meeting, American Academy of Psychiatry and the Law. 2022

- Calhoun D, **Lamoureux IC**, Khan J, Scott C. *The Role of the Forensic Psychiatrist in Gun Violence Education and Reduction Interventions.* 49th Annual Meeting, American Academy of Psychiatry and the Law. 2018
- Noffsinger S, **Lamoureux IC**, Calhoun D. *Evaluating Physician Impairment from a Psychiatric Perspective.* 2018 American Psychiatric Association Annual Meeting. 2018
- Khan J, **Lamoureux IC**, Testa M. *On Target? Legislating Gun Violence and the Mentally Ill.* 48th Annual Meeting, American Academy of Psychiatry and the Law. 2017
- **Lamoureux IC**, Schutt PE, Rasmussen KG. *Chemical Dependency Commitment: Does it Work?* 47th Annual Meeting, American Academy of Psychiatry and the Law. 2016
- **Lamoureux IC**, Schak KM, Rummans TA. *Temporary Mental Health Holds: Who Gets Civilly Committed?* 47th Annual Meeting, American Academy of Psychiatry and the Law. 2016
- **Lamoureux IC**, Stark AL, Croarkin PD. *Crying Wolf: Understanding False Sexual Assault Allegations.* 47th Annual Meeting, American Academy of Psychiatry and the Law. 2016

**Poster**
- Khan J, Calhoun D, **Lamoureux IC**. *Respondeat Superior: Trainees vs Nonphysician Providers.* 51st Annual Meeting, American Academy of Psychiatry and the Law, 2020
- Schmidt KA, **Lamoureux IC**, Lachner C, Burton MC, Larrabee BR, Schak KM, Rummans TA. *Substance Use Disorders and their Effect on the Psychiatric and Justice Systems.* 28th Annual Meeting, American Academy of Addiction Psychiatry. 2017
- **Lamoureux IC**, Schak KM, Rummans TA. *Involuntary Mental Health Holds and the Decision to Pursue Commitment: A Descriptive Study.* 2017 American Psychiatric Association Annual Meeting. 2017
- **Lamoureux IC**, Dare FY, Rasmussen KG. *Substituted Consent for Electroconvulsive Therapy: A Consideration of Commonly Encountered Clinical Challenges.* 2017 American Psychiatric Association Annual Meeting. 2017
- **Lamoureux IC**, Wells LA. *Medication Assisted Decision Making.* 33rd Annual Meeting, Midwest Chapter of the American Academy of Psychiatry and the Law. 2016
- Hammer RR, Perossa BA, **Lamoureux IC**, Sola CR. *Treatment of Orbitofrontal Syndrome with Methylphenidate in a Patient Status Post Right Frontal Meningioma Resection.* Annual Meeting of the Academy of Psychosomatic Medicine. 2015

## RESEARCH

### Peer-Reviewed Publications
- **Lamoureux IC**, Schutt PE, Rasmussen KG. *Petitioning for Involuntary Commitment for Chemical Dependency by Medical Services*. Journal of the American Academy of Psychiatry and the Law. 2017 Sep;45(3):332-338
- Schmidt KA, **Lamoureux IC**, Schak KM, Lachner C, Burton MC, Larrabee BR, Rummans TA. *Substance Use Disorders and Their Effect on the Psychiatric and Justice Systems*. American Journal on Addictions. 2018 Aug;27:574–577
- **Lamoureux IC**, VanDercar A, Resnick PJ. *Legal Digest: Duty to Protect Students from Foreseeable Violence During Curricular Activities*. Journal of the American Academy of Psychiatry and the Law. 2018 Dec;46(4):554-556
- Roy A, Lachner C, Dumitrascu A, Dawson NL, Vadeboncoeur TF, Maniaci MJ, **Lamoureux IC,** Lewis PC, Rummans TA, Burton MC. *Patients on Involuntary Hold Status in the Emergency Department*. Southern Medical Journal. 2019 May; 112(5):265-270

### Publications
- **Lamoureux IC,** Knoll JL. *Media Review: Mindhunter*. Journal of the American Academy of Psychiatry and the Law. 2018 Mar;46(1):133-137
- Pitt SE, **Lamoureux IC,** Nelson EM, Chapman B. *Avoiding Investigative Pitfalls in Potential Mental State at the Time of the Offense Cases: Pitt, Nelson, Chapman, Lamoureux Interview Schedule (PNCLIS)*. Police Magazine. Electronically published September 4, 2018.

## HONORS AND AWARDS
- 2017 Mayo Clinic Academic Rank – Instructor
- 2015 Midwest American Academy of Psychiatry and the Law Margolis Travel Scholarship
- 2015 Mayo Clinic General Psychiatry Residency Research Track Award

## EXPERIENCE
- Consultant to Phoenix Police Department Missing and Unidentified Persons Unit, 2019 – Present
- NFL Certified Clinician, 2019-Present
- MLB Certified Clinician, 2018-Present
- CIT Instructor, Cleveland Area Police and Sheriff's Departments, 2017-2018
- Consultant to Rochester Police Department and Olmsted County Sheriff's Department, Rochester, Minnesota (2017)
- Experience with Cognitive Processing Therapy (2014 – Present)
- Forensic Psychiatry Rotation with Dr. Steven Pitt, Scottsdale, Arizona (4/8/17 – 5/6/17)
- Mayo Clinic Specialty Mood and Diagnostic Clinic Rotation (2/29/16 – 4/29/16)
- Forensic Psychiatry Rotation at Case Western Reserve University, Cleveland, Ohio (1/30/16 – 2/26/16)

- Expert Testimony in Commitment/Jarvis Hearings as a PGY-II Resident, a Responsibility Traditionally Reserved for PGY-IV (2014-2015)
- 12 Months Plastic Surgery Clinical Research with Dr. Chris Maloney (2009 - 2010)
  - *Cutaneous Nerve Denervation as Surgical Management of Breast Pain Following Plastic or Reconstructive Breast Surgery*

**PROFESSIONAL ORGANIZATIONS**
- Arizona Psychiatric Society (2018 – 2020)
- American Academy of Psychiatry and the Law (2013 – Present)
- American Psychiatric Association (2010 – 2020)