UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E. JEAN CARROLL,                                                          Civil Action No.:
                                                                                          22-cv-10016
                                *Plaintiff,*

       – against –                                                                **NOTICE OF MOTION**

DONALD J. TRUMP,

                                *Defendant.*
-----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed: (a) Declaration of Matthew G. DeOreo, (b) the Local Rule 56.1 Statement of Defendant; and (c) the accompanying Memorandum of Law, Defendant will move this Court, before the Honorable Lewis A. Kaplan, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 56, dismissing Plaintiff's defamation claim (Count II of the Complaint filed in this action) in its entirety with prejudice, with such other and further relief as the Court deems just and proper.

Dated: New York, New York
       February 23, 2023

| | |
|---|---|
| TACOPINA, SEIGEL & DeOREO | *[signature]* |
| *[signature]* | |
| By: _____ | _____ |
| Joseph Tacopina, Esq. | Alina Habba, Esq. |
| Chad Seigel, Esq. | HABBA MADAIO & ASSOCIATES LLP |
| Matthew G. DeOreo, Esq. | 1430 US Highway 206, Suite 240 |
| 275 Madison Ave., Fl. 35 | Bedminster, New Jersey 07921 |
| New York, New York 10016 | -and- |
| Tel: (212) 227-8877 | 112 West 34th Street, 17th & 18th Floors |
| Fax: (212) 619-1028 | New York, New York 10120 |
| jtacopina@tacopinalaw.com | Telephone: (908) 869-1188 |
| cseigel@tacopinalaw.com | Facsimile: (908) 450-1881 |
| mdeoreo@tacopinalaw.com | E-mail: ahabba@habbalaw.com |
| | |
| Counsel for Defendant, Donald J. Trump | Counsel for Defendant, Donald J. Trump |

TO:   All counsel by ECF