UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
E. JEAN CARROLL,

                    *Plaintiff,*

– against –

DONALD J. TRUMP,

                    *Defendant.*
-------------------------------------------------------------------X

Civil Action No.:
22-cv-10016 (LAK)

## DECLARATION OF MATTHEW G. DeOREO

I, MATTHEW G. DeOREO, declare as follows under the penalty of perjury:

1. I respectfully submit this Declaration in opposition to Plaintiff's Omnibus Motion *in Limine*.

2. The sole purpose of this Declaration is to submit Exhibits to the Court. These exhibits are as follows:

    a. **Exhibit 1**: Defendant's Memorandum of Law in support of his Motion *in Limine* in *Carroll v. Trump*, No. 1:20-cv-7311-LAK-JLC (ECF No. 131)("*Carroll I*");

    b. **Exhibit 2**: the February 16, 2023 Declaration of Alina Habba filed in support of Defendant's Motion *in Limine* in *Carroll I* (ECF No. 132)("Habba Declaration");

    c. **Exhibit 3**: Exhibit A to the Habba Declaration (ECF No. 132-1);

    d. **Exhibit 4**: Exhibit B to the Habba Declaration (ECF No. 132-2);

e. **Exhibit 5**: Defendant's Memorandum of Law in opposition to Plaintiff's Motion *in Limine* in *Carroll I* (ECF No. 136);

f. **Exhibit 6**: the February 23, 2023 Declaration of Alina Habba filed in opposition to Plaintiff's Motion *in Limine* in *Carroll I* (ECF No. 137)("Habba Opposition Declaration");

g. **Exhibit 7**: Exhibit A to the Habba Opposition Declaration (ECF No. 137-1);

h. **Exhibit 8**: Exhibit B to the Habba Opposition Declaration (ECF No. 137-2);

i. **Exhibit 9**: Exhibit D to the Habba Opposition Declaration (ECF No. 137-4);

j. **Exhibit 10**: Exhibit E to the Habba Opposition Declaration (ECF No. 137-5); and

k. **Exhibit 11**: Defendant's Reply Memorandum of Law in further support of his Motion *in Limine* in *Carroll I* (ECF No. 140).

3. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 9, 2023

MATTHEW G. DeOREO