# EXHIBIT 4

# EXHIBIT B

Page 1

```
 1                    JESSICA LEEDS
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4      ------------------------------------   )
 5    E. JEAN CARROLL,                         )
 6              Plaintiff,                     ) Case No.
 7         vs.                                 ) 20-Civ-7311
 8    DONALD J. TRUMP, in his personal capacity) (LAK)(JLC)
 9              Defendants.                    )
10      ------------------------------------   )
11
12
13              DEPOSITION OF JESSICA LEEDS
14                   NEW YORK, NEW YORK
15                   OCTOBER 13, 2022
16
17
18
19
20
21
22
23
24    REPORTED BY:  Tina Alfaro, RPR, CRR, RMR
25    JOB NO. 218341
```

```
 1                    JESSICA LEEDS
 2   mean by that?
 3       A.   Well, he was with his hands grabbing me,
 4   trying to kiss me, grabbing my breasts, pulling me
 5   towards him, pulling himself on to me.  It was kind
 6   of a struggle going on.  Part of my brain was
 7   wondering why the people in the back -- in the seat
 8   behind me weren't noticing that the seat was
 9   jiggling around and why wasn't the guy that was
10   sitting across the aisle saying something or where
11   in hell was the stewardess.  That went on for what
12   seemed like a terribly long time, but it probably
13   was just a few seconds.
14            It was when he started putting his hand up
15   my skirt that I realized that nobody was going to
16   save me but me, and I was on the aisle, I managed to
17   wheel my way out of the chair, and grabbed my purse
18   and I went back to my seat in the back.
19       Q.   And did Donald Trump say anything while
20   this was happening?
21       A.   Not a word.  There was never any sound that
22   I can recall.
23       Q.   Did you say anything while this was
24   happening?
25       A.   Nope.
```