# EXHIBIT 10

# EXHIBIT E

Page 1

```
 1
 2         UNITED STATES DISTRICT COURT
 3         SOUTHERN DISTRICT OF NEW YORK
 4
 5   E. JEAN CARROLL,            )
                  Plaintiff,     )
 6                               )
            -against-            )20-cv-7311(LAK)
 7                               )
     DONALD J. TRUMP, in his     )
 8   personal capacity,          )
                  Defendant.     )
 9   _____ )
10
11
12            ***CONFIDENTIAL***
13         VIDEOTAPED DEPOSITION OF
14              E. JEAN CARROLL
15            New York, New York
16         Friday, October 14, 2022
17
18
19
20   Reported By:
21   CATHI IRISH, RPR, CRR, CLVS
22
23
24
25
```

Page 178

1            CARROLL - CONFIDENTIAL
2    defendant's statements?
3        A.   Absolutely.
4        Q.   Why do you think that?
5        A.   I believe they thought that the
6    column had taken a hit.  Here it was
7    probably the number one feature for years
8    and I'm a liar.
9        Q.   Did someone from Elle tell you
10   that?
11       A.   No, they would never admit it.
12       Q.   Who advised you that you were
13   being terminated from Elle Magazine?
14       A.   The managing editor.
15       Q.   Who was that?
16       A.   I had to look her up when she
17   called, Erin Hobday.  I thought she was
18   calling me to invite me to the Christmas
19   party.
20       Q.   Were you surprised by your
21   termination?
22       A.   That's putting it mildly.
23       Q.   In what manner were you advised?
24       A.   Very cheerful conversation.  She
25   said I'm calling to inform you that we

Page 188

1       CARROLL - CONFIDENTIAL
2   are not relevant but DF99WWW24RY-
3   dms-ngarcia@hearst.com.
4       A.  Yes.
5       Q.  The date is 8/4/2019?
6       A.  Yes.
7       Q.  Okay.  Do you know who ngarcia at
8   Hearst would be?
9       A.  Who?
10      Q.  I'll state it differently.
11      A.  Oh, Nina Garcia.
12      Q.  Exactly.  Who is Ms. Garcia?
13      A.  Ms. Garcia is a well respected
14  editor in the magazine world.  She is the
15  editor-in-chief of Elle.  She's also one
16  of the stars of Project Runway.
17      Q.  She was the editor-in-chief at
18  Elle at this time?
19      A.  Yes.
20      Q.  Did you have a relationship with
21  Ms. Garcia?
22      A.  No, just an admirer of hers.  I
23  liked her style, I liked her on Project
24  Runway.
25      Q.  According to the contents of this

Page 189

1        CARROLL - CONFIDENTIAL
2    communication, it states "Hi, Kate, Emma
3    told me you are aware of the E. Jean
4    situation.  Sadly she will not reconsider
5    her exclusive with New York Magazine.
6    I've been talking to Erin Hobday about our
7    situation with HR, and Brandy about our PR
8    strategy.  Both feel prepared to move
9    forward.  I don't feel it sets the right
10   precedent if we keep her.  Let me know
11   your thoughts."
12       A.   Exactly.
13       Q.   Do you know who Erin --
14            MS. KAPLAN:  I think she was
15       going to say exactly.  Anything else?
16            THE WITNESS:  This is a shocking
17       e-mail for me because what precedent
18       are they talking about, does anybody
19       know?
20   BY MS. HABBA:
21       Q.   I'll ask you some more detailed
22   questions.
23            According to the contents of this
24   communication that I just read, it is said
25   that you would not reconsider your

Page 217

1         CARROLL - CONFIDENTIAL
2    your blog?
3        A.   Oh, Substack, yes, I do.
4        Q.   You do.  Do you know how much?
5        A.   Yes, 70,000 a year.
6        Q.   And how long have you been
7    generating that amount of income from the
8    blog?
9        A.   It was immediately popular.  Not
10   a big huge massive salutation but it's
11   doing all right.  I enjoy writing it.
12       Q.   Did it increase after 2019?
13       A.   Oh, I didn't start it until 2021.
14       Q.   So it's pretty successful since
15   you started it?
16       A.   It's successful for a Substack,
17   yes.
18       Q.   Have you sued anyone else?
19       A.   No.
20       Q.   Have you ever been sued?
21       A.   No.
22       Q.   Last set of questions I have for
23   you, you stated in the public that you had
24   DNA from the former president; is that
25   correct?

1      CARROLL - CONFIDENTIAL
2      A.   Yes.
3      Q.   Why did you state that?
4      A.   Because we sent the dress to be
5   examined and then we got back a report.
6   Robbie published it.
7      Q.   What did that report say that you
8   recall?  And don't divulge anything that's
9   privileged, please, so conversations
10  between you and your attorney I don't want
11  to know.
12     A.   It is so far above my head.  The
13  reports about DNA are so detailed and so
14  much scientific rigor is required to
15  understand even the opening paragraph, I
16  can't really -- I can't say.
17     Q.   And how did you discover that
18  there might have been a trace of DNA from
19  this event?
20          MS. KAPLAN:  I don't think you
21     can answer that question.
22          MS. HABBA:  Okay.  I think I'm
23     done.
24          Oh, yes, I forgot.
25  ///