# EXHIBIT 2

## Deposition Video of N. Stoynoff

*Provided to the Court on Exhibit DVD*