# EXHIBIT 3

## Deposition Video of J. Leeds

*Provided to the Court on Exhibit DVD*