UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. JEAN CARROLL,

           *Plaintiff*,

v.

DONALD J. TRUMP,

           *Defendant*.

No. 22 Civ. 10016 (LAK)

---

### DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT OF PLAINTIFF E. JEAN CARROLL'S OPPOSITION TO DEFENDANT DONALD J. TRUMP'S MOTION FOR SUMMARY JUDGMENT

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Plaintiff's opposition to Defendant Donald J. Trump's motion for summary judgment.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the official transcript of Trump's October 19, 2022 deposition taken in *Carroll v. Trump*, No. 20 Civ. 7311 (S.D.N.Y.) ("*Carroll I*").

4. Attached hereto as **Exhibit 2** is a true and correct copy of a Truth Social post containing the statement that Trump made about Carroll on October 12, 2022, which was marked as Exhibit 28 during Trump's deposition in *Carroll I*.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Ashlee Humphreys, PhD, dated January 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         March 9, 2023

_____
Roberta A. Kaplan