UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

        *Plaintiff*,

    v.

DONALD J. TRUMP,

        *Defendant.*

No. 22 Civ. 10016 (LAK)

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for Plaintiff E. Jean Carroll in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 10, 2023

        /s/ Michael Ferrara
        Michael Ferrara
        KAPLAN HECKER & FINK LLP
        350 Fifth Avenue, 63rd Floor
        New York, New York 10118
        Telephone: (212) 763-0883
        Facsimile: (212) 564-0883
        mferrara@kaplanhecker.com

        *Counsel for Plaintiff E. Jean Carroll*