UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
E. JEAN CARROLL,

               Plaintiff,

      -against-                                 22-cv-10016 (LAK)

DONALD J. TRUMP,

               Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Any party objecting to the use of an anonymous jury in the trial of this case shall file any objections no later than March 17, 2022.  Any response to any such objection shall be filed no later than March 22, 2022.

        SO ORDERED.

Dated:      March 11, 2023

                                                /s/   Lewis A. Kaplan
                                                _____
                                                         Lewis A. Kaplan
                                                    United States District Judge