UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

        *Plaintiff*,

v.

DONALD J. TRUMP,

        *Defendant*.

No. 22 Civ. 10016 (LAK) (JLC)

**DECLARATION OF ROBERTA A. KAPLAN IN SUPPORT
OF PLAINTIFF E. JEAN CARROLL'S REPLY
IN SUPPORT OF HER OMNIBUS MOTION IN LIMINE**

I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

2. I respectfully submit this declaration in support of Carroll's reply in support of her omnibus motion in limine.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Donald J. Trump's Rule 26(a)(1) Initial Disclosures in this action, dated January 9, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the official transcript of Carroll's deposition, which was taken in the related action, *Carroll v. Trump*, No. 20 Civ. 7311 (S.D.N.Y) ("*Carroll I*"), on October 14, 2022.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the official transcript of Robert J. Fisher's deposition, which was taken in this action on February 6, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Robert J. Fisher, dated January 30, 2023.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the official transcript of Robert J. Fisher's deposition, which was taken in *Carroll I* on December 14 and 20, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         March 16, 2023                            _____
                                                   Roberta A. Kaplan