# EXHIBIT 2

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,            )
            Plaintiff,      )
                            )
      -against-             ) 20-cv-7311(LAK)
                            )
DONALD J. TRUMP, in his     )
personal capacity,          )
            Defendant.      )
_____     )


            ***CONFIDENTIAL***
         VIDEOTAPED DEPOSITION OF
              E. JEAN CARROLL
             New York, New York
          Friday, October 14, 2022



Reported By:
CATHI IRISH, RPR, CRR, CLVS
```

Page 217

1              CARROLL - CONFIDENTIAL
2     your blog?
3          A.    Oh, Substack, yes, I do.
4          Q.    You do.  Do you know how much?
5          A.    Yes, 70,000 a year.
6          Q.    And how long have you been
7     generating that amount of income from the
8     blog?
9          A.    It was immediately popular.  Not
10    a big huge massive salutation but it's
11    doing all right.  I enjoy writing it.
12         Q.    Did it increase after 2019?
13         A.    Oh, I didn't start it until 2021.
14         Q.    So it's pretty successful since
15    you started it?
16         A.    It's successful for a Substack,
17    yes.
18         Q.    Have you sued anyone else?
19         A.    No.
20         Q.    Have you ever been sued?
21         A.    No.
22         Q.    Last set of questions I have for
23    you, you stated in the public that you had
24    DNA from the former president; is that
25    correct?

1        CARROLL - CONFIDENTIAL

2     A.   Yes.

3     Q.   Why did you state that?

4     A.   Because we sent the dress to be
5  examined and then we got back a report.
6  Robbie published it.

7     Q.   What did that report say that you
8  recall?  And don't divulge anything that's
9  privileged, please, so conversations
10 between you and your attorney I don't want
11 to know.

12    A.   It is so far above my head.  The
13 reports about DNA are so detailed and so
14 much scientific rigor is required to
15 understand even the opening paragraph, I
16 can't really -- I can't say.

17    Q.   And how did you discover that
18 there might have been a trace of DNA from
19 this event?

20         MS. KAPLAN:  I don't think you
21    can answer that question.

22         MS. HABBA:  Okay.  I think I'm
23    done.

24         Oh, yes, I forgot.

25 ///