# EXHIBIT 3

```
 1           UNITED STATES DISTRICT COURT

 2           SOUTHERN DISTRICT OF NEW YORK

 3

 4   E. Jean Carroll,              )
                                   )
 5             Plaintiff,          )
                                   ) Case No.
 6       vs.                       )
                                   ) 1:22-CV-10016-LAK
 7   Donald J. Trump,              )
                                   )
 8             Defendant.          )
     _____)
 9

10

11

12

13

14       VIDEO DEPOSITION OF ROBERT J. FISHER

15           Via Zoom Videoconference

16            Monday, February 6, 2023

17

18

19

20

21   Reported by:

22   LISA MOSKOWITZ, CA CSR 10816, RPR, CRR, CLR,

23   Washington CSR 21001437, Nevada CCR 991,

24   NCRA Realtime Systems Administrator

25   JOB NO. 222071
```

1          In Carroll II, as you're talking

2    about, I was asked to do just an expert

3    report, and it had nothing to do with

4    rebuttal reports but do an expert report in

5    that case.

6          Q.   And by you were asked, you were

7    asked by defendant's counsel; is that

8    correct?

9          A.   Yes, that's correct.

10         Q.   Mr. Fisher who's on the line

11   today -- I'm sorry.  Mr. Swift.

12         A.   Mr. Swift, yes.  He can claim my

13   name.  That's fine.

14         Q.   So is it your testimony that your

15   report in Carroll II which was dated

16   January 30, 2023, was not a rebuttal report?

17         A.   No, not at all.  No.  In Carroll I,

18   I was specifically retained to do -- as a

19   rebuttal expert, and my main task was to do

20   a rebuttal report, and we had two

21   subsequent -- or one deposition over two

22   periods.

23              In rebuttal II after the

24   plaintiff -- I'm sorry.  In Carroll II when

25   the plaintiff refiled, they asked me to do

1   an expert report which had nothing to do

2   with rebutting anything.  It was just

3   strictly to do a report on -- as an expert

4   in that case.

5         So the first one was a rebuttal

6   report.  The second one was a plain expert

7   report.

8       Q.   Okay.

9         So your position is that your

10  report in Carroll II is not a response to or

11  rebuttal of Professor Humphreys' report in

12  Carroll II?

13      A.   No.  In fact, I didn't even read --

14  Professor Humphrey did two reports.  She did

15  a rebuttal report -- or she did a report on

16  the June 21, June 22, and June 24 statements

17  of Mr. Trump.  I wrote -- and then she filed

18  a report on that.  I wrote a rebuttal report

19  on that.

20        Subsequently Mr. Trump made other

21  statements on October 12, 2022, of which

22  case subsequent to that, the plaintiff filed

23  a second lawsuit which included battery I

24  think, as well as defamation.  I was asked

25  after that to do a full expert report based

1    on her, you know, her new complaint

2    addressing defamation.  None of it has to do

3    anything -- Professor Humphreys subsequently

4    did a second report based on the October 12

5    statement.  I was not asked to do a rebuttal

6    report on her second report and, as a matter

7    of fact, I didn't even read it.  I skimmed

8    it, but I'm not here to talk about her

9    second report.

10       Q.   Understood.

11       A.   Okay.

12       Q.   And so I'm going to -- we'll mark

13   this as Fisher 1.

14            (Exhibit Number 1 was marked

15            for identification.)

16   BY ATTORNEY CRAIG:

17       Q.   The court reporter just handed you

18   a document marked as Exhibit 1.  Is this the

19   report you prepared in Carroll II and issued

20   on January 30, 2023?

21       A.   That's correct.

22       Q.   Okay.  How many hours did it take

23   you to draft this report?

24       A.   I don't know exactly, but I'm going

25   to guess probably around 12, 15 hours.

1   give context and perspective when I guess

2   it's not needed sometimes.

3        Q.   Have you developed any new methods

4   or methodologies or techniques as part of

5   your work since your Carroll I deposition?

6        A.   No, because those methodologies are

7   rock solid.  There's no reason to reinvent

8   the wheel when they are accepted

9   methodologies, and they're effective

10  methodologies.

11       Q.   And would you say your methodology

12  in Carroll II is similar to your methodology

13  in Carroll I?

14       A.   I would say so, yes.

15       Q.   Okay.

16            And if we can look at your report

17  which is Exhibit 1 which you still have in

18  front of you, I just had a -- on page 2 --

19       A.   Oh, they're back and back.  That's

20  unusual.  Okay.  I went from 1 to 3, and I

21  thought a page was missing.  Yes, go ahead.

22       Q.   Do you see there's a section in the

23  middle of the page with the title Media

24  Expert/Analysis?

25       A.   Yes.

1    it's relevant to the case, yes, I do list

2    it.

3           But usually that only comes in the

4    form of media articles for the most part.

5       Q.   And those relevant media articles

6    in this case are the six that we are talking

7    about before?

8       A.   Yeah.  One other thing too is if I

9    come across a legal document on the internet

10   which they haven't provided me, then I would

11   put that down as well.  I would record that

12   because that's -- that's specifically

13   related to the case as opposed to the

14   background and what products this company

15   makes.

16      Q.   Were there any legal documents in

17   this case that you found through your

18   internet research that you didn't -- that

19   you listed here?

20      A.   No, there were none in this case

21   that I -- sometimes I come across, not often

22   but not in this case, no.

23      Q.   Approximately how long did you

24   spend on your internet research in

25   connection with your Carroll II report?

```
 1        A.    I would say at most an hour,
 2  maybe -- I'd say a half hour to an hour and
 3  a half is generally for most cases, you
 4  know, I just do a cursory look at -- you
 5  know, I Google whatever it is, and then I
 6  look down, scroll down and look and see if
 7  there's anything.
 8             So I would say 45 minutes to an
 9  hour and a quarter would be average.
10        Q.    Average in all your cases?
11        A.    Yeah, in most cases.
12        Q.    In this case 30 to 60 minutes?
13        A.    Yeah, unless something like the one
14  case I had which I won't mention the name
15  of, there were like 2- or 300 media articles
16  on; so I probably spent three or four hours
17  on that.  But that's a rare case.
18        Q.    Are there any parts of your report
19  that are based on the internet research that
20  you did in connection with this case?
21        A.    I would say -- I would say no
22  except maybe -- no, I mean, the legal
23  documents, complaints gave me information.
24  Deposition.  I got a lot of good information
25  off the depositions.  And the expert report.
```

1  that you've had in your professional

2  communications and expert witness

3  backgrounds.  Are there specific previous

4  applicable experiences you drew upon in

5  preparing this Carroll II report?

6      A.    I think I mean that in a general

7  sense as opposed to individual cases.  No, I

8  can't say that there was a specific case or

9  more than one case.  It's more or less the

10  broad overview of circumstances that

11  happened in such cases of this type.

12      Q.    And did you review any files from

13  prior cases in connection with your Carroll

14  II report?

15      A.    No, not in writing this report, no.

16      Q.    Okay.

17          And you also write in your report

18  that you don't rely on, quote, surveys,

19  studies, tests, research, or other forms of

20  qualitative types of analyses, facts

21  gathering procedures.  Is that sort of a

22  fair reflection of the type of materials you

23  didn't consider in connection with your --

24      A.    Yes.

25      Q.    -- Carroll II report?

1   give me any direction as to what to do.  He

2   said -- she did another report based on the

3   October 12 thing.

4         I mean, he didn't ask me to read it

5   in total.  He didn't ask me to comment on it

6   or anything.  He just said -- I assume he

7   just thought it would be good for me for

8   background.

9      Q.   Are there any parts of Professor

10  Humphreys' Carroll II report that you sought

11  to rebut in connection with your Carroll II

12  report?

13     A.   No, not at all.  But I did -- I do

14  have a section in this report, which I'm

15  sure you're aware of, that does discuss

16  Ms. Carroll's expert, but most of that is

17  information derived from the first report,

18  is basically on her views and opinions.

19         I did put one paragraph into this

20  report.  The only thing I picked out of that

21  report in skimming it was a statistic that

22  she had related to the number of people that

23  might be influenced by Mr. Trump's comments.

24  And that's near the end of the report.

25         You know, I just made a reference

1    there was an interesting point she made in

2    the report that I thought was worth adding

3    into this report.

4         Q.    Understood.

5              And is there any other part of your

6    report that addresses Professor Humphreys'

7    Carroll II report besides this paragraph?

8         A.    Yes.   I mention earlier in the

9    section on -- that I first addressed the

10   reputation expert.   The plaintiff's expert,

11   page 21.   I do note that she did do a second

12   report.

13        Q.    On page 21 do you report or respond

14   to that in any way?

15        A.    No, in fact, it's on page 22 a

16   third of the way down under assignments.

17   Humphreys was retained by plaintiff legal

18   counsel twice to prepare expert witness

19   reports.   The first was to cover the alleged

20   false statements made by defendant on

21   June 21, 2022, and 24, 2019.

22              The second report covered his

23   October 12, 2022, statement.   That's the

24   only other time in the report that I

25   referenced the second report that she did.

1           Certified Stenographer.)

2    BY ATTORNEY CRAIG:

3       Q.   The six newspaper articles we

4    talked about before, is there anything

5    besides those newspaper articles?

6       A.   Well, reading her biography, her

7    profile.

8       Q.   Where did you see her biography?

9       A.   Well, I went online and saw

10   information about her.  I told you I Googled

11   her.  A gal like that, she had a couple of

12   pages of content about her on there, and I

13   looked at some of it for background.  As I

14   said, I looked to see who she was, and I saw

15   nothing negative whatsoever about her, not

16   unrelated to the Trump case, but I saw

17   nothing in her background that was negative.

18   It appears she was a total professional and

19   viewed that way.

20      Q.   So besides the articles you

21   mentioned before and the Googling you did,

22   anything else that you considered?

23      A.   Yeah, these -- I have it in my

24   report here.  These articles.  I quote some

25   of the articles on the Trump case, the six

```
 1    that I listed there.  I quoted some of them

 2    in my report and talked about the highly

 3    laudatory comments that were made in those

 4    articles about her after the fact.  After

 5    the suit.

 6        Q.   Is your entire understanding of

 7    Ms. Carroll's reputation based on the

 8    comments in those six articles?

 9        A.   Well, we already talked about

10    online I saw --

11        Q.   So the six articles and the

12    Googling you did?

13        A.   Yeah, the Googling for the most

14    part, yeah, and also in the complaint.  The

15    complaint, the original complaint and the

16    other complaint talked about her image, her

17    reputation, talked about her

18    accomplishments.

19             I mean, it's all over the place.  I

20    don't deny the woman -- I never heard of her

21    before the Trump case.  I mean, I live in

22    L.A.  She's in New York.  I don't read Elle

23    magazine.  So I didn't know who she was from

24    these two people when I walked in this room.

25             The point is I did do research on
```

1  study?  No.  From looking online and looking

2  at the first ten pages of her Google

3  presence, it was clear that there was a

4  tremendous increase in articles about her or

5  exposure than there was prior to that.

6      Q.   By looking -- by your reference to

7  looking at the first ten pages of Google,

8  you just mean the nature of the search

9  results that you would see if you put in

10 E. Jean Carroll's name in Google?

11     A.   Yeah, in other words, you know,

12 each page has 10 to 12 things on it and you

13 go through pages 2, 3, 4, 5.

14          You know, I saw other references to

15 Ms. Carroll but not nearly the weight of the

16 exposure she received after she came forward

17 to accuse Mr. Trump of rape.

18     Q.   You referred in your earlier answer

19 to you did an analysis in this report which

20 is in the next section on page 20, and those

21 articles are highly favorable toward

22 Ms. Carroll.  Are you referring just to the

23 three articles you talk about on page 20 and

24 carrying over to page 21?

25     A.   Yeah, in other words, on page 20

1       record.

2               (Recess taken from 2:59 p.m. to

3               3:08 p.m.)

4               THE VIDEOGRAPHER:  The time is now

5       3:08 p.m., and we're back on the video

6       record.

7   BY ATTORNEY CRAIG:

8       Q.   So, Mr. Fisher, if you want to turn

9   to page 22 of your report at Exhibit 1, you

10  see there's a section that has the header,

11  Reputation Repair Program?

12      A.   Yes.

13      Q.   And you note in here that at the

14  bottom of -- sorry.  Right above that

15  section you say:  While I attribute the

16  following mostly to her first report, the

17  content from my brief review from her second

18  report was the same in both her reports.

19              And then you go on to the section

20  entitled Reputation Repair Program.

21              Do you see that?

22      A.   Uh-huh.

23      Q.   Is it accurate to say that the text

24  of this with the exception of that one

25  paragraph on page 24 draws from your first

1  report?

2      A.   Yes, yes.

3      Q.   And so this is written,

4  specifically concerns the reputation repair

5  program that Professor Humphreys developed

6  in her Carroll I report?

7      A.   Yeah.  Most of this text was in my

8  rebuttal report.  It's just since I was

9  doing an overview of the entire case, I

10 thought I should have a section in here

11 about her report.  But most of this is old

12 ground covered in our first two depositions.

13     Q.   And, in fact, the citations in this

14 section are to pages in Professor Humphreys'

15 first report --

16     A.   Correct.

17     Q.   -- from Carroll I?

18     A.   Correct.  100 percent, yes.

19     Q.   Is there anything different sort of

20 in substance between what's in this report

21 and then what's in your prior Carroll I

22 report?

23     A.   No, I don't believe so.  I think

24 that -- I mean, obviously this is only an

25 excerpt from my first report because my

1    first report was, what, 10, 12 pages.  I

2    just put out -- basically from the first

3    report I just pulled out sort of the gist

4    of, you know, the important points from that

5    first report.  I added in a paragraph just

6    referencing the second report which you saw.

7            And so there's no real new ground

8    break in that.  It's just I thought if I was

9    doing a comprehensive report on the whole

10   case, I would have had to add in, you know,

11   something related to their expert.

12       Q.   Were there any additional materials

13   that we didn't cover --

14       A.   No.

15       Q.   -- in your last deposition --

16       A.   No.

17       Q.   Let me just get the question out.

18            Are there any materials that

19   weren't addressed or covered in your last

20   deposition that you considered before

21   including this section in your Carroll II

22   report?

23       A.   No, no.  As I said, what I was

24   trying to do was just to kind of summarize

25   the main points I had in the -- relating to