**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
Michael T. Madaio, Esq.
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
     -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| E. JEAN CARROLL,<br><br>        *Plaintiff,*<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>        *Defendant.* | Civil Action No.: 1:22-cv-10016 (LAK)<br><br>**DECLARATION OF ALINA HABBA, ESQ.** |

I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I am a member of the bar of the State of New York and am admitted to appear before this Court. I am the managing partner of the firm of Habba Madaio & Associates LLP, counsel for Donald J. Trump (the "Defendant") in the above-captioned matter (the "Action").

    2.    I respectfully submit this declaration in support of Defendant's Reply Memorandum of Law. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

    3.    As counsel for Defendant, I have reviewed pleadings, and other documents related to the Action, and I am familiar with the facts and circumstances of this case.

1

4. Attached hereto as **Exhibit A** is a true and accurate copy of the Joint Proposed Discovery Plan which was submitted on December 19, 2022.

5. Attached hereto as **Exhibit B** is a true and accurate copy of Plaintiff E. Jean Carroll's Rule 26(a)(1) Initial Disclosures, which is dated January 9, 2023.

Dated: March 16, 2023

Respectfully submitted,

Alina Habba, Esq.
Habba Madaio & Associates LLP
1430 US Highway 206, Suite 240
Bedminster, New Jersey 07921
      -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Defendant, Donald J. Trump*