Proposed Voir Dire Questions

1. Are you familiar with the slogan #believe women?
    a. What does it mean to you?
    b. Do you agree with it?
    c. Why or why not?

2. Do you believe that people falsely accuse others of sexual assault? Does that happen?
    a. Do they do it for publicity?
    b. Do they do it for money?
    c. Do they take it this far – to come to court, take an oath and tell jurors something that did not happen?
    d. Do you believe that sometimes people start to believe something happened to them that did not happen?

3. Do you think that the #metoo movement has gone too far?
    a. Why or why not?

4. Are you familiar with the allegations made against Supreme Court Justice Brett Kavanaugh before he was confirmed to the Court?
    a. What are your thoughts about that situation?
    b. Why?

5. Do you believe that most Americans brush aside allegations of sexual misconduct made against powerful men?
    a. Is this a big problem in our society?
    b. Do you believe that women ever target powerful men to falsely accuse to gain a benefit?

6. What are your thoughts on Donald Trump as president of the United States?
    a. If you have negative views, are those strongly held beliefs?
    b. Can you separate your views on Mr. Trump as President with hearing the evidence objectively in this trial?

7. Do you have any opinions on the way Mr. Trump treats women?
    a. If so, what are they?
    b. What are those opinions based on?
    c. Do you think Mr. Trump needs to be held accountable for the way that he treats women?
    d. Would that interfere with your ability to objectively listen to the evidence and apply the standard of proof in this case?

8. Do you have friends or family that have strongly held beliefs about Mr. Trump, his presidency or the way he treats women?

    a. Would your relationships make it difficult for you to return a verdict in favor of Mr. Trump if the evidence warrants it?

9. Are you aware of potential criminal investigations that are currently pending against Mr. Trump?
    a. Would your knowledge of those influence your ability to objectively view the evidence in this case?