# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

      *Plaintiff*,

v.            No. 22 Civ. 10016 (LAK)

DONALD J. TRUMP,

      *Defendant.*

## [PLAINTIFF'S PROPOSED] SPECIAL VERDICT FORM

**Claim One: Battery**

1. Has Ms. Carroll proved, by a preponderance of the evidence, that Mr. Trump committed a battery?

   Yes _____    No _____

   [*If "Yes," proceed to question two. If "No," skip to question five.*]

2. Has Ms. Carroll proved, by a preponderance of the evidence, that Mr. Trump engaged in conduct that would constitute:

   a. Forcible Touching?

    Yes _____    No _____

   b. Sexual Abuse?

    Yes _____    No _____

   c. Rape?

    Yes _____    No _____

   [*If "Yes" to a, b, or c, proceed to questions three and four. If "No," skip to question five.*]

1

3. Indicate on the line below how much you award in compensatory or nominal damages.

    $ _____

4. Indicate on the line below how much you award in punitive damages.

    $ _____


**Claim Two: Defamation**

5. Has Ms. Carroll proved:

    a. By a preponderance of the evidence that Mr. Trump's statement was defamatory?

       Yes _____    No _____

    b. By a preponderance of the evidence that Mr. Trump's statement would be reasonably understood to be about her?

       Yes _____    No _____

    c. By a preponderance of the evidence that Mr. Trump published the statement?

       Yes _____    No _____

    d. By clear and convincing evidence that Mr. Trump's statement was false?

       Yes _____    No _____

    e. By clear and convincing evidence that Mr. Trump made the statement with actual malice?

       Yes _____    No _____

    [*If "Yes" to all of the above, proceed to questions six and seven. If "No," stop here and return your verdict.*]

2

6. Indicate on the line below how much you award in compensatory or nominal damages.

   $ _____

7. Indicate on the line below how much you award in punitive damages.

   $ _____


Dated: _____, 2023.

Signatures:

   _____          _____

   _____          _____

   _____          _____

   _____          _____