UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL,

          *Plaintiff*,

v.

DONALD J. TRUMP,

          *Defendant.*

No. 22 Civ. 10016 (LAK)

## PROPOSED VERDICT FORM

**Claim One: Battery**

1. Has Ms. Carroll proved, by a preponderance of the evidence, that Defendant committed a battery?

   Yes _____     No _____

   [*If "Yes," proceed to question two. If "No," skip to question five.*]

2. Has Plaintiff proved, by a preponderance of the evidence, that Defendant engaged in conduct that would constitute:

   a. Forcible Touching?

       Yes _____     No _____

   b. Sexual Abuse?

       Yes _____     No _____

   c. Rape?

       Yes _____     No _____

   [*If "Yes" to a, b, or c, proceed to questions three and four. If "No" to a, b and c, skip to question five.*]

3. Indicate in the line below how much you award in compensatory or nominal damages.

   $ _____

4. Indicate in the line below how much you award in punitive damages.

   $ _____

**Claim Two: Defamation**

5. Has Plaintiff proved:

   a. By a preponderance of the evidence that Defendant's statement was defamatory?

      Yes _____   No _____

   b. By a preponderance of the evidence that Defendant's statement would be reasonably understood to be about her?

      Yes _____   No _____

   c. By a preponderance of the evidence that Defendant published the statement?

      Yes _____   No _____

   d. By clear and convincing evidence that Defendant's statement was false?

      Yes _____   No _____

   e. By clear and convincing evidence that Defendant made the statement with actual malice?

      Yes _____   No _____

   [*If "Yes" to a, b, c, d, and e, proceed to questions six and seven. If "No" to a, b, c, d, or e, stop here and return your verdict.*]

6. Indicate in the line below how much you award in compensatory or nominal damages.

   $ _____

7. Indicate in the line below how much you award in punitive damages.

$ _____

Dated: _____, 2023.

Signatures:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____