UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
E. JEAN CARROLL,

                      Plaintiff,

      -against-                              22-cv-10016 (LAK)

DONALD J. TRUMP,

                      Defendant.
------------------------------------------------------------x

**ORDER REGARDING ATTENDANCE**
**OF PARTIES DURING TRIAL**

LEWIS A. KAPLAN, *District Judge.*

        1.      Each party is requested to inform the Court, in writing, no later than April 20, 2023, of whether that party intends to be present throughout the trial until completion and, if not, the dates on which he or she intends to be absent from the trial proceedings for all or part of the day.

        2.      This request does not intend, and is not to be construed as suggesting, anything whatsoever with respect to whether either party is legally obliged to be present throughout the trial or, in any case, with respect to any legal consequences that might or might not flow from any decision not to be present throughout.

        SO ORDERED.

Dated:      April 10, 2023

                                                  /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                             United States District Judge