# EXHIBIT B

# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL        212.763.0883
DIRECT EMAIL       rkaplan@kaplanhecker.com

April 10, 2023

**VIA EMAIL**

Alina Habba
Habba Madaio & Associates LLP
1430 US Highway 206
Bedminster, New Jersey 07921

Re:      *Carroll v. Trump*, 22 Civ. 10016 (LAK)

Dear Alina:

We write to provide certain supplemental information relating to a set of questions that Ms. Carroll was asked at her deposition in *Carroll I*. More specifically, at her deposition in our offices on October 14, 2022, you asked the following questions and Ms. Carroll gave the following answers:

> Q. Are you presently paying your counsel's fees?
> A. This is a contingency case.
> Q. So you're not paying expenses or anything out of pocket to date; is that correct?
> A. I'm not sure about expenses. I have to look that up.
> Q. Is anyone else paying your legal fees, Ms. Carroll?
> A. No.

Dep. Tr. at 209:11-21.

During the course of preparing for her testimony at trial, Ms. Carroll has recollected additional information. While Ms. Carroll stands by that testimony about this case being a contingency case, she now recalls that at some point her counsel secured additional funding from a nonprofit organization to offset certain expenses and legal fees.

To be clear, these issues are irrelevant to Ms. Carroll's claims. *See, e.g.*, *Kaplan v. S.A.C. Capital Advisors, L.P.*, No. 12 Civ. 9350, 2015 WL 5730101, at *3-5 (S.D.N.Y. Sept. 10, 2015), *aff'd*, 141 F. Supp. 3d 246 (S.D.N.Y. 2015) (Marrero, J.); *Benitez v. Lopez*, No. 17 Civ. 3827, 2019 WL 1578167, at *2 (E.D.N.Y. Mar. 14, 2019); *see also* ECF 95 at 21-22. Nevertheless, we are supplementing the record out of an excess of caution. If you intend to pursue these issues in cross-examining Ms. Carroll, or in any other way at trial, then we should schedule a meet-and-confer so

KAPLAN HECKER & FINK LLP

that the question of admissibility can be properly presented for a determination by the Court, if necessary.

Respectfully submitted,

Roberta A. Kaplan

cc:      Counsel of Record