# EXHIBIT F

```
            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

            CASE No. 20 CIV. 7311 (LAK)(JLC)


E. JEAN CARROLL,

          Plaintiff,

-vs-

DONALD J. TRUMP,
in his personal capacity,

          Defendant.
_____/




                    =  =  =

                 CONFIDENTIAL

                    =  =  =



     VIDEOTAPED DEPOSITION OF DONALD J. TRUMP


            Wednesday, October 19, 2022
                10:22 a.m. - 3:50 p.m.

                 The Mar-a-Lago Club
              1100 South Ocean Boulevard
              Palm Beach, Florida, Florida



Stenographically Reported By
Pamela J. Pelino, RPR, FPR, CLR
Notary Public, State of Florida
TSG REPORTING
JOB NO. 218342
                    -  -  -
```

1                      D. J. TRUMP

2    book sales?

3          A.    No idea.

4          Q.    Before you made this statement, do you

5    know if you or anyone working for you went on to --

6    withdrawn.

7                Before you made this statement that

8    appears in DJT 20, do you know whether you or anyone

9    working for you did any research on Ms. Carroll?

10         A.    I just don't know.  It's possible

11   somebody -- when they heard this horrible

12   accusation, it's possible that somebody did a little

13   quick research but not that I know of.

14         Q.    Another thing that you say in your June

15   21 statement is that Ms. Carroll was trying to carry

16   out a political agenda?

17         A.    Yeah.

18         Q.    How did you know she had a political

19   agenda if you didn't know who she was?

20         A.    Somebody told me early on that she was

21   somehow aligned with Hillary Clinton.  She was

22   either aligned with her or -- I thought aligned with

23   her.

24         Q.    Who told you that?

25         A.    I think you're aligned with her too

1                      D. J. TRUMP

2    actually.

3         Q.    Who told you that?

4         A.    Somebody had mentioned it.

5         Q.    Do you recall who?

6         A.    I don't know.  I don't know who said it,

7    but somebody had mentioned it since, that she was

8    somehow into that whole world.

9         Q.    And you just said "I don't know who -- I

10   don't know who said it, but somebody has mentioned

11   it since"?

12        A.    No.  I meant since the accusation.

13        Q.    Oh, since the accusation.

14              Do you remember what that person told you

15   if you don't --

16        A.    Just mentioned that they thought she was

17   somewhat political and aligned with Hillary Clinton.

18        Q.    Before issuing your statement on June 21,

19   did you learn what political party Ms. Carroll

20   belonged to?

21        A.    No, I didn't know that.

22        Q.    Before you issued your June 21 statement,

23   did you have any documents indicating that she was

24   pursuing a political agenda?

25        A.    No.

Page 197

1       D. J. TRUMP

2           (DJT Exhibit 39 was marked for

3   identification.)

4           (Video played.)

5   BY MS. KAPLAN:

6       Q.   So in that video, you're talking about

7   the women who had accused you of sexual impropriety;

8   correct?

9       A.   Yeah.

10      Q.   And you say, "These are lies being pushed

11  by the media and the Clinton campaign"; correct?

12      A.   Yeah.  Not in all cases, but in some,

13  yeah.  I think that's what's happening with you and

14  your client.  I don't know if it's Clinton or if

15  it's the Democrat party.  It's probably not Clinton

16  anymore.

17      Q.   Let's watch --

18      A.   But the Democrat party.  That's you.

19      Q.   I apologize.

20           Let's watch another video, tab 86.

21           (DJT Exhibit 40 was marked for

22  identification.)

23           MS. KAPLAN:  This is from the West Palm

24      Beach event on October 13, 2016.

25           (Video played.)

D. J. TRUMP

# C E R T I F I C A T E

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, Pamela J. Pelino, Registered Professional Court Reporter and Notary Public in and for the State of Florida at Large, do hereby certify that the aforementioned witness was by me first duly sworn to testify the whole truth; that I was authorized to and did report said deposition in stenotype; and that the foregoing pages are a true and correct transcription of my shorthand notes of said deposition.

I further certify that said deposition was taken at the time and place hereinabove set forth and that the taking of said deposition was commenced and completed as hereinabove set out.

I further certify that I am not attorney or counsel of any of the parties, nor am I a relative or employee of any attorney or counsel of party connected with the action, nor am I financially interested in the action.

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying reporter.

Dated this 19th day of October, 2022.

_____
Pamela J. Pelino, RPR, FPR, CLR