# EXHIBIT C

```
                                                         Page 1
 1
 2          UNITED STATES DISTRICT COURT
 3          SOUTHERN DISTRICT OF NEW YORK
 4
 5   E. JEAN CARROLL,           )
                 Plaintiff,     )
 6                              )
            -against-           )20-cv-7311(LAK)
 7                              )
     DONALD J. TRUMP, in his    )
 8   personal capacity,         )
                 Defendant.     )
 9   _____   )
10
11
12             ***CONFIDENTIAL***
13          VIDEOTAPED DEPOSITION OF
14               E. JEAN CARROLL
15             New York, New York
16          Friday, October 14, 2022
17
18
19
20   Reported By:
21   CATHI IRISH, RPR, CRR, CLVS
22
23
24
25
```

Page 206

1           CARROLL - CONFIDENTIAL
2      Q.   What was the party for?
3      A.   Just a party.
4      Q.   With friends, is that what you
5  mean?
6      A.   Yes, with friends.
7      Q.   Other than George, who else was
8  at that party?
9      A.   Paul Krugman, Noah Shachtman from
10 The Daily Beast, Kathy Griffin.  It was --
11 Molly puts interesting people together.
12     Q.   Do you know when this was?
13     A.   I do.  It was sometime in mid
14 July.
15     Q.   Of what year?
16     A.   2019.
17     Q.   Were any of their spouses there?
18          MS. KAPLAN:  Any of the guests
19     had their spouses?
20          MS. HABBA:  You need to answer
21     the question.
22          MS. KAPLAN:  The question was
23     were the spouses of any of the guests
24     there.
25          THE WITNESS:  Kellyanne was not