# EXHIBIT K

```
                                                              Page 1
 1               UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF NEW YORK
 2
     E. JEAN CARROLL,                 )
 3                                    )
            Plaintiff,                )
 4                                    )
     v.                               )Case No. 1:22-cv-10016
 5                                    )
     DONALD J. TRUMP,                 )
 6                                    )
            Defendant.                )
 7

 8

 9           **********************************
                   VIDEOTAPED DEPOSITION OF
10                     EDGAR P. NACE, MD
                       March 15, 2023
11           **********************************

12

13          EDGAR P. NACE, MD, produced as a witness at

14    the instance of the Plaintiff, was duly sworn and

15    deposed in the above-styled and numbered cause on

16    March 15, 2023, from 9:12 a.m. to 5:06 p.m. CST,

17    stenographically reported, at the offices of

18    Burns Charest, LLP, 900 Jackson Street, Suite 500,

19    Dallas, Texas, pursuant to the Federal Rules of

20    Civil Procedure and the provisions stated on the

21    record.

22

23    Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
                     Texas CSR 9306
24                   California CSR 14407
                     Illinois CSR 084.004659
25    Job No. 223427
```

Page 108

1                Dr. E. Nace - 3/15/23

2   A    No, I don't.

3   Q    Would it have been in February when you

4   testified that you reviewed materials such as

5   deposition transcripts?

6   A    Yes.

7   Q    And do you recall that on January 25th,

8   2023, you informed defendant's counsel that you

9   had to withdraw from serving as an expert in this

10  case?

11  A    That I had to withdraw?

12  Q    Correct.

13  A    I don't recall withdrawing.  I recall some

14  concern about the time frames that were being put

15  forth.

16           MR. DeOREO:  I'll object to any

17       further questions and instruct him not to

18       answer with his communications with

19       counsel.  It's protected by Rule 26.

20  BY MR. CRAIG:

21  Q    Without getting into questions that you've

22  had with counsel for Donald Trump in this case,

23  did there come a point where you were no longer

24  able to perform your role as a rebuttal expert in

25  this case?

Page 109

1                  Dr. E. Nace - 3/15/23

2    A      Not that I was aware of.

3    Q      Did there come a point where you
4    understood that you were no longer retained or no
5    longer serving as an expert for Donald Trump in
6    this case?

7    A      I wasn't aware of that.

8    Q      Were you aware that Donald Trump informed
9    the Court in a letter that you would no longer be
10   serving as an expert in this case in early
11   February 2023?

12   A      No.

13   Q      Were you aware that Donald Trump retained
14   the services of two other experts in this case?

15   A      No.

16   Q      Okay.  Are you familiar with the names
17   Dr. Ian Lamoureux and Dr. Jill Hayes?

18   A      No.

19   Q      Are you hearing those names for the first
20   time today?

21   A      I think so.

22   Q      Do you have any awareness at all about
23   interactions with the Court with respect to your
24   service as an expert in this matter?

25              MR. DeOREO:  Objection.

Page 114

1          Dr. E. Nace - 3/15/23

2    Q     Did you understand that your expert report
3    was originally due on January 30th, 2023?
4    A     I don't think so, because no one demanded
5    that.  So I didn't --
6    Q     So when you testified previously that you
7    expected to be able to meet the deadlines that the
8    Court had set for this case, you were unaware that
9    the Court had set a January 30th, 2023, deadline
10   for your expert report?
11   A     I don't remember that being a deadline.
12   Maybe it was posed to me.  I'm not sure.  And I
13   don't recall whether I said, "Okay, fine," or --
14   but I -- certainly something happened and I didn't
15   get materials or I didn't hear from anybody for a
16   while.
17   Q     And did there come a time after
18   January 9th, 2023 -- and I'm sorry to have to ask
19   about this -- that your wife's health condition
20   changed your capacity to complete your expert work
21   in this case?
22   A     No.
23   Q     Have there any -- been any changes to your
24   wife's health condition since January 9th, 2023?
25   A     Since when?

Page 115

1                Dr. E. Nace - 3/15/23

2    Q      January 9th, 2023.

3    A      I'd say things are stable.  I mean,
4    there's always little ups and downs along the way.

5    Q      And can you tell me what -- what condition
6    your wife is currently treating or dealing with?

7    A      End-stage renal disease.

8    Q      And between January 9th and the time you
9    submitted your report, were you ever -- did you
10   ever stop working on this case for a period of
11   time?

12   A      I started working on the case when
13   materials arrived for me to look at.

14   Q      And you testified that was in -- sometime
15   in early February 2023?

16   A      As best I recall.  I have billing records
17   that would specify a date that I reviewed
18   something.  I don't have them here, but my
19   guess -- best guess is it must have been somewhere
20   in February.

21              I mean, I could be wrong.  Maybe I got
22   records in January.  I just don't recall when they
23   arrived.

24   Q      Do you recall the total amount of time, in
25   terms of days or weeks, that you spent doing your

```
                                                           Page 142
 1                   Dr. E. Nace - 3/15/23
 2   she had experienced on January 17th?
 3              MR. DeOREO:  Objection; misstates
 4        the letter.
 5              MR. CRAIG:  I'm not misstating the
 6        letter.
 7              THE WITNESS:  I don't --
 8   BY MR. CRAIG:
 9    Q     Do you understand my question?
10    A     I -- I don't remember what I said and I
11   don't remember who I talked to.
12              MR. SEIGEL:  It doesn't say at that
13        moment they're moving forward.  I know
14        where you're going with this, but I'm just
15        giving you a heads-up --
16              MS. KAPLAN:  This is inappropriate
17        objection for a deposition.
18              MR. SEIGEL:  Fair enough.  I'm
19        trying to move things along.
20   BY MR. CRAIG:
21    Q     So on January 17th, your wife had a
22   surgery; correct?
23    A     Yes.
24    Q     She went back to the hospital on
25   January 18th?
```

```
                                                              Page 143
 1                    Dr. E. Nace - 3/15/23
 2    A      Uh-huh.
 3    Q      And they reversed the procedure from
 4    January 17th --
 5    A      On the 19th.
 6    Q      -- on January 19th?
 7    A      Right.
 8    Q      And after that, you testified previously
 9    that she was stable until present, and that the
10    next surgery she had was on February 14th relating
11    to her catheter; correct?
12    A      Well, I was a little off on that, because
13    I didn't -- now looking at this, she was in the
14    hospital after the 19th.  She didn't go home until
15    maybe Sunday -- I don't remember, Saturday or
16    Sunday.  So they kept her a couple days to watch
17    her.  And so by the end of that weekend, she was
18    home.
19    Q      And Sunday was January 22nd?
20    A      Yeah.  Right.
21    Q      So on January 24th, did you report that
22    she needed immediate surgery in face of real risk
23    of death?
24    A      I don't remember what day I talked to
25    anybody.  But if it -- if I said "immediate
```