# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

April 20, 2023

**FILED BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Carroll v. Trump**
**Docket No. 22 Civ. 10016 (LAK)**

Your Honor:

We write in response to the Court's request of April 10th that we advise whether our client, Defendant Donald J. Trump, intends to be present throughout the trial until completion and, if not, the dates on which he intends to be absent from the proceedings. Because the decision of the defendant, who is not required to appear as a civil litigant, will be made during the course of the trial, we are not yet in a position to advise the Court in this regard.

However, we will inform the Court as soon as a decision is reached, particularly in light of the logistical concerns that will need to be addressed in coordination with the Secret Service, the Marshals Service, and the City of New York.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

*Joseph Tacopina*
Joseph Tacopina

cc: All counsel by ECF