UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
E. JEAN CARROLL,                                                                        Civil Action No.:
                                                                                                        22-cv-10016
                  *Plaintiff*,

    – against –

DONALD J. TRUMP,

                  *Defendant*.
------------------------------------------------------------------X

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Court for the Southern District of New York and the annexed Declaration of Matthew G. DeOreo, Esq. and Affidavit of W. Perry Brandt, Esq. in support of this Motion and the Certificate of Good Standing annexed thereto, counsel hereby moves this Court for an Order allowing admission *pro hac vice* of W. Perry Brandt, Esq., to appear as counsel for Defendant, DONALD J. TRUMP, in the above-captioned action.

Dated: New York, New York
April 20, 2023

                             TACOPINA, SEIGEL & DeOREO

                             /s/ Matthew G. DeOreo
                             Matthew G. DeOreo, Esq.
                             275 Madison Ave., Fl. 35
                             New York, New York 10016
                             Tel: (212) 227-8877
                             Fax: (212) 619-1028
                             mdeoreo@tacopinalaw.com
                             Counsel for Defendant, Donald J. Trump

TO:    All counsel by ECF