UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
E. JEAN CARROLL,                                    Civil Action No.:
                                                    22-cv-10016
        *Plaintiff*,

– against –

DONALD J. TRUMP,

        *Defendant*.
-------------------------------------------------------------------X

## DECLARATION OF MATTHEW G. DeOREO

I, MATTHEW G. DeOREO, declare as follows under the penalty of perjury:

1. I am an attorney and partner of the law firm Tacopina, Siegel & DeOreo, located at 275 Madison Avenue, Floor 35, New York, New York 10016. I am admitted to this Court and a member in good standing of the Bar of the States of New York and Connecticut.

2. I submit this Affidavit in support of the motion for admission of W. Perry Brandt to practice *pro hac vice* in the above-captioned matter.

3. As shown by the accompanying Certificate of Good Standing, Mr. Brandt is a member in good standing of The Missouri Bar.

4. I am advised by Mr. Brandt that there are no disciplinary proceedings pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. Wherefore, I respectfully request that Mr. Brandt be permitted to appear as counsel and advocate pro hac vice in this matter on behalf of Defendant Donald J. Trump.

6. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
April 20, 2023

/s/ Matthew G. DeOreo
MATTHEW G. DeOREO