UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. JEAN CARROLL )
)
       Plaintiff, )
)
v. )
) No. 22 Civ. 10016 (LAK)
DONALD J. TRUMP )
)
       Defendant. )

## AFFIDAVIT OF W. PERRY BRANDT IN SUPPORT OF
## MOTION FOR ADMISSION PRO HAC VICE

I, W. Perry Brandt, hereby depose and state as follows under penalty of perjury:

1. I am an attorney and my contact information for this case is as follows:

W. Perry Brandt
PO Box 45801
Kansas City, MO 64111
(816) 305-7377
Wpbkc838@gmail.com

2. I submit this Affidavit in support of my Motion for Admission Pro Hac Vice in this case.

3. I am a member in good standing of the Missouri Bar. My Certificate of Good Standing is annexed hereto.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

7. I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to

21945566

punishment.

Dated: April 20, 2023

_____
W. Perry Brandt

Sworn to before me this 20th day of April, 2023

_____
Notary Public

MATTHEW G. DEOREO
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02DE6046082
Qualified in New York County
Commission Expires October 06, 2026