UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*E. JEAN CARROLL*                         )
                                          )
              Plaintiff,                   )
                                          )
v.                                        )
                                          )   No. 22 Civ. 10016 (LAK)
*DONALD J. TRUMP*                         )
                                          )
              Defendant.                   )

---

### [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE

The motion of W. Perry Brandt for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member of good standing of the Missouri Bar; and that his contact information is as follows:

W. Perry Brandt
PO Box 45801
Kansas City, MO 64111
(816) 305-7377
Wpbkc838@gmail.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Donald J. Trump in the above action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____            _____
                                          HONORABLE LEWIS A. KAPLAN
                                          United States District Judge

21945320.v1