UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>                                  *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP,<br><br>                                  *Defendant*. | No. 22 Civ. 10016 (LAK) |

**DEPOSITION DESIGNATIONS AND OBJECTIONS**

The parties, having conferred among themselves, designate and counter-designate the below portions of the October 19, 2022 Deposition of Donald J. Trump ("Defendant's Deposition"), and note their objections for the Court.

### A. Plaintiff's Designations of Defendant's Deposition and Defendant's Objections

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 12:21 - 13:9 | No objection |
| 13:13 - 13:15 | No objection |
| 13:17 - 14:6 | No objection |
| 16:24 - 17:11 | No objection |
| 22:15 - 22:24 | No objection |
| 23:21 - 24:2 | No objection |
| 31:23 - 32:12 | No objection |
| 37:11 - 37:22 | No objection |
| 38:4 - 38:20 | FRE 402 (Defendant will file a letter brief on this issue) |
| 42:6 - 42:8 | No objection |
| 43:4 - 43:10 | No objection |
| 44:10 - 44:16 | No objection |

| Plaintiff's Designations | Defendant's Objections |
| --- | --- |
| 44:20 - 45:4 | No objection |
| 45:9 - 45:11 | No objection |
| 45:16 - 46:7 | No objection |
| 46:15 - 47:10 | No objection |
| 50:9 - 50:12 | No objection |
| 54:9 - 55:3 | No objection |
| 55:7 - 55:18 | No objection |
| 56:8 - 56:13 | No objection |
| 57:6 - 57:11 | No objection |
| 57:15 - 57:18 | No objection |
| 61:6 - 61:14 | No objection |
| 61:22 - 62:18 | No objection |
| 67:22 - 68:21 | No objection |
| 69:7 - 69:23 | No objection |
| 78:6 - 78:18 | No objection |
| 79:4 - 79:7 | No objection |
| 80:17 - 80:23 | No objection |
| 80:25 - 83:2 | No objection |
| 87:6 - 88:3 | No objection |
| 88:7 - 88:17 | No objection |
| 89:18 - 90:11 | No objection |
| 93:19 - 94:20 | No objection |
| 95:4 - 95:5 | No objection |
| 95:8 - 95:8 | No objection |
| 125:22 - 126:3 | No objection |
| 127:5 - 127:20 | No objection |
| 131:11 - 131:13 | No objection |
| 131:16 - 131:20 | No objection |
| 131:24 - 132:5 | No objection |

| Plaintiff's Designations | Defendant's Objections |
|---|---|
| 136:24 - 137:3 | No objection |
| 137:9 - 137:17 | No objection |
| 138:4 - 139:6 | No objection |
| 140:17 - 141:2 | No objection |
| 141:21 - 142:14 | No objection |
| 146:16 - 146:21 | No objection |
| 147:3 - 147:17 | No objection |
| 147:20 - 148:7 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 148:14 - 148:20 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 148:22 - 149:2 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 149:4 - 149:6 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 158:4 - 158:12 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 158:14 - 158:21 | FRE 402 & 403 (Defendant will file a letter brief on this issue) |
| 168:20 - 168:25 | FRE 402 & 403 (preserving objection for appeal) |
| 169:4 - 169:21 | FRE 402 & 403 (preserving objection for appeal) |
| 170:2 - 170:4 | FRE 402 & 403 (preserving objection for appeal) |
| 173:3 - 173:22 | FRE 402 & 403 (preserving objection for appeal) |
| 174:5 - 174:21 | FRE 402 & 403 (preserving objection for appeal) |
| 176:8 - 176:11 | FRE 402 & 403 (preserving objection for appeal) |
| 180:23 - 181:14 | FRE 402 & 403 (preserving objection for appeal) |
| 182:23 - 183:2 | FRE 402 & 403 (preserving objection for appeal) |
| 183:25 - 184:9 | FRE 402 & 403 (preserving objection for appeal) |
| 184:13 - 184:22 | FRE 402 & 403 (preserving objection for appeal) |
| 193:4 - 193:20 | FRE 402 & 403 (preserving objection for appeal) |
| 194:11 - 194:14 | FRE 402 (Defendant will file a letter brief on this issue) |
| 209:4 - 209:21 | No objection |

**B.     Defendant's Counter-Designations of Defendant's Deposition and Plaintiff's Objections**

| Defendant's Counter-Designations | Plaintiff's Objections |
|---|---|
| 50:25 - 51:6 | FRCP 32(a)(6); FRE 106[1] |
| 51:8 - 51:12 | FRCP 32(a)(6); FRE 106 |
| 55:20 (starting with "it was") - 56:5 | FRCP 32(a)(6); FRE 106 |
| 58:5 - 58:6 | FRCP 32(a)(6); FRE 106, 403, 611 |
| 58:14 - 59:23 | FRCP 32(a)(6); FRE 106, 403, 611 |
| 60:3 - 60:18 | FRCP 32(a)(6); FRE 106 |
| 71:4 - 71:24 | FRCP 32(a)(6); FRE 106 |
| 72:6 - 72:10 | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum and Order on Plaintiff's *in Limine* Motion, *Carroll v. Trump*, No. 22 Civ. 10016 (Mar. 27, 2023), ECF 95 |
| 72:14 - 73:16 | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum and Order on Plaintiff's *in Limine* Motion, *Carroll v. Trump*, No. 22 Civ. 10016 (Mar. 27, 2023), ECF 95 |
| 73:18 - 73:20 | FRCP 32(a)(6); FRE 106, 402, 403, 602; Memorandum and Order on Plaintiff's *in Limine* Motion, *Carroll v. Trump*, No. 22 Civ. 10016 (Mar. 27, 2023), ECF 95 |
| 77:14 (starting with "And if") - 78:5 | FRCP 32(a)(6); FRE 106, 403, 602, 802[2] |

---

[1] Plaintiff objects under Federal Rule of Civil Procedure 32(a)(6) and Federal Rule of Evidence 106 to the extent Defendant designates portions of Defendant's testimony that are not made "in the interest of completeness." *In re Sims*, 534 F.3d 117, 141 (2d Cir. 2008) (citing Fed. R. Civ. P. 32(a)(6)). Federal Rule of Civil procedure 32(a)(6) "represents an attempt to preclude the selective use of deposition testimony that might convey a misleading impression." *Farr Man Coffee Inc. v. Chester*, No. 88 Civ. 1692, 1993 WL 248799, at *19 (S.D.N.Y. June 28, 1993), *aff'd*, 19 F.3d 9 (2d Cir. 1994); *see also Great Am. Ins. Co. v. Moye*, No. 10 Civ. 00330, 2010 WL 2889665, at *2 (M.D. Fla. July 19, 2010) ("Rule [32(a)(6)] is similar to Rule 106 of the Federal Rules of Evidence, and differences between the two are largely semantic."). Where Defendant's counter-designations seek to "introduce new material" and "do not serve to 'give the whole picture' of a portion" of the deposition that Plaintiff designated, they "are inadmissible." *Farr Man Coffee Inc.*, 1993 WL 248799, at *19; *accord In re Yasmin & Yaz (Drospirenone) Mktg., Sales Pracs. & PMF Prod. Liab. Litig.*, No. 09 Civ. 10012, 2011 WL 6740391, at *19 (S.D. Ill. Dec. 22, 2011); *Chaudhry v. Angell*, No. 173-182, 2021 WL 4461667, at *7-8 (E.D. Cal. Sept. 29, 2021). Defendant will respond to this by Letter Brief.

[2] Plaintiff objects under Federal Rule of Evidence 802 where Defendant omits questions from the designated testimony or designates incomplete portions of an answer. A deposition may be used only "to the extent it would be admissible under the Federal Rules of Evidence if the deponent were present and testifying." Fed. R. Civ. P. 32(a)(1)(B). Where an answer is designated without a question and where only portions of an answer are designated, the designation material no longer constitutes "testimony" that might be admissible pursuant to Federal Rule of Civil Procedure 32

4

| Defendant's Counter-Designations | Plaintiff's Objections |
|---|---|
| 80:4 - 80:16 | No objection |
| 103:6 - 103:19 | FRCP 32(a)(6); FRE 106 |
| 116:22 - 117:4 | FRCP 32(a)(6); FRE 106 |
| 119:5 - 119:22 | FRCP 32(a)(6); FRE 106 |
| 119:24 - 120:15 | FRCP 32(a)(6); FRE 106 |
| 130:6 - 130:16 (ending with "would happen") | FRCP 32(a)(6); FRE 106 |
| 131:5 - 131:9 | FRCP 32(a)(6); FRE 106, 403 |
| 132:9 - 134:13 | FRCP 32(a)(6); FRE 106, 403, 611 |
| 134:19 - 134:24 | FRCP 32(a)(6); FRE 106, 602, 802 |
| 137:18 - 138:3 | FRCP 32(a)(6); FRE 106, 403 |
| 139:8 - 139:24 | FRCP 32(a)(6); FRE 106, 602, 802 |
| 141:3 - 141:20 | FRCP 32(a)(6); FRE 106, 403, 602 |
| 146:22 -147:2 | No objection |
| 148:9 - 148:13 | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802 |
| 172:3 - 172:10 (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106, 402, 403, 802 |
| 174:22 - 175:4 (ending with "people talk") (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106 |
| 176:12 - 176:17 (ending with "remember it) | FRCP 32(a)(6); FRE 106, 403, 602, 802 |

---

and, here, instead constitutes inadmissible hearsay under Federal Rule of Evidence 802. *Compare* Fed. R. Evid. 801(d)(2) (excluding from the definition of hearsay an opposing party's statement only where the statement is offered *against* that opposing party). Defendant will respond to this by Letter Brief.

| **Defendant's Counter-Designations** | **Plaintiff's Objections** |
|---|---|
| (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | |
| 176:19 (starting with "a long time") – 177:4 (ending with "phony charge") (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106, 403, 602, 802 |
| 183:13 – 183:23 (ending with "disgrace, also.") (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106 |
| 185:3 – 187:3 (Defendant designates only because of *in limine* ruling on this issue and Plaintiff's designations on this issue, and reserves all rights on appeal) | FRCP 32(a)(6); FRE 106, 402, 403, 602, 802 |
| 191:25 – 192:22 | FRCP 32(a)(6); FRE 106, 403 |
| 210:17 - 210:19 | FRCP 32(a)(6); FRE 106 |
| 210:22 - 210:25 | FRCP 32(a)(6); FRE 106 |
| 215:3 - 215:19 | FRCP 32(a)(6); FRE 106, 602 |

Dated: April 20, 2023                                   Respectfully submitted,

/s/ Joseph Tacopina                                     /s/ Roberta A. Kaplan
Joseph Tacopina                                          Roberta A. Kaplan
Chad Seigel                                              Michael Ferrara
Matthew G. DeOreo                                        Shawn Crowley
TACOPINA, SEIGEL & DEOREO                                Trevor Morrison
275 Madison Ave., Fl. 35                                 Matthew J. Craig
New York, New York 10016                                 KAPLAN HECKER & FINK LLP
Phone: (212) 227-8877                                    350 Fifth Avenue, 63rd Floor
jtacopina@tacopinalaw.com                                New York, New York 10118
cseigel@tacopinalaw.com                                  Phone: (212) 763-0883
mdeoreo@tacopinalaw.com                                  rkaplan@kaplanhecker.com
                                                         mferrara@kaplanhecker.com
Alina Habba                                              scrowley@kaplanhecker.com
Michael Madaio                                           tmorrison@kaplanhecker.com
HABBA MADAIO & ASSOCIATES LLP                            mcraig@kaplanhecker.com
1430 U.S. Highway 206, Suite 240
Bedminster, NJ 07921                                     Joshua Matz
Phone: (908) 869-1188                                    KAPLAN HECKER & FINK LLP
ahabba@habbalaw.com                                      1050 K Street NW, Suite 1040
mmadaio@habbalaw.com                                     Washington, D.C. 20001
                                                         Phone: (212) 763-0883
*Counsel for Defendant Donald J. Trump*                  jmatz@kaplanhecker.com

                                                         *Counsel for Plaintiff E. Jean Carroll*