UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| E. JEAN CARROLL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 22 Civ. 10016 (LAK) |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| DONALD J. TRUMP | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that the undersigned attorney, W. Perry Brandt, who has applied to this Court pro hac vice hereby appears as counsel for Defendant Donald J. Trump, in the above-captioned Action.  Any and all correspondence, documents, notices and filings should be served upon the undersigned.

Dated: April 21, 2023

Respectfully submitted,

/s/ W. Perry Brandt
W. Perry Brandt
PO Box 45801
Kansas City, MO 64111
(816) 305-7377
Wpbkc838@gmail.com

To:   All counsel by E-file

21957248