# EXHIBIT A

NATASHA STOYNOFF
Interviewed, Monday, June 22 , 2020 at 5pm.


E-Am I recording?

N-Yes.

E- I am?

N- On the top of my screen (shifting her eyes to the left and pointing) it says it's recording. The button is flashing.

E-(peering, peering, peering at the screen) Oh!`(screeching happily).  Ok. Here is my idea. I have read all these compilations.  (The accuser compilations).You and I have talked about this. there must be what? 50 compilations? Business Insider, (making a big beach ball with her arms, speaking out of the left side of her mouth---but REALLY, waaaay on the left side of her mouth, Jesus!) Huffington Post, NBC news, ABC news, CNN, waving the beach ball....everybody's got a compilation.

N-Yup.

E-But compilations do not speak to the heart of the reader.  Compilations are just "And then the bad man did this, and then the bad man did that."

N- It is like a roundup of a serial killer's victims.

NATASHA sits in a brown-rose alcove with a cream colored door behind her and a bend-backed chair. and a window with white blinds. She has wonderful strong, widely spaced eyebrows----arching at the temples, and  Blue Grey? eyes, a fighter's nose, an oval face, rosy cheeks, high broad forehead with long champagne hair with darkish roots.

 She is wearing a black blouse.

CARROLL_027308

N-It doesn't tell you what's behind the face . . . and those snippets.

E-Eggzactly. it is like a serial killer hit list. Here are the victims. And Natasha, (afraid of what I am about to ask and holding both hands up to my mouth before I speak to stop myself, and turning away from the camera---- because I am a little afraid she will disagree with my theory----) Do you see any of these women as victims?

N-Uh. (Pause.) Only in the sense he did something to harm them. And they have not gotten any justice for it, or apology.  And they were harmed. So in that way---I don't know if the word victim is right, but in that way I see them "victimized by him." BUT, (and a smile begins spreading over her face) the strength to come forward, the strength of all these women who came forward, (she raises her hands, and rolls them almost like patty cake) TURNS THE TABLE ON THAT, and makes them victors, instead of victims.

E. Yes!

N-No matter the result, the speaking out against someone like him---before the election or after---I would have been more afraid to speak out AFTER the election---shows a lot of strength and a gathering of one's own integrity, well, *strength* is the best word. (Laughing.)  See. I could put that better in writing.

E-please. (rolling eyes).  You are extremely articulate off the cuff.  I refer to this (the compilations) because I want to know: Do you see yourself as a victim?

N- No. I definitely don't.  I feel he did something wrong to me (You notice she NEVER mentions Trump by name---it's a thing with women who confront him---I have difficulty doing it. I call him "Sir," for instance on Twitter.)  But I don't feel vulnerable to him. (I just realized with Natasha's pronunciation that VULNERABLE and VULVA....must have the same root.) I was vulnerable at the time, but I overcame it. Like you did.
(She looks up, thinking. . . .) You know-------(pause pause) sorry! I'm so used to ----especially in these last few years, when the women really banded together, and the strength of the MeToo movement, and the Cosby women,

CARROLL_027309

and the Weinstein women, the coming of all these women together, it makes me feel we are more like an army!

E. yes!!

N-An army!  Not the serial killer victim list, but an army!  Like the Guardian Angels on the subway. A grassroots army!  Trying to make lives change.  Just like Black Lives Matter. It's a similar thing

Break for Natasha telling a Tony Schwarz twitter story.

E. (bored with Tony Schwarz who insisted once a month during Trump's first year in the white house that trump was "about to quit.") Now.....Natasha.  Where were you born?

N-I was born in Toronto.

E -and you have older brothers?

N. I have a twin brother and an older brother.

E- Were you raised in the country? In the city?

N-We were in the city of Toronto, technically but a little out of it in a suburb, in a middle class area.

E-And what were you like as a little girl.. (Now I am leaning into the computer, finally getting to the interview I want to do.  Behind me on the blue wall, is my grandfather's Spanish-American war Cavalry Hat,  the Lincoln Family Currier and Ives, my father's arrow head collection (mounted) The Presidents....from 1833.  and a photograph of me in deep in the mountains on the Papua New Guinea--Irian Jaya Border with men wearing penis gourds.)

N- I've never been asked these questions! These are the questions *I've* been asking  people for 30 years.

CARROLL_027310

E. The tables have turned, Woman, watch out!

N-When people were asking you questions, wasn't it shocking to you? I just want to know if I think of something better, I can email to you.

E. You can send me 15,000 emails.

N-Ok. Ok. What was I like. You know,  There was a part of me that was a feisty fighter, and there was a part of me that was very shy. Now. (she raises her hand to make a point, pulls it back to her chin, then thrusts it out again----her hand making the very motion of the concept of the shy--feisty dichotomy she is describing) The part that is shy was taught to be polite and to not make waves like a Canadian. THAT IS THE PART THAT COULD NOT PUNCH HIM!  (She makes fists with *both* hands)

E. Right.  You are very tall, very sportive girl.

N- I'm a boxer.

E. You could have *really* punched him. (It is so odd! Neither of us say his name!!)

N- I could have hurt him.  I grew up fighting with two brothers.  Both over 6'4". So I can *fight*. But as a female, with a bit of a shyness and the Canadian thing----I couldn't react.  That is a problem for a lot of women.

E- how much older are your brothers than you are?

N-My older brother is two years older and my other brother is my twin.

E-(totally missing that she said she had a twin) And they are taller.

N-One is 6'4" one is 6'2"

E-and you are like seven feet tall.  (I have walked down many New York streets with Natashia and it is like walking next to a Sequoia.)  You are a

CARROLL_027311

giantess.  So when you were growing up, you had to hold your own against older brothers.

(I see the sun light glinting off my pan in the background. )

N. Yeah. I was constantly fighting them. And winning. And playing hockey. Body-checking all sorts of guys. I can body check any guy.  I can----she raises her arm and thumbs the direction---push them across the room. I am very strong. (a merry grin.)

E- (Oh! I am excited. My mouth opens like a tailgate on a 95 ford pickup. I raise both my hands as if I want to ward off any more stunning news, else I will faint from happiness)
And I screech: You played HOCKEY!?

N-Not ice hockey. Road hockey.

E- (I start waving my arms...like I'm an all-star guard.  Spread my hands. I want her to shut up so I can take it in.) Wait. I want DETAILS.  This is what I want.  I want to talk about sports.

N-I can see that. (laughing).

E- What are your sports.

N-Well, I was excellent in road hockey.

E. (Hands clasped in front of me and held under my chin in delight)  WHAT is road hockey, Natasha?

N. This is Canadian. Canadians play road hockey.  So. In the summer. Everybody had a net. So when you grew up, you would put your net in the street and you played hockey. I grew up playing road hockey. I played with the guys. I'm strong. Very strong shoulders. And I'm muscular. So I could knock *any* guy----she glances to the side showing where she would knock a guy---across the room.

CARROLL_027312

E. Did you play with sticks?

N. Hockey sticks. And a ball.  It was "Get the sticks! Get the Net!  Let's play!"  And we didn't really have any rules.  We just got up there and shoved each other around.

(She takes a sip of ---tea?) from a large orange mug)  This was from the age of 8, onward. And even when I a a journalist at the Toronto Star, one year we had a strike, and all us journalist had to block the trucks from leaving the plant.  So I suggested: "We should play Hockey! (Laughing, remembering, her face turning pink with enjoyment of the memory).  So we played hockey out there and knocking them all around.  I just WISH (she leans into the frame and raises both fists) I could have arrayed this talent into some sort of Olympic success.

E-Well, you're built like an Olympian. Your figure is phenomenal. You got a great figure. (rocking back and forth davening).  So you played Hockey.  What other athletics, besides wrestling with your brothers probably all day long, right?

N-Actually, I had the idea of becoming a wrestler.

E- screeching

N-You know, in our era---because I'm such a good fighter---


N-You know, in our era---because I'm such a good fighter---I can *really* fight. And I *love* it. It's why I love boxing. I started boxing when I was 40. And my boxing trainer said to me, "You know, you could really compete---

E. (frowning) Wait a minute. You *trained* as a boxer? I know you got into the ring with---

N- (smiling, dimpling, lowering her head shyly and modestly) with Mike Tyson.

Confidential

E- With our man, Mike Tyson. You sparred with him.

When Natasha is tickled about something, she glances down, and her checks crinkle with TWO dimples each.

N-He was doing something, I can't remember, and I went to do him for People Magazine and I took my gloves, and we did a little bit of a----she spars with the screen with a jolly smile on her face.

E-Was Tyson pretty amazed that you could defend yourself and throw a punch?

N-Any time I hit anybody---you know, they put their hands up (assuming a boxing defense stance while sitting in her chair, hard to do, but she manages) and I punch (Punching) and they're a little bit-----she closes her eyes and smiles at a fleeting and delicious memory known only to herself----I didn't knock him over, I must admit. (She drops her head and smiles.) He's stronger than me. But usually people are amazed.  When I train, my trainers are always surprised at how hard I can hit. And When I start with a *new* boxing trainer, they are always shocked at how hard I can hit.  And they all say, "You should do this professionally. And then they ask how old I am.......and they go, Oh, forget it. (laughing with dismay, but good cheer).

E. You're still training.

N. I live in the Canadian woods. I found a gym and hour away. And I was going, until ....until  Covid closed down the gyms.

E. Take me through it. How do you train for boxing.

N. (whispering) I love hitting. I *love* it.

E. (Making gestures to the gods with arms raised) I want to go down on my knees.

N. I have a relative. A Macedonian Freedom Fighter. He was 6 feet 7. My whole family are like giants.  He fought for the Macedonian people and

                                          CARROLL_027314

apparently the Greeks cut off his head and carried it through town, but he was like this fierce, fierce, *fierce* guy. So, my father used to say I inherited his ferocity. So, when I hit----the very first time I hit a punching bag, I remember thinking, "Any upset, anything that was done to harm me..." (she looks up and smiles, lifts her hand and runs her fingers across an imaginary list) "I had this whole list of people, I put it right in the punch. And I'm hitting them.  (She leans into the screen) this is so good for women because we are so taught not to do this. Also if someone grabs me in an ally I want to be able to fight. (Although it is very difficult for me to think of anyone having the temerity to grab this giantess in an alley) And though---AGAIN---I did not expect it with Trump. but to answer your question, you usually do an hour with the trainer. He wears these gloves (Holding her hands up on either side of her head in front of her)  And he teaches you the moves by moving his hands, and you hitting them. You do the heavy bag.  (She looks up, spreads her hands and steadies an imaginary heavy bag)   And the light bag (Looking up higher and punching, a rolling boom, boom boom.) And you're just learning how to move and hit.  And I just know that every boxing trainer I've had tells me I have tons of force.


A lot of force when I hit.

E-Did they like your punching style.

N. I have a nick name.

E. What is it?

N. Boom Boom.

E. (unable to bear it) NO!

N- (laughing as she watches me dying and going to heaven and sipping her tea/coffee)

E. So. Here's the thing. I know why you didn't strike at Trump. First of all, he was your friend. You were the Trump Person at People. Trump was your

CARROLL_027315

beat. You had done five or six stories about him before your run-in at Mar-a-logo---

N-At least.

E. You were the Go-to Trump writer.  So I am putting on the record right now: You could have taken him out!

N-Oh yeah. Oh. For sure. (absolutely means it).

E. He weighed---at that time--probably two hundred and  . . . what would you say? ten? twenty? He was not obese, yet.

N-I'm not good at guessing that kind of things.

E- Oh, come on.

N. He says he's six three, but I think he's six-two. I think he lied by an inch. (Like nearly every guy on dating sites---I know I founded one of the biggest). But definitely, obviously, he was over two hundred pounds. This was 2005. I would guess he was twenty or thirty pounds lighter then.  So whatever he is now..... (shaking her head and frowning slightly.)

E. So he's probably about . . . OFFICIALLY, his doctors say, 240-250. Please. he's close to 300 now. Probably over 300.

N. You're going to ask me how much I weigh, I just know it.

E- No. You're a very strong female.  You don't have to tell me. Or your age. I don't want to know how much you weigh, or how old you are.  I'll put it into the story when Trump sends me his tax returns. What is Trump's workout routine? We know you're in the gum.  In 2005 was he working out? Did you, in any interviews ask him about that? I've never heard of anyone interviewing him about that.

N. I can't remember if I ever asked him that.  I know his classic quotes about exercise.  He doesn't believe in exercise because he thinks you have a finite

amount of energy in your body and if you use it up----it's gone.  So he golfs. That time at Mar-a-Lago, I saw him golfing. But I don't think he does anything else

(except attack women, stumble down ramps and require two hands to sip a bottle of water.)

E. I just want to know one thing. COULD . .. YOU . . . HAVE . . . BEAT . . . THE . . . CRAP. . . OF  .. .HIM?

N-I would love to meet him in the ring right now.

E. Could you beat him?

N-I think I could have beat him then, I think I could beat him now.  For sure. (She pauses and ruminates.....)  I don't see any reason why not. I've fought guys his size before.

E. Yeah, you grew up wrestling guys his size.

N. That's the scary thing. In that *moment*---and you only have the moment to react---and there's the freeze or the fight....

E. Well, you did push him back.

N. Yes. But I wish I had socked him.  I mean as soon as I left, my whole body was ready to fight.  But it was too late.

E. Did your mother raise you to be lady-like?

N. She would have liked to have.  (smiling tenderly) She was very ladylike. But I never was.

E. Your mother was American?  Or your father?

N. My mom. She was born in the old country. She was born in Macedonia. And was there till she was 15. But her father was in world war 1 as an

CARROLL_027317

American soldier, so she was American from birth. My father came here (Canada) as a baby. From Bulgaria.  I am 100 per cent, Slavic, eastern Bloc.

E. You can do the best Russian Accent of anyone I know.

N-I did the Ancestry. I'm like 99.1 from this ONE region...holding an imaginary globe in her hand and pin-point it) Just that little radius, all my genetic material comes right from there.

 (we discuss Macedonia....let's move on)

N. My mother wore dresses and heels and was very ladylike in everything she did.
And I fought to be the opposite. She didn't have a full grasp of the English language.  My father was an English teacher. She had wanted to be a doctor.  My elder brother became a doctor. (Her twin is a musician) She was very people smart. and very wise. She passed away in 1993.  Very, very very beautiful. And very sweet, sweet, sweet. A very nurturing, wise, old-country mom.  And very lady like. She grew up in the era of Grace Kelly. She used to dress like that and she was very lady like. So I----smiling-----was not like that AT ALL.

E  Did the other girls on your block play road hockey.

N. (pondering)  I don't remember them doing that.  I remember I used to play football with the guys at school too, you know throw the ball around. I was on all the girl's teams.  The basketball team, ("I had a great layup shot,"  I rarely missed a lay-up."  the volley ball team. I was on all those teams.

E. (SCREEEEECHING to a halt. holding up both hands)  Wait. Stop.

N. Field Hockey. I loved Field Hockey.

E (waving arms---the no-touch down motion of an umpire.)  Stop!  You were on the (holding up my fingers and counting off)  Basketball team,

CARROLL_027318

N. Yes.  And definitely Volley ball. And I excelled at Field hockey. But the thing I REALLY excelled at, by the way---I don't think they even have it in the united states---is (laughing with just enormous amounts of pleasure) Teether ball.  Do you know what that is?

E. Yeah. (Swinging my arm around my head) It's a ball connected to a rope which swings around a pole.

N. Me and my two brothers were the Teether ball stars of Toronto at this time. Nobody could beat us.  We had one in our back yard.

E. (SCREAMING. Running around the kitchen) I am in heaven!

Natasha cracks up.

E. I surprised you didn't haul back and knock his----just knock him on the chin.


E. I surprised you didn't haul back and knock his----just knock him on the chin. You were a boxer!

N- And bear in mind, I had to continue my interview with the guy. We were interrupted by the butler and then Melania was coming down (from changing wardrobe) I had to come back FOR THE STORY.  All that was part of why I couldn't do anything. Do I come back and do the story? Or do I hit him?

Silence.

N. All these questions I'm dying to ask you.  All of these questions.

(I lay my head down on the table and we get a marvelous shot of my dark roots.)

Confidential

E-So you showed strength. You came back, sat down, and Melania, if I remember correctly is an acquaintance of yours.

N. I had interviewed her.

E- you had met her several times, right?

N. I was at their wedding and she came up and hugged me---I had interviewed just her (without trump) for something, but through the years, I'd interviewed them both. And been in their home. Both their homes. I remember their incredible view at Trump Tower----all-round the top. But kind of gawdy for my taste.

I talk about him calling Birnbach and pitching her stories she could write about him.

N-After Mar-a-Lago, I took myself off interviewing him for ANYTHING.  But I saw him after that at Oleg Cassini's funeral.

E. Oh yeah, you did a eulogy.

N. Yeah, I did a speech.  I think he went (he also gave a speech) right before me or just  after me.  I stayed away.   (Mar-a-Lago happened in 2005, Cassini was 2006)

WE talk about Cassini.....her good friend.

E. Natasha, you are a very likable woman. Very likable. I can't imagine someone NOT liking you.   You're just likable. I don't ever hear you talking bad about people, you're just friendly, outgoi8ng, a little shy, yeah, but you're likable. And Trump like you.

N--I think so.  That's the feeling I got.

E. But you never picked up on anything predatory....?

N-Here's the problem. When you're a-------

CARROLL_027320

E. (I start shaking my head. ) I know. . . a girl journalist.

N- yeah. Three things came to my mind.  If you're a girl (she laughs and corrects herself), if you're a female who smiles and is nice to a certain kind of guy, they think that means you *like*  them.  Add to that that you're a journalist interviewing them and you're asking questions and you're interested----I have no idea if that played into it, but, to answer your question, I had NEVER been alone in a room with him until that moment.  Any other time I was interviewing him throughout those several years There was always someone in the room----a publicist, Melania----Usually more than one. And he specifically took me away from the group to take me into another room to be alone.

E. What did he say to you?

N. (Ruminating) He either wanted to show me the room.....or something in the room. I can't remember.  "Have you seen the bla bla bla?"  I just can't remember what it was.  If I could see pictures of the room, I could remember what it was.  It must be something he shows people---a painting?  something? I remember what room it was.  So yeah, he either wanted to show me the room, the beautiful room (gesturing trying to grasp what it is), or something in the room.

E. It never occurred to you, did it?

(shaking my head violently back and forth---as Natasha takes a sip from her big mug.)

N. No.  I'm there with many people---photographers, photographer's assistants, his handlers, the whole place was buzzing with people------except for that room.

E. Natasha! It didn't occur to you that was a stupid thing to do?

CARROLL_027321

N. Going to the room with him? No!   Not at all! I mean (laughing in disbelief) I just ....I mean *No*. I mean what he did took me so off guard. I would *never* have expected that.  I had never really heard of him doing that.

E. that's the thing. I walked right into that dressing room---it never had *occurred* to me.  We had been laughing, and quipping, and it was totally off my mind. I NEVER FUCKING OCCURED TO ME.

N. Right

E. So maybe you can help me explain why....I walked in that dressing room after fifteen minutes of the greatest badinage......Which was hysterically funny....

N-And by the way, everything you describe about your back and forth with him is exactly what I would have done.  I would have joked around with him.

E. (Throwing both arms in the air) Of Course!

N-Especially as a writer. I would have been thinking "This is a great scene."

E. "This is *gold,"* I kept thinking.

N- And don't forget, the wife was in the other room.  Like she was upstairs changing.  NOTHING led me to think that he would do that.

E. Now women know not to be alone with him.

N. Yeah.

E. I don't think he'd be able to do that today, do you?

N. I think that there are many women who still want him to do that to him. I think (a laughing sneer) I mean we see these women wearing these t-shirts that saying "You can grab my pussy, Mr. Trump,"

E. Oh (turning away disgusted) I forgot about those women.

Confidential

N. I think there are women who like him. And would welcome it.  I do.

E- (making face like ) I know. He's like the Beatles. they are like young girls throwing their bras on the stage at Elvis when he comes in.

N (Shifting in her chair wanting to leave) That comparison to the Beatles makes me sick.

E. Where was the interview being conducted?

N. Outside. Right behind the main house, there's a little patio.  And Melania was doing a photo shoot by the pool.  They were shooting her, and I was interviewing him. Then she had to go upstairs to change. And when she did that, he said, "hey, have you seen the such and such?  I'd really like to show it to you. And I say, "No, I haven't seen it,"  and we went in, (holding her sharpie and drawing a blue print in the air) and turned to the right, and there's this room. (She drops her arm and laughs at the ridiculousness of life---) Should I keep going?  (I nod)  He led me into that room---

E- What were you wearing?

N- You can see in the picture, I'm just wearing, I've got a black shirt, very basic, and black pants and boots.

E- you didn't get all gussied up?

N-No. I'm not showing cleavage (although HOW a woman with this magnificent bosom, doesn't think she is "not showing cleavage" is beyond me. The blouse was very high, (ravishing her and to her chin.)

E and were the boots flat?

N-Maybe two inches. (Holding up two inches with her fingers)

E- You're almost as tall as he is in those pictures. You're six feet at least.

CARROLL_027323

N- Really?

E. Well he says he's six three and he's wearing lifts.....so -----

N- laughing

E. And your hair is down and you're wearing your career-girl makeup.....

N-not much . .

E. (shaking head, doesn't know what else to say throws up hands an shrugs)

(cross talk about whether Melanie's boobs are real)

N- You know who taught me some moves? Norman Mailer taught me some of my boxing moves. On the back porch of their place in Province town. He gave me training.

E-(leaving the room screaming) Get the hell out of here! Get out! Get out!

N-And you know what he used to say to me? Every time. Because he trained.

E-years.

N-And he did the whole thrilla in Manilla.  Yeah. So he would train me. He would teach me how to do----(demonstrating weaving back and forth)---my neck.  Every time I saw him! He would take me outside and show me a few moves.

E- You were friends with ahh.....

N-With Norman and Norris, his wife.  She passed away 2010. And by the way, she told me that trump made a pass at her. He made a pass at her in a hotel. She told me about that. I sent her an email right after I got back from Mar-a-Lago. I said, "You're not going to believe what happened with Trump! And then I added, Oh, yes, maybe you WILL believe it." She was walking down a

CARROLL_027324

hotel corridor and he put her up against the wall and kissed her. Very much like mine.  But she never told Norman.

E-If she had told Norman, he would have beaten hell out of him.

N. Oh. Forget it.(Putting her hands on her hips) He would not be alive today. Norman is famous for being pugnacious https://www.thedailybeast.com/mailer-loved-getting-punched-in-the-face   So, Norman, every time he saw me, and this is just apropos me and my chest, he would say, but Natasha, "I'm very worried I'm going to harm your chest. You need some sort of breast plate."  He taught me some good moves.

N-Norris  and I were very close friends

E- so you have been trained by Norman Mailer, and by Mike Tyson, you still train to day

N-when to college in Toronto York university with a BA in English,  and then to Ryerson for Journalism https://www.ryerson.ca/


E- Then you went to work at The Toronto Star?

N-Yes, I went to work at the Toronto star, then the Toronto Sun and then People Magazine, while still in Toronto.  And then People Magazine in New York. I said, "I want to be HERE." 46:14 And they said "we're just putting together a New York Bureau---this is 1997---and that would be a perfect time to come."  So within a few weeks (joyfully bouncing her hand up and down as she names the organizing of her life) I got my passport done,(she has Canadian and us passports) all my paper work, found an apartment, *and I was there.* Oh, yeah. It was great. This pandemic. I'm in Canada right now. I miss New York. I miss New York so much.

E-Ok. Now you're heading towards the room. Do you remember what he's wearing?

CARROLL_027325

N- (Looking up---imagining it in her memory) I think just a suit and tie. It's in the photo.https://www.nbcnews.com/storyline/sexual-misconduct/people-magazine-publishes-photo-trump-accuser-he-claims-he-never-n828856  His usual. His usual suit and tie.

E-There were a lot of people in that shot.

N-Yeah! I don't even remember taking that picture.  And they found it when he started saying I never met any of these women.  (YOU NOTICE NEITHER OF US MENTION HIM BY NAME often)

E. That gets my goat. He met you over and over and over.  Do you have a list of the stories you did about him?

N- Not in front of me, but......

E-But you can e-mail three or four?

N-Yeah. Apprentice Cover, The wedding,  The Baby and Anniversary. I was the Apprentice Person. I was the (People Magazine) Trump Person.

E-When Tara Reade came forward with her Biden Accusation, President Trump spoke to the press and said....he ADVISES Biden to deny deny deny. Trump said, That's what  he always does.https://www.politico.com/news/2020/05/01/trump-advice-joe-biden-assault-claims-229182
https://nypost.com/2020/05/01/trump-tells-biden-to-fight-tara-reades-sexual-assault-charges/
https://www.cnbc.com/2020/05/01/trump-tells-biden-to-fight-tara-reade-sexual-assault-allegation.html

N-I remember something like that. Which is amazing that he even addressed it.

E- He did it twice!  So no matter what happens Trump's go-to thing is to Deny. That's it.

CARROLL_027326

N-Always. For anything.

E-So, you go in this room. it's daylight.

N-Yup.

E-Are there lights on?

N-I remember it being a dark room. But there were windows . . . so not too dark.

E-And he's chatting to you on the way to the room.

N-I can't remember if he's chatting. (When Natasha is running the scene through her head she looks up and ponders---I can almost see her seeing it.) We go in. I am looking around. Like there is something he is showing me.  I hear the door close (she points behind her). I turn around. He's closed the door and a minute later---she presses her hand to her chest-, still holding her pen--he is right at me, pushing me against the wall.

E- Wait---it was less than a minute. Wasn't it? Less than a minute?

N-Yeah. Less than a minute.  I meant "minute" as an expression. It was (raising her hand, pausing and making a rolling chopping motion) quick.

E-Did you hit your head.

N-She looks off towards the side and pauses. I don't recall hitting my head.

E-do you recall him grinding against you?

N- (leaning closer to the screen and tilting her head) Riding?

E-Grinding.

N-(leaning back, repulsed) Grinding....(closing hr. eyes) Oh God.

CARROLL_027327

E-He was pushing you said.

N-That is a question I never thought I'd hear.

E-He had me pressed up against the wall and I was aware of it.

N-Right.  (Closing her eyes).  I don't recall (opening her eyes and looking off and up) him doing that.


E- Stop and think about it. (Trying to climb through screen, leaning so far in----like Alice through the looking glass.)

N-Here's why I don't recall it. First of all, there are things that I told my relatives right after it happened, that I now don't remember.  But I'm sure whatever I told them happened, because I had just gotten back, and I told my family.  My professor remembers me saying he chased me around a table.

E- Professor?

N-Oh, I meant to show you that.  I spoke with my journalism professor *that night*.  The next day, I was going to Toronto to speak to his class.  I was set to talk to him.  So when I talked to him, I said: You won't believe what happened.  And he was advising me. He later gave an interview to Lawrence O'Donnell, and a couple of other places about it.

E-Wait. your professor went on Lawrence O'Donnell and talked about it?

N-Yes, he told the story. He talked about my conversation with him that night.

E-How did Lawrence find him---he has great producers, but come on.

N-When my story came out, my professor tweeted.  "Natasha is telling the truth."  And so producers got in touch with him.  Also my friend who was with me on the street when I ran into Melania who had Barron (a

CARROLL_027328

baby).....she also spoke about it to.  (Melanie and her lawyers are denying they saw and spoke with one another.) Well, I had a friend with me that day.

E-So your professor remembers....

N-That he chased me around the table.

E-But that part is gone from your memory.

N-(Shaking head) I don't remember it.  And my cousin told me I told her he said something much more crude to me than I reported. She told me I had told her he said something to me like: (lowering her voice): I'm going to fuck you.

E-That sounds more like him.

N-Did he say anything like that to you? I don't remember.

E-No. no. I'm laughing the whole time.  If he was talking (which I don't think he was) I didn't hear him.

N-You laugh because at first it just seems so ridiculous, what he's doing. You think he's joking. (back-swatting her hand).

E- I thought I could kill the whole erotic thing by laughing.

N-Because if it is anything more serious, (she rolls her hand under her long, champagne-frosted hair and lifts it---holds it up for an instant and lets it drop over her left shoulder.) you are trying to defuse the situation. I was kinda like (fake ha-ha-ha-ing and pushing her hand back back back and shaking her head and ending with a  frown)

E. You shook your head and pushed back.  Now think. Did he grind against you?

N-I don't remember if he did. And the reason I don't think he did is because I feel as though if he had done anything more serious---more sexual, that

CARROLL_027329

had to do with sex parts--I would have told my superiors. It was just at the line of I'm not going to tell anybody.  I mean I told my friends and my immediate boss, but I didn't tell the managing editor. And I feel if he had done something like that I would have said something. Had it been a LITTLE BIT MORE directly sexual. As it was it was kissing. (and we discover later it was more than kissing.

E-Where were his hands.

N- I remember them ---(she crosses her arms and grabs both her shoulders and rocks back) him grabbing my shoulders and pushing me back.  And I was kinda like THIS (she raises her hands and pushes back, back, back.)

E-Right. Right. And you pushed him back and he . . . did he come forward again?

N-He came forward again, and the second time, I pushed him harder.  First time, probably, NOT ENOUGH, you know. The first time (laughing daintily, holding up a modest hand) don't be ridiculous. Then he came at me again, I pushed him back again, and the door opened.

E. Oh! right. The butler came in.  Can I go get my wine?

N-Absolutely!

E. Jesus. (yelling from off-camera) Hang on Natasha!  Are you going to join me?

N- No, I'm drinking tea. And I gotta write until like 2 in the morning, so if I drink now? Forget it.

E- (Raises a toast to the Accusers) ....And  so now we get to the part where he says to you, "You and I are going to have an affair." And when does he say that?

N- He says it outside. The butler interrupts everything. 57:48  "Melanie's ready."  He leads us outside back to our original interview position

N- He says it outside. The butler interrupts everything. 57:48  "Melanie's ready."  He leads us outside back to our original interview position on the couch. (Thinking, reaching back with her left hand and lifting her hair from the back and pulling it forward over her right shoulder, and a little over the left) and after we sit down, and the butler leaves, he says, (lowering her voice) "You know we're going to have an affair."

E- So like him (which disagrees with what I said earlier when I said with the cruder version sounded like him.)

N-I don't know if I've told you this....(smiling) Can I just tell you something and you don't use it?

E-Yes.

N-So--------------------- CUT----

E-So then he said something about Peter Luger or something.

N-Yup we gotta go have steak at Peter Lugers, that was his big thing.  He's said that to me a couple of times.  "You ever been to Petr Lugers? You gotta go to Peter Lugers" (Imitating him she raises her right eyebrow) and uh, what was he second wife's name?  Marla!  And he said, "Well you know what Marla said, the Cover of the New York Post, Best sex she ever had..." He said the affair thing *several* times. I was just like (she squishes her face) so flummoxed. The butler's just left. Melanie's on her way. He's saying all this and I am still in shock.

E-What tone of voice is he using?  He's needs to get all this in before his wife gets there, he needs to get a few points in....that you're going to have an affair. That you will eat steak at Peter Lugers and that it will be the best sex you ever had.

CARROLL_027331

N. His tone is . . . totally . . . . certain. Like how he speaks at a press conference.  He's not waiting for me to say yes. You know we're going to have an affair. Just like it's a done deal. I felt like I was watching a crazy reality show. And bear in mind. I am there to write a story about their happy one year anniversary!  And I've been asking questions about how happy they are! how excited they are about the baby, and meanwhile he's telling me, we are going to have an affair.  [I shout something about oh my god]The two extremes were so baffling to my psych, because THEN when Melanie sits down and I start asking these questions (making the food falling out of her mouth gesture) and it is a complete lie. I mean everything he is saying now in the interview, I know, is a complete lie.


N-So when I got back to the hotel I had so many emotions, and I finally got to the anger, and I think I was angry when I finally spoke to my professor.  I went through all the levels: (and she starts with her hand high and the drops it as she names the levels) Did I do something to MAKE him do that?  Did I ENCOURAGE him in any way? And I go through all those questions, and I finally get to anger, and I'm like HOW CAN HE DO THAT? Why would he do that to ME, who is writing about him? Why would he do that to a journalist?

E-That's where you and I differ, Natasha. I am older than you. Come from a different generation.  I would have *expected* him to do it. I just expect men like him to make a move. I always have. I grew up expecting it, and I have not seen anything to make me change my mind.  I not only would NOT have been surprised, I would not have been angry. I would have laughed about it. (And this is where I am wrong.  Women from my generation laughed and moved on. IT CHANGED NOTHING.)

N-You know what made me most angry: Two things. 1. This was a very prestigious assignment for me.

E-People was at the top of its game---3 million subscribers or something.

N-And being "the Trump person," was a prestigious position to be in.  And this took me away from that. And Number two: When you work hard, and

you think you're doing a good job, and people are telling you you're doing a good job.. He spoiled my hard work. AND I AM ANGRY I DIDN'T RESPOND.

E- That's it!

N- (Punches at the screen)

E-Natasha! You are built like a boxer. You trained as a boxer.  You're tall. You're strong. You throw a great punch

N. And I'm angry.

E. And you're sexy as hell. I mean your bosom alone, could knock out half of New York,

N- chuckling.  What am I going to do with them?

E. (Just shakes her head in awe)

N-I mean that's why I dressed in a very conservative way . She makes covering motions with her hand.

E- Any time I've seen you, you've been shelled up to here (holding my hand under my chin)

N-So I was angry because I had to tell my immediate boss that I didn't want to interview him EVER AGAIN. So they took me off the beat.  So the next time there was an interview to do with him, someone else was sent.  I think they sent a few guys.

E. You told your boss soon after?

N-The next day when I arrived at the office. It was unusual because I had been interviewing them for years. And all of a sudden, I'm not.  So I saw Melanie on the street many months later. I think it was around Halloween because my friend remembers Baron being in a little Halloween outfit. He

CARROLL_027333

was just a little baby. And she was walking out with him and we saw each other and she said: "Where have you been? We missed you!" I remember thinking. "Does she get it?" I don't understand in situations like that, if they know or not.

E- We don't know what she knows.  But she says later she never ran into you, or what?

N-Well, why would she remember it?  It was ten years later. (Melanie ONLY disputed the fact that they ran into each other, she didn't say a word about Natasha's accusation.)  My friend remembers it because she talked about it at parties for years! "We were on the street! We bumped int Melanie! She's got the kid! Blah blah blah., " yeah.  My friend was visiting me from Canada, so running into Melanie was a big deal.

E. But BOTH of them (Melanie and Trump) both said they never met you, had no idea who you were.

N- He gave that statement: I've never met any of those women." https://thehill.com/homenews/administration/364506-footage-shows-trump-with-accusers-after-he-claimed-he-never-met-them

E-What does that feel like when someone denies your truth as a woman. (Jesus, Jean, get it together "you're truth as a woman," Christ!)

N- Well, Melanie then went on TV and saying this could never have happened, she's lying, and this was before the election. So I thought she's trying to save her family, help her husband, she's gonna lie for him, whatever.  And maybe she doesn't really believe that it happened. I thought, this is a mother fighting for her kid. To me a European mom is going to do everything she can to protect her kid and not want anything bad to happen to their child. So, that was my first thought.  But since then, I've lost respect for her. As a woman, you can't lie about these things.

E-Wait. Have you ever been married?

N-Yes.

CARROLL_027334

E- How many times?

N-once (laughing) holding up one finger.

E. And .....(laughing) is your husband right there?

N- Yes (giggling with delight)  He likes to keep a low profile.

E-So you have insight into the role of a wife.

N- I'm not a mom, but I understand---I assume---she felt that she had to defend him.

E-So do we even include her in this discussion?

N-Well....

E- I hate her. She's a birther.

N-So does she just believe everything he tells her?
(Like Fox news) I mean people say she's smart.

E. I think *he's* smart.  I think he is super smart.

N- I know you do. I don't think he's smart.

E- you can't become President of the United states without being super smart.  He's *super smart*. He's smarter than a lot of people realize, because so many people hate him so much.

N-But is it so smart to be impeached?

E-He was so smart he had every republican except one on his side. That takes brains.

CARROLL_027335

N- Yes, but *they* want power.  What else are they gonna do? They're gonna back anybody who's got it.

---

(we talk about scheduling part two of our interview for the next day... and I ask her to send me pictures because "every picture of every accuser on the internet is horrible."

N- Ok! I'll see you tomorrow at five!
E-Bye Natasha!  )Both of us waving to beat the band)
N-Chow
E-(waving) Bye!
N- Chow Bella!


NATASHA THE NEXT DAY. .


N-(looking rosy and rested) I saw the chiropractor today! He unlocked all my stress. Ohhhhhhhhahhhh!  (she rolls her shoulders) Don't you have neck-shoulder stuff from writing? and Writing and writing?

E-I'm an elderly unlettered woman with arthritis who lives in a cabin on an island in the mountains. EVERY BONE IN MY BODY ACHES.

N- her twin brother is a musician in Toronto. They were inseparable when they were little. And to this day we have the psychic thing together ---from thousands of miles away, I can feel if anything is wrong.  15 minutes older...

STUFF ABOUT BEING born prematurely.....05:24

Both parents dead. 05:41 Dad like a jack lalane type...

The ZOOM FREEZES.....I send her a new invite.

CARROLL_027336

NATASHA  TEN MINUTES LATER
ZOOM #3

Allyssa's piece in The Cut.

E- You have more Corroboration  than anyone who's come forward. Now. I am going to take that Natasha brain and put it through a pea-shooter.

Dinner with Molly and George 02:17
We walked to my car. 10-15 minutes
walking and chatting.
Black pants and white high-heeled sneakers converse three inch heels. That's why I think of you as the giantess.  Black fitted top with a black diaphanous blouse.


N-I haven't seen 135 since the summer of 1988.  I know exactly what I weighed at every point in my life.

E-You have an unbelievably beautiful figure.

N-Right now I have Trump weight and Pandemic Weight.

E-You said his name!! You know what I discovered.  In our first interview we really mentioned him by name. We weren't doing it on purpose. It's just how we converse.

N-I don't even write his name usually.

E- You used it this time because you were naming an era.

N-An issue: Trump weight. This is like a well-known issue that other women have experienced.

Confidential

We talk about the first time we met/ then the dinner with George,....and walking along (what avenue?) and Natasha saying "I have finally got you alone, I have a million questions for you." and right now 11:56 she says:

N. Since last fall I have been desperately trying to have drinks with you ALONE.

E-We got it now, with *The Atlantic* readers listening in.

N-(laughing) Right. Right. On our walk we only had like ten minutes, a few moments, a few connecting moments.

The dinner with George:
N-It was crazy. It was CRAZY we were together like that.

E- And you did something I never would have done.  Never. Never.

N- (terrified) What did I do?

E-You asked George about Kellyanne.

N-Did I really?

E shaking her head, the all-knowing.

N-Because I'm so (raising her hand, flatting it out and making a tamping down gesture with her hand---like she is forcing the air out of a blowup mattress).

E- I know. But you were ON IT.  And he was very forth-coming. I sat there like this (whips head around and drops chin to her clavicle)

N-He was REALLY forthcoming. He answered way more than I asked.

E- throwing up her hands. I was STUNNED.

CARROLL_027338

N-I can't remember specifically what I asked---I had a list of questions in my purse, believe you me.  All ready.  (This cracks E. up)  I had studied.

E- You said: It must be very difficult with Kellyanne----I think that's how you started.  And I defended Kellyanne.

N-Oh! I remember that! (laughing) I remember that.

E- And you were worried about George being happy. And he was REALLY forthcoming. And Molly is sitting there eating and commenting and supporting George.

N-I'll betcha Molly remembers everything.

------
16:27
E- Did you know who force his tongue down your throat?

N- Yes. He did. Did he do that would you too?

E- No. He put his lips against mine.  But I was laughing.

N- He did. The whole thing was very fast. (now she runs her hand through the top of her hair and pulls it up and away from the left and takes it around and drops it on her right shoulder----it is such a part of Natasha, lifting and dropping her hair, one barely notices that she does it constantly.)

N-Very fast. But it was there (the tongue).

E- (Rearing back in disgust) Oh!

N- Because I remember thinking ....ugh. I can't even bear reading that any more. Any time somebody summarizes my story in one of those serial-killer things? The tongue. That is always the line they pull. And I just want to forget that moment.

CARROLL_027339

E-What I want to do now is find out who you were at the time----around this period we are talking about.  Who were you at the time of this incident?

N-I was 40. It was 2005. People magazine was still near the top of its game.

E- It was a big deal.

N- It was a big deal.  And I was one of the handful lying around everywhere interviewing the top A-List actors and musicians. Whether it was Jon Bonjovi, Or Meryl Streep, Or Paul McCartney. Or Lauren Bacall.  I'm giving you the ones I liked.  Anyone who was the hottest. I was talking to those people. I was very experienced in film, so I was one of their main film people.

E- And where did you live?  Did you live in an apartment in Ny at the time?

N. Upper east side. Lived on the same block for almost 20 years. A two-bedroom in the east 70's. Lots of space. I used to walk to work. It was like a 30-minute walk to People magazine. So I would walk there, walk home.

E-Was People in the Time-Life building?  At Rockefeller  center?

N-Right across from Radio City Music Hall.

E- You lived with a boyfriend, by yourself, what?

N-Husband (as if imparting a deep secret)

E. What was your life like. Who cooked? You had to go to a lot of parties.

N-I'm a Slavic woman so I love to cook and I love to feed people. But we are living a Manhattan life, so there is a lot of delivery and I would go to lots of cocktail things and dinners with actors, publicists, or parties to cover.

E- Are you a late night person? Did you write deep into the night?

CARROLL_027340

N-I was on the staff of the magazine. So I wrote at the office. and was late every day.  I'm a night person. And I have trouble waking up in the morning. So I was always rushing in a few minutes late.

The whole time/life thing about separating the writers and the reporters.21:49

She arrived in 1997 as a reporter (That really was the hey-day) ---this was when TIME life had "reporters" reporting the stories, and they made huge files containing "color and quotes<" and then another person "a writer" wrote the story. She was there when they finally integrated the reporting and the writing.  And she was there when people magazine when from Black and White to color.

E-Did they hire you as a reporter or writer?

N-They called me a reporter correspondent.  So I just reported. I would send in like 20-30 pages of stuff.  And then someone else condensed and shaped it as a writer.

E-Jesus, what a horrible---that's how TIME used to be written.

N-Yeah. That was their thing. I came from newspapers where I wrote my own features, so it felt really odd.

----

N-I grew up obsessed with films. I memorized entire films.  I was twelve when I memorized the entire three hours of Gone with the Wind. So I loved films. So for me, to meet the actors, directors and writers, that was really---I just couldn't---that to me was heaven.

E- It's like a Ticket. As Hunter Thompson always said. People who have never lived it have no idea how exciting and wonderful it is. And News.

CARROLL_027341

N-There is something about touching (she touches touches touches the air) a newspaper....or having dinner with George and you are right there talking to the person, it's like----What's the word for that?

E-Yeah, what is the word for that?

N-I don't even know if there is one. We should make one up.

E- So

E- So you get on a plane and you fly down to Florida, and

N-I stayed in a hotel nearby. I still have my call sheet from that day.

E- So you're going to see a man you have interviewed many times before. And so what was your mood?

N-I arrived. Glad to see them. Very much wanting to do a good job.  On story like this there is always a bit of tug of war---the photographer is shooting, wondering when I'm going to get my time, make sure I get enough time to talk with them.  It was very broken up.  They are shooting. (hands plant the shooting)  I got them for 15 minutes.  (hands plant the 15 minutes)  Then they shoot something else (hands plant the shooting something else) Then I got the twenty minutes here. (hands plant---it looks like she is picking up bags of potatoes and moving from one side of her table to the other.)  So I'm very concerned. Am I gonna get what I need? He's kind of a challenge to interview.  If all you need are sound bites, he's easy. He's got his one sentences ready for you. If you want something deeper, that's a challenge. Because he doesn't go deep.

E- I think he's just shallow. I'm shallow, myself. I am a very shallow person. I live on the surface of life. I don't go deep. So I recognize that in him. 30:03

N-I see it in him, But I don't sense it about you.

A short discussion on how shallow I am....etc., etc.

Confidential

N-So asking him about feelings----he can't. Because he doesn't have those. If I asked, "Was it a struggle to do this...or that....there is no answer because he does not delve.  I'm the opposite. I ruminate on things for hours.

E- he has four or five reactions. It was great. It was tremendous. It was sad.

N-So you really have to press him. What I do is I ask him to give me an example. I was trying to ask him if he planned to be hands on with Barron. And he was like "Melania will handle all that stuff. So I keep pressing.  I say, so have you ever changed a diaper?  Trying to get him to think.  I don't know if I ever got answered.  I'll  have to look it up. I asked things like did you teach your kids how to ride a bike? Or, will you get up in the middle of the night if they are crying.  But I don't recall him answering any of those.  He was like (she opens an imaginary door) an empty cupboard.

E-Wow. And all the while, you are turning him on.

Natasha shakes her head, amazed.

N-Boy or boy.

E-Were you taking notes or tape recorder?

N-Tape recorder. A mini cassette tape recorder

E. And when you go on an interview you have extra batteries, extra tapes, and extra recorder in your bag ready to go?

N-I should, but I never do. But you probably do, right?

E. I have back=ups of the backups.  I was recording this zoom and recording it on my eye phone. When I travel I have extra cords, extra chargers, pens in every color, extra notebooks.  Also I use video to record now, so I can watch their faces again and again as they talk.

CARROLL_027343

N-And Melania is hard to get stuff from too. She's also a surface person.  I find them very much alike. But she's very polite. Appears very sweet. There is a steeliness about her. She probably gave more than he did in the interview.

e-So when he takes you into the room and the door closes. You don't remember him chasing you.

N-And Melania is hard to get stuff from too. She's also a surface person.  I find them very much alike. But she's very polite. Appears very sweet. There is a steeliness about her. She probably gave more than he did in the interview.

E-So when he takes you into the room and the door closes. You don't remember him chasing you, but the professor does. But when he pushed you up against the door, are you quite sure he didn't grind against you. If his tongue was going down your throat, I think his pelvis was against you.

N- I think my hands went up immediately.  (holding her hands at shoulder level and testing . . . testing) So there was space.

E-Yes, but your hands were like this (holding up my hands and pushing pushing pushing) and then---(I slam my hands back to my chest) they're like THIS, because he is pushing against you.  You see?  You're like this. ((hands out fingers spread.)  And then his weight, his big . . . obesity comes at you, so your hands are thrust back, so I don't think he would be able to try and thrust his tongue unless he was pressing his hips against you.

N-If he did, I can't remember it. It's possible. But I can't remember it. I'm trying to think.  I didn't tell anybody that. I don't remember being asked about it.

E- Maybe you didn't feel it.

(I raise my eyebrows)
It takes a moment.

E- Hahahahaha.

CARROLL_027344

Natasha crumples with laughter and practically rolls upon her table.

N-Oooooh my god!

We are laughing so hard, I actually have to wipe my eyes!  Such a relief to laugh at him!


N- We have to get a group of us together to talk about this!  My theory.  I also think that it's a MIND thing for him.

BY THE WAY you have not lived until you sit TRANSCRIBING THIS AS  THE US IS FINDING THE HIGHEST COVID INFECTIONS IN THE WORLD AND THE TRUMP ADMINISTRATION IS HOLDING THEIR FIRST COVID PRESS CONFERENCE IN TWO MONTHS AND VP PENCE IS TELLING AMERICA HOW GREAT A JOB THEY DID. It is completely surreal.


N-Like a power-mind thing. And not even necessarily, a physical thing.  I think he just wants to dominate. There may not be any physical reaction going on with him. He may be thinking: I want to over-take that person.

E. No. I think he wanted to have sex with you.

N. Huh.

silence.

N. Well that would make sense then.

E. there is NO REASON to over-power you for any other thing. There's no reason to over-power you, you're just a reporter from Time, uh, People magazine.  No reason to over-power you.  He wanted to have sex with you. THAT'S what he wanted to do. (he even spoke it as plainly as a man could.)

CARROLL_027345

N-I mean like Karena and some other people, he's only got like two minutes.

E-He wants her to react and say ooooo, you SEXY, big man, let's meet later. I'm telling you, it's sex with him.  A lot of people disagree with me.  They think he has to dominate everyone around him---true, but then he puts a sexual layer on top of that.

N-long pause. long pause.  Long pause.  She rocks back and forth in her chair.
He didn't seem to be such a . . . . (rocking....rocking)   ......man who enjoyed the actual event.

E-Oh! I agree! I agree!

N-So I feel that that's not the important thing with him.

E (Like twelve year old boys) He has the boyish thing. The excitement of rubbing up against a woman is sometimes more fun for guys than wielding the body of a woman around in a bed.

I have no idea, I say at last.

--------

E. So you were raised playing sports.

N- it was 1975 when "Farah facet was a star," and I had a big strong body, and I didn't fit in.  But the thing about growing up playing sports is you learn how good it is to be strong. So for women mentally and emotionally, it's very good.

N-I learned honor from my parents. My parents were the most honorable people I ever knew. They would never lie.  They were such good---good people, strong and dependable.

E-Take me through Mike Tyson.

Natasha reaches behind her head, takes a handful of hair and pulls it around on her right shoulder.

N- He was at that famous gym in Brooklyn. HIILARY swank trained there. https://en.wikipedia.org/wiki/Gleason%27s_Gym So he had something going on (and I will have to check emails) and I went to interview him. And I was already training in boxing so I took my gloves.

E- When did you start training as a fighter.

N-2004.

E- What take it up?

N- I needed something that was, I needed something athletic to feel strong and I always sensed that boxing would be good for me. I never wanted to stand in a gym and just lift weights or run on a treadmill. I wanted to do something that was active and moving (throwing punches as she talks) and I wanted to HIT!  (she gentle fluffs out her shoulder hair and strokes it) I wanted to throw punches. That I wasn't permitted to throw in real life. I wanted to throw punches that people deserved, that they never got from me, cuz I was too nice.  So I had pent-up punches that had to be expressed. And there I was with Trump IN THAT MOMENT and I didn't use it.

E-(screeching) if anybody deserved it, it was this guy!

This sets off the dog who starts howling.

E-I turn to him and say---EXACTLY!

N-What's your dog's name.

E. Guffington Von Fluke.

Guff rises up to the screen and stares at Natasha.

N-Ohhhh! Aren't you a handsome! Handsome!

CARROLL_027347

E-How did Tyson react when you punched HIM?

N-Well, when I met him, I was carrying my gloves and I said, "I'm gonna take you down." I'm gonna TAKE YOU OUT! And he laughed. And the guys around him were laughing. Cuz I'm like, "Come on! Come on!" And I think at first he didn't want to throw a punch. But I egged him on. "Come on! Come on!" I think somebody handed him some gloves. So we sparred a little bit.

E- Were you there to write about him?

N-I was there to interview him for something.

E I remember meeting him when I was at Saturday Night live. And I remember being the same height or slightly taller than Mike Tyson. I was probably wearing high-high heels. (he was very gentle and sweet with a chest like a card table and his baby lisp).

N- I feel that way about Arnold Schwarzenegger. I felt I could have punched him and knocked him out. Listen to me! When it comes time when I REALLY HAVE TO HIT SOMEBODY, and I don't do it.

E- and you boxed with Norman. Did Norris join in?

N- Norris was a very dainty southern girl and she watched from the window. But it happened every time I visited.

E-He must have loved it.

N- He LOVED it. And not only that, he taught me how to drink Scotch. He took me to a Provincetown Bar, And they brought out all these different bottles of Scotch. And he made me do a whole tasting. He would pour each one into a different glass and explain to me the beauty of each one. And why each one was great in its own way. (She demonstrates hoisting the glasses and swallowing ....uh-huh! Uh-hun! Uh-huh! That's mossy. Or Peaty, or whatever. And that man could drink, boy. He could drink.

CARROLL_027348

E. Alas, now I have to bring up the subject of what happened the next day.

Both our moods plummet.  We had been laughing and boasting and yelling and cracking up with Tyson and Mailer, and I have to bring up THE NEXT DAY.

E- You went back to your hotel. Your called your professor.

N- And the next day I had this massage appointment, which Trump had set up for me. It was at 8 in the morning. An hour before anything was opening. ( when I got there the day before he was telling me I should book an appointment at the spa and I said Oh! Actually I tried to get your massage guy---but he's all booked up unfortunately.  And before I knew it he goes and comes back  and says, "I spoke to the guy. You're in 8 am tomorrow. I didn't ask him to do it, he just did it. He said, "He's gonna come in an extra hour early for you. The top guy!")

E- Wow.

N-I didn't want him to do that for me. And I just knew there was no way I could get there at 8 in the morning. As I explained to you, I am not a morning person. So I raced to get there. And I'm late. And when I get there the massage guy is just nervous and panicked.  And I just assume he's panicked because I'm late.  Because he came in EARLY for me. I said, "Look I'm sorry I'm late."

E- How late.

N- 15- 20 minutes. I said, I will pay you for the whole hour. DON'T worry about it."
And he said, "No, it's not that. Mr. Trump was here waiting for you."

E-Oooooo. This makes me so sick I have to turn away and stare out a window and curse.
Now I get it---it was the masseuse's nervousness which revealed Trump's evil intension.

CARROLL_027349

N-I said, What do you mean, he was here? And he goes: He was waiting for you." It was just him and Trump. Nobody else was there because they were not open.

E- I rest your case. (I need to hear no more.)

N- So now I'm in the massage room and I'm starting to get a massage and it occurs to me that---"Could he come back?" I am lying on this massage table almost naked with a towel around me in a strange place where he's the owner, he made the appointment, and he was there just a few minutes before....and if he came back, this guy is just gonna let him right in. So I couldn't relax at all and I had to end the massage. I said, "I can't." and I left. I felt so vulnerable and on the precipice of being completely violated. I felt naked physically, emotionally, and mentally. I was unsafe.

N-when women are angry they cry. And when men want to cry they get angry. So when I talked to my professor (this was after the first day and he shoved her against the wall) My voice was shaking. And when I called my good friend, Marina, a film producer. She produced Crash, the movie that won best picture----I cried. It was a punch that I couldn't throw. (Marina is one of the six corroborators.

----

N-I started out as teen-aged paparazzi, did you know that? Taking pictures. I was 17, 18, and I would take pictures of all the top celebrities who came to Toronto. I would stake them out at the Four Seasons by the swimming pool or the restaurants.

E- scrrrrrreaching. No!

N-I used to bake cookies for the doormen of the 4 Seasons Hotel in Toronto to bribe them to tell me when some of the stars would be coming so I could be there take a picture and then I would run down to the Toronto Star to the newsroom and it would be on the front page the next day! It was great! I

CARROLL_027350

was the nicest paparazzi you could ever meet! I'm a shy high school kid, please Mr. Beatty, Mr. Nicolson, please can I take your picture?

E-Melting  What an origin story.

N-And they'd be like Oh! OK! So I was getting all these shots none of the other photographers could get.  They think they're giving a shot to a nice  kid. and then I RUSH DOWN TO THE PAPER!  HERE'S MY FILM!!  And I got paid for it! And so then what happened is I started interviewing them.  I would bump into them in the gift shop.  My friends who worked in the gift shop would hide me in the stock room and then when a celebrity came in, I'd come out, I'd start talking to them, I'd do a little interview, and then I'd write it for the school paper.  All these EXCLUSIVE INTERVIEWS with all these top actors and musicians that nobody else could get.

I'd take the door man cookies and say, "When's Madonna showing up?" U2 , Bono the Cars, Huey Lewis, Duran Duran Bruce Springsteen was by the pool---1980-1982----Marlon Brando....I sneaked on his film set and got it.....and I still see that picture on line

E- You should write a memoir.

N-People tell me that. When you wrote your memoir, was that the first time you wrote about yourself.

E-I only write about myself.  Anytime I'm talking to anybody I am writing about myself.....as we all are---some of us more obviously than others

E- What would you be wearing when you were a teenage paparazzi

N-That was my white jumpsuit era. My hair was (waving her hand down her face)  longer Marilyn. Like Marilyn, but longer---waves

Asking for photos.

E-Journalism was mother's milk to you.

Confidential

Natasha wants to write about me for this series. We'll do the flip.

CARROLL_027352