# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

April 24, 2023

**FILED BY ECF**

Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Carroll v. Trump</u>, 22 Civ. 10016 (LAK) ("Carroll II")

Your Honor:

      We write on behalf of Defendant Donald J. Trump to withdraw Defendant's objections to the admission of Plaintiff's trial exhibit PX-5. Defendant so stipulates to its admissibility and respectfully requests, in light of the fact that both parties agree to its admissibility, that it be so admitted into evidence.

Respectfully submitted,

Joseph Tacopina

cc:    All counsel by ECF