UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
E. JEAN CARROLL,

              Plaintiff,

    -against-                         22-cv-10016 (LAK)

DONALD J. TRUMP,

              Defendant.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On April 20, 2023, plaintiff moved *in limine* to preclude defendant from offering any evidence or making an argument with respect to litigation funding. This morning, defendant filed extensive papers in opposition to which plaintiff may wish to reply. Accordingly, plaintiff's reply, if any, shall be filed no later than April 26, 2023.

        Neither party shall make any reference to litigation funding in the presence of prospective jurors or the petit jury pending decision on the plaintiff's motion.

        SO ORDERED.

Dated:      April 24, 2023

                                                                   Lewis A. Kaplan
                                                          United States District Judge