# tacopina seigel trial lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

April 24, 2023

**FILED BY ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Carroll v. Trump</u>, 22 Civ. 10016 (LAK) ("Carroll II")

Your Honor:

    We write to request permission to bring the following sound equipment into the courtroom for the purpose of potentially playing, outside the presence of the jury, audio/video recordings to witnesses during cross examination: (a) 1 soundboard; (b) 7 headphones; and (c) Accompanying cables.

    If the need arises to (x) identify and authenticate audio/video evidence; (y) refresh the recollection of the witnesses with such evidence; (z) or impeach them with it (and the audio/video will be a recording of the witness speaking [in all three situations [x]-[z] above], we will ask to distribute headphones to the Court, counsel (2 headphones each side), witness, and the trial technician of opposing counsel, so that the audio/video can be played without the jury hearing it.

    We thank the Court for its consideration.

Respectfully submitted,

*Joseph Tacopina*

Joseph Tacopina

cc:    All counsel by ECF