UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

E. Jean Carroll,

    v.

Donald J. Trump,

          Defendant.
------------------------------x

22-CV-10016 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Due to the circumstances of the case, the Clerk of the Court shall provide lunches to the prospective jurors summoned to appear for jury selection on April 25, 2023, and thereafter provide lunches and light refreshments for the petite jury until the conclusion of the trial.

SO ORDERED.

Dated:     April 26, 2023

                                            /s/ Lewis A. Kaplan
                                            Lewis A. Kaplan
                                       United States District Judge