UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　　　　*Defendant*. | No. 22 Civ. 10016 (LAK) |

**DECLARATION OF ROBERTA A. KAPLAN IN
SUPPORT OF PLAINTIFF E. JEAN CARROLL'S
MOTION TO EXCUSE JUROR NO. 77**

　　I, Roberta A. Kaplan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

　　1.　　I am a member of the bar of the State of New York and am admitted to appear before this Court. I am a partner in the law firm Kaplan Hecker & Fink LLP, counsel for Plaintiff E. Jean Carroll in the above-captioned action.

　　2.　　I respectfully submit this declaration in support of Carroll's motion to excuse Juror No. 77 for cause.

　　3.　　Attached hereto as **Exhibit A** is a true list of all videos created by Tim Pool and posted on YouTube on his Timcast IRL channel in the past six months.

Dated:　　New York, New York
　　　　　　April 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Roberta A. Kaplan

1