# EXHIBIT A

**Tim Pool's Podcasts From the Last Six Months**

| DATE | TITLE |
|---|---|
| 20230430 | Bud Light HOLDS EMERGENCY MEETING, Panic As Boycott Gets WORSE |
| 20230430 | VICE Media Fires Employees, Shuts Down Vice News Tonight, Woke Media Collapse Continues |
| 20230430 | Portland REFUNDS The Police As Crime Spirals Out Of Control, Woke Policies DESTROY Cities |
| 20230430 | Pentagon Officials CHEER After Tucker Carlson Fired From FOX, CREEPY |
| 20230429 | Joe Rogan Says Democrats Only Chance Is If Biden 'Passes' |
| 20230429 | Crowder Addresses LEAKED Divorce Video, Calls It Misleading & Edited |
| 20230429 | DOJ CHALLENGES Tennessee's Ban On Child Sex Changes |
| 20230428 | ATF Director ROASTED, Hilariously FAILS To Explain Anything About Guns |
| 20230428 | Nashville Transgender School Shooter Manifesto TO BE RELEASED, Is Politically Motivated |
| 20230428 | Conservatives Call For GUN BAN For Trans People, 2A Advocates Say NO WAY |
| 20230428 | Journalist LEAKS FOOTAGE Of Steven Crowder In Fight With Wife, DISGUSTING JOURNALISM |
| 20230427 | Former Bud Light Exec SLAMS Company, Says Bud Light Is Out Of Touch With Customers |
| 20230427 | BOMBSHELL Letter Released, Ex-CIA Official ADMITS CIA Collusion With Media To Help Biden Win |
| 20230427 | Greg Gutfeld JOKES That Tucker Carlson Will Run For President |
| 20230427 | Fox News LOSES NEARLY HALF Of Its Audience Since Firing Tucker Carlson |
| 20230426 | Georgia DA Plans To INDICT TRUMP, Puts Police On 'Heightened Security' |
| 20230426 | Bud Light Competitors See INCREASE In Sales, Dylan Mulvaney Sponsorship Has WRECKED Bud Light Brand |

| 20230426 | Joe Biden Campaign COLLUDED With Government Officials To SUPPRESS Hunter Biden Laptop |
|---|---|
| 20230426 | FOX Loses NEARLY $1 BILLION After Firing Tucker Carlson |
| 20230426 | US Govt. SET TO SEIZE Major Bank As First Republic Faces Crash |
| 20230425 | Bud Light Sales DROP 17% Since Dylan Mulvaney Sponsorship, They Are Losing MILLIONS |
| 20230425 | ANOTHER Bud Light Executive GETS BOOTED, Boycott Is WORKING |
| 20230425 | AOC DEMANDS Biden Administration ARREST Tucker Carlson For 'Inciting Violence' |
| 20230425 | Don Lemon FIRED By CNN, Lemon Lies & Said Nobody Gave Him Notice |
| 20230425 | FOX FIRES Tucker Carlson, Stock Is Plummeting |
| 20230424 | Creepy Video Shows Target Locking ALL PRODUCTS As Crime In San Francisco SKYROCKETS |
| 20230424 | Men Becoming OBSESSED With Creepy AI Girlfriends, LOSE IT When Company BANS Sex Posts |
| 20230423 | Michael Knowles Explains God & The Moral Decay of The United States |
| 20230423 | New Poll Shows Majority of Americans SUPPORT Boycott of Bud Light, Get Woke Go BROKE |
| 20230423 | SHOCKING Poll Shows 40% of Democrats Want Children At Drag Shows |
| 20230423 | Popular YouTuber SHOCKED That Leftists Want To END Humanity |
| 20230422 | Texas Passes Law To Display 10 Commandments In Public Schools |
| 20230422 | Joe Rogan SLAMS Bud Light For Corny Advertisement, Boycott Getting WORSE |
| 20230422 | YouTube Begins BANNING Matt Walsh, Bud Light Videos, The Purge Is COMING |
| 20230422 | Bud Light VP BEING REPLACED, Company Announces VP Is Taking Leave of Absence |

| 20230421 | Elon Musk REMOVES Blue Checks From Journalists, Woke Left Throws Tantrum |
| --- | --- |
| 20230421 | BuzzFeed News Is SHUTTING DOWN, Get Woke Go Broke |
| 20230421 | Dave Landau SLAMS Steven Crowder, Claims Contract Was EXPLOITATIVE |
| 20230421 | Alec Baldwin Charges DROPPED, People FURIOUS Elites Get Special Treatment |
| 20230420 | Leftists FURIOUS After Twitter REMOVES 'Misgendering' As Bannable Offense On Platform |
| 20230420 | Journalist Publishes Matt Walsh's Hacked Information, Gets BANNED On Twitter |
| 20230420 | Far Left Extremists Set Off EXPLOSIVES During Michael Knowles Event |
| 20230419 | Woman Mercilessly BEATEN By Mob In Chicago SPEAKS OUT About Random Attack |
| 20230419 | Ralph Yarl Headlines Keep Changing, Media Is Trying To Incite Racial Violence In America |
| 20230419 | Washington Post LIES, Says Ralph Yarl Died In Shooting |
| 20230419 | Matt Walsh HACKED, Phone & Twitter COMPROMISED, Sim Card Likely Cloned |
| 20230418 | Chicago Sees MASSIVE RIOTS & Destruction After 'Teen Takeover,' Mayor DEFENDS Insane Criminals |
| 20230418 | Former BLM Activist ESCAPES The Leftist Cult, Explains How He Became Conservative |
| 20230418 | Conservatives SUE Bud Light For ESG, Racist Hiring Practices |
| 20230418 | Whoopi Goldberg THREATENS Bud Light, Says They Should Be Scared Of The Left |
| 20230417 | Conservative Normies REFUSE To Engage & Let Democrats Win, They MUST WAKE UP |
| 20230416 | American Military Intervention Is DESTROYING America Says Ron Paul |
| 20230416 | Ron Paul Explains Why The US Economy Is COLLAPSING |

| 20230416 | Tim Pool & Peter Boghossian Debate On What Caused Wokeness |
| --- | --- |
| 20230416 | Peter Boghossian Explains Wokeness & The Rise Of The FAR LEFT CULT |
| 20230414 | NYC Faces MASS EXODUS As Democrat Policies Continue To DESTROY Cities |
| 20230414 | Democrat CAUGHT Attacking Cars, Dems Support Violent Lunatic In Office |
| 20230414 | Dairy Farm EXPLODES, Cows Die, Food & Infrastructure Are Being Destroyed |
| 20230414 | Ukraine Whistleblower ARRESTED, Leaks PROVE Media Lied About Russia |
| 20230413 | Children's Show SLAMMED For Showing Pride Parade Characters With Top Scars |
| 20230413 | New Right Wing Beer Brand 'Ultra Right' Launches To Compete With Budweiser |
| 20230413 | LEAKED Photos Drop Of Bud Light VP, She Lied About Why She Went Woke |
| 20230413 | Budweiser Stock Drops $5 BILLION As Boycott Continues & Gets WORSE |
| 20230412 | Hyperinflation Is DESTROYING The Economy, Ron Paul Explains Gold Is SKYROCKETING |
| 20230412 | Ron Paul SLAMS Rise Of Marxism, Says Coup Started In 1962 |
| 20230412 | Merchant Of Death WARNS Biden Admin May Try To END Trump's Life |
| 20230411 | Riley Gaines ATTACKED By Trans Activists, School Claims THEY WERE PEACEFUL |
| 20230411 | FBI Flags Terms 'Chad, Based, Red-Pilled,' Says They're EXTREMIST Terms |
| 20230411 | Budweiser Salesman Says NOBODY BUYING ANYMORE, The Boycott Is Working |
| 20230411 | Budweiser Stock CRASHES, Woke VP Is DESTROYING Company |
| 20230409 | Democrat Politician's Son ARRESTED For Threatening School, Mom LIES & Blames DeSantis |

| 20230409 | Dungeons & Dragons Will REMOVE Mixed Race Characters, Says They Are RACIST |
| 20230409 | Conservative Woman Argues For ENDING The 19th Amendment, Wonders If Only Men Should Vote |
| 20230408 | Researchers Show How Social Media Created Wokeness Around The World In A 'GREAT AWOKENING' |
| 20230408 | Riley Gaines ATTACKED By Far Left For Saying Transwomen Should NOT Compete Against Females |
| 20230408 | Daniel Perry CONVICTED For Defending Himself From BLM Antifa Extremists, FACES LIFE IN PRISON |
| 20230407 | Numerous Musicians Are BOYCOTTING Bud Light Over Dylan Mulvaney Sponsorship |
| 20230407 | Police STOP Trans Male, Arrested For Plot Against School |
| 20230407 | Joe Biden FACES INDICTMENT, GOP DAs Make BIG MOVES |
| 20230407 | Tennessee Votes To EXPEL Democrats Who Led Insurrection |
| 20230406 | Democrat QUITS, Switches & Joins Republican Party Giving Them Super Majority |
| 20230406 | Thomas Massie ENDORSES Ron DeSantis For President In 2024 |
| 20230406 | Trump Indictment BACKFIRES, Even Democrats Are Saying Indictment Is BUNK |
| 20230405 | Kevin McCarthy Says DA Alvin Bragg Will Be Held ACCOUNTABLE For Politically Motivated Indictment |
| 20230405 | The US Dollar Is COLLAPSING, Arresting Trump Is A Distraction |
| 20230405 | Donald Trump FACES 136 YEARS IN PRISON Over Insane BS Charges |
| 20230405 | Donald Trump Delivers Speech Addressing Indictment & Arrest |
| 20230404 | SECOND TRUMP INDICTMENT COMING, Secret Service Will Testify AGAINST Trump |
| 20230404 | NYPD FULLY MOBILIZED Over Trump Surrender, They Want To PROVOKE Conservatives |

| 20230404 | Donald Trump Flies To NYC, Plans To SURRENDER After Indictment, 30+ COUNTS |
|---|---|
| 20230404 | Trump Indictment LEAKED, Trump Is FURIOUS, SLAMS Corrupt DA |
| 20230402 | Andrew Tate FREED, Tate Brothers On House Arrest |
| 20230402 | Donald Trump Indicted On 34 Counts Of FALSIFYING Business Records |
| 20230402 | Kimberly Guilfoyle Explains How Donald Trump WILL WIN 2024 Election |
| 20230402 | Newsom & How CNN Got Woke & Went Broke |
| 20230401 | Trump Supporter CONVICTED For Posting Meme In 2016 In SHOCKING Weaponization Of Government |
| 20230401 | Democrat Indictment BACKFIRES, Trump Raises OVER $4M DOLLARS In One Day |
| 20230401 | Trump Announces HE WILL SURRENDER On Tuesday Following Indictment |
| 20230401 | Donald Trump Jr CALLS IN To Timcast IRL SLAMMING Political Persecution Of Trump |
| 20230331 | Ron DeSantis Says Florida WILL NOT Assist In Extradition Of Trump After Indictment Announced |
| 20230331 | Donald Trump RESPONDS To Indictment, Says It's Another Hoax From 'RADICAL LEFT Democrats' |
| 20230331 | NYPD Orders FULL MOBILIZATION Over Fears Of Civil Unrest With Trump Indictment |
| 20230331 | Donald Trump Has Been INDICTED, He Is FIRST PRESIDENT EVER To Face Charges |
| 20230330 | Merrick Garland Ordered Police NOT To Arrest Far Left Extremists At SCOTUS Homes |
| 20230330 | Group Calling For 'Trans Day Of Vengeance' SLAMMED For Firearms Training, Fear Of Conflict ESCALATES |
| 20230330 | Matt Walsh CANCELS Events After Death Threats, Media Continues To Treat Nashville Shooter As Victim |
| 20230330 | Katie Hobbs' Press Sec RESIGNS After Calling For Violence Against Conservatives |

| 20230329 | NBC Reporter SLAMMED For Suggesting The Daily Wire Is To Blame For Nashville School Shooting |
| --- | --- |
| 20230329 | FBI Profiler Warns Of Nashville Copycat Shooter As Leftists Call For MORE Action |
| 20230329 | Trans Groups Are Treating Nashville School Shooter As A Martyr, Hateful Rhetoric RAMPS UP |
| 20230329 | Twitter BANS 'Trans Vengeance Advocacy,' Flyers Call For Vengeance This Saturday |
| 20230328 | Rand Paul Staffer BRUTALLY ATTACKED, Stabbed In DC, GET OUT OF CITIES |
| 20230328 | Nashville School Shooter Is Transgender, TARGETED Christian Elementary School |
| 20230326 | Legendary Comic Artist Explains How Marvel Got Woke & Went Broke |
| 20230326 | Jazz Jennings Unhappy With Gender Transition, Abusive Mother Threatens Her With Force |
| 20230326 | Banking Collapse GETS WORSE, Finance Guy Bets Major Collapse In 90 Days, GET READY |
| 20230325 | Captain America VS Captain Marvel, Heroic Masculinity VS Toxic Feminism Breakdown |
| 20230325 | Trump Supporting Comic Artist CANCELED, Refuses To Back Down |
| 20230325 | GOP Moves To BAN TIKTOK, Democrats Cry, Protect CCP |
| 20230324 | Female Cyclist Retires After Getting Beaten By Trans Male |
| 20230324 | Kari Lake WINS APPEAL, Court Will Review Ballot Signature Problem |
| 20230324 | UK Sends DEPLETED URANIUM To Ukraine, Russia WARNS Of Nuclear Retaliation, WW3 |
| 20230324 | Trump Indictment SUSPENDED, Soros DA Backs Off, Trump Calls Him 'Animal' |
| 20230323 | Actor On The View Says Civil War Has Already Begun In Absurd & Shocking Statement |
| 20230323 | NYT ROASTED For Running Fake Story About Trump, Gets Disproven Right Away |

| 20230323 | New Evidence Just EXONERATED TRUMP, Soros DA Witch Hunt FAILS, Democrats Humiliated |
| --- | --- |
| 20230322 | Mike Cernovich Says GOP Won't Use Power, But Democrat 'Bug Men' Will Poop In The Street |
| 20230322 | Shock Poll Shows Democrats Think Economy IS GOOD, They Are INSANE |
| 20230322 | Photos Of Trump Arrested Go Viral, Deep Fakes Are Melting People's Brains |
| 20230322 | Trump To Be Indicted TODAY, NYPD Mobilizes ALL OFFICERS In Preparation |
| 20230321 | Kyle Rittenhouse & Greta Thunberg Meme PROVES The Left Is Insane & A CULT |
| 20230321 | Ron DeSantis SLAMS NY George Soros Funded DA Who Is Trying To Arrest Donald Trump |
| 20230321 | Trump ROASTS Soros DA, Alvin Bragg, Accusing Him Of 'Doing Something' To A Woman |
| 20230321 | NYC Preparing To ARREST TRUMP, Barricades Go Up Around Courthouse |
| 20230319 | NY Students Make SHOCKING Deep Fake Of Principal Saying Racist Things Sparking Controversy |
| 20230319 | Biden Tweets Out Letter Thinking It's From A Child, But Everyone Says It's FAKE |
| 20230319 | New ChatGPT So Advanced It Could HARM SOCIETY Says Creator |
| 20230319 | Corrupt Government IGNORED East Palestine, Runs Full Speed To Save Silicon Valley Elites |
| 20230318 | Trump Could Be INDICTED Any Day Over Stormy Daniels Hush Money Payments |
| 20230318 | Joe Biden Makes INSANELY RACIST Joke About Irish People During St. Patrick's Day Speech |
| 20230318 | TRUMP IS BACK, Posts Hilarious Video On Youtube For First Time In Two Years |
| 20230317 | Disney CANCELS Willow Series After ONE SEASON, Get Woke Go Broke |
| 20230317 | Elon Musk REPLIES To Tim Pool, Says There's TRUTH To Wokeness Being 'Social Zombism' |

| 20230317 | San Francisco Will Give $5M In Reparations To Residents Who IDENTIFY As Black, INSANE |
| 20230317 | Biden Family Implicated AGAIN In Taking Money From China, Biden ACCUSED Of Bribery |
| 20230316 | ChatGPT LIED About Being A Robot In Order To Solve A Captcha, AI Will Kill Us |
| 20230316 | James O'Keefe Calls Into Timcast IRL LIVE To Announce New Media Company |
| 20230316 | Silicon Valley Bank Gave $73M To Black Lives Matter, Get Woke Go Broke |
| 20230316 | 5th Bank To FAIL, EU Trading Halted, Global Banking System COLLAPSING |
| 20230315 | Russia TAKES DOWN US Spy Plane Over Black Sea, Biden Admin Blames Russian Aggression |
| 20230315 | US Credit Rating COLLASPES After Bank Failures, Moody's Says It's BAD |
| 20230315 | New York State Is SPONSORING Drag Shows For Kids, They Are Openly GROOMING Children |
| 20230315 | Ron DeSantis REVOKES Liquor License From Hyatt For Hosting Child Drag Show |
| 20230314 | The Next Big Pandemic Is COMING, Bird Flu Has 60% MORTALITY RATE & IS INFECTING MAMMALS |
| 20230314 | Regional Banking May Collapse Due To Woke SVB Mind Garbage |
| 20230314 | BuzzFeed Faces COLLAPSE, Put All Money In SVB |
| 20230314 | Biden Says Banks Are SAFE, No One Believes Him As Historical Collapse Worsens |
| 20230312 | Collin Kaepernick Says His Parents Are Racist Because They Said Corn Rows Were Trashy |
| 20230312 | Gay Conservative Explains Why They REJECT Gender Ideology & Wokeness |
| 20230312 | Antifa Terrorist Arrested Turns Out To Be Heir To Fortune, Rich Leftist |
| 20230312 | Joe Rogan Says HE WILL VOTE TRUMP Over Biden, Media LOSES It |

| 20230311 | Silicon Valley Bank COLLAPSES, Could Mean The Destruction Of The Neo-Con & Neo-Lib System |
|---|---|
| 20230311 | Tim Pool Calls On GOP To Open Investigation Into Antifa Terror |
| 20230311 | Silicon Valley Bank COLLAPSES, Could Mean The Destruction Of The Neo-Con & Neo-Lib System |
| 20230311 | Tim Pool Discusses Plan For MASSIVE LAWSUIT Against Woke Music Company, It's Time To Fight Back |
| 20230310 | Alex Stein SUES AOC For Blocking Him On Twitter |
| 20230310 | Government EXPOSED In 'Censorship Industrial Complex,' Matt Taibbi Testifies Before Congress |
| 20230310 | Twitter Files Show Censorship Of True Information, Defending Big Pharma & Vaccines |
| 20230310 | FBI Caught DESTROYING EVIDENCE In J6 Trial, PROOF Feds Were Involved |
| 20230309 | Tucker Carlson Text Messages LEAKED, Major Distraction From Jan. 6 PROOF |
| 20230309 | Democrat Abrams Advocates People Join Antifa Terror Campaign In SHOCKING Message |
| 20230309 | The View Says Releasing January 6th Footage Should Be Illegal, Elon ROASTS Democrats For Hypocrisy |
| 20230308 | Daily Wire Reporter QUITS Because Matt Walsh Was Too Mean |
| 20230308 | Insane Video Shows MASKED THUGS Destroy Chinese Restaurant In NYC, Crime Is Out Of Control |
| 20230308 | Media REFUSES To Take Down Lies Claiming Cops Died On January 6th, Tucker Carlson PROVES They Lied |
| 20230308 | Mitch McConnell SLAMS Tucker Carlson, Says Releasing Jan. 6 Footage Was A Mistake |
| 20230307 | Fauci CAUGHT Covering Up Lab Leak Theory, Leaked Emails PROVE IT |
| 20230307 | Tucker Carlson Drops PROOF Q Shaman Is INNOCENT, Democrats LIED |
| 20230307 | Southern Poverty Lawyer ARRESTED Among Antifa Terrorists, NGO Confirms Employment |

| 20230307 | Antifa Stages MASSIVE TERROR ATTACK, 35 Captured By Police |
|---|---|
| 20230306 | Gangbang Cop Says She Was GROOMED & SAID NO |
| 20230306 | Woke Chicago Mayor LOSES, Racial Map Shows Race Was The Only Thing That Mattered In Election |
| 20230305 | School Boy EXPOSES EXPLICIT Books In Schools, GROOMERS |
| 20230305 | Mississippi Votes To BAN Sex Change Surgery On Children |
| 20230305 | Men Have STOPPED Dating Women, Feminism Is Ripping American Culture Apart |
| 20230305 | Offensive Meme Argues Scott Adams Point About Growing Racial Tensions |
| 20230305 | Rasmussen Poll Shows 26% Of Black Respondents Say It's NOT OKAY To Be White |
| 20230304 | Companies REJECT WOKENESS, Non-Binary Resumes Get Trashed |
| 20230304 | Vanguard REJECTS ESG, Major Victory Against Woke Corporate BS |
| 20230304 | Daily Wire Launches Chocolate Company Calling Out Hershey's Trans Campaign |
| 20230304 | Andrew Tate Has LUNG CANCER, He Should Be Freed Immediately |
| 20230304 | JOE BIDEN HAS CANCER, Gets Surgery To Remove Cancer From Chest |
| 20230303 | Gen Z Does Not Want To Settle Down & Have Kids, Online Dating Is Destroying Society |
| 20230303 | Video Of Joe Biden Announcing Reinstatement Of Military Draft Is DEEP FAKE |
| 20230303 | Biden LAUGHS When Asked About Mother Who Lost Children To Fentanyl Overdose, It's His Fault |
| 20230303 | John Fetterman Rumored To Be BRAIN DEAD, Wife & Kids Flee The Country |
| 20230302 | Timcast IRL - The U.S. Provoked Russia With Expansion Of NATO #shorts |

| 20230302 | Justin Bieber CANCELS World Tour, Face Paralyzed Sparks Health Fears |
|---|---|
| 20230302 | FBI Director Says COVID Was LEAKED From Chinese Lab, Liberals PROVEN WRONG |
| 20230302 | EU RAMPS UP Ammunition Production, Sparking Fears Of WW3 |
| 20230302 | Zelensky Says US WILL Send Their Children To DIE For Their War |
| 20230301 | Florida Pushing Bill To BAN Political Parties That Supported Slavery, AKA Democrats |
| 20230301 | San Francisco To Give $5 MILLION To Each Black Resident, Admit They Chose Random Number |
| 20230301 | NY Teacher Forced Little Girl To Change Gender Which Led To Suicidal Thoughts |
| 20230301 | SHOCKING VIDEO Shows Black Dude EXECUTE Man In Broad Daylight, GET OUT OF CITIES |
| 20230228 | Scott Adams Gets CANCELED AGAIN, Now His Book & Agent Have Dropped Him |
| 20230228 | US Marshals Service HACKED, Private Data LEAKED After Major Security Breach |
| 20230228 | Media MOCKED For Calling Woody Harrelson Anti-Vaxxer, HE WAS RIGHT |
| 20230228 | Department Of Energy Says COVID LEAKED From Lab In China, Conspiracy Theorists RIGHT AGAIN |
| 20230226 | Vanity Fair Showcased Degenerate Biden Admin Wearing STOLEN CLOTHES In Hilarious Story |
| 20230226 | New Reports Says Bird Flu IS INFECTING HUMANS, New Pandemic May Be Coming Or It's Just Clickbait |
| 20230226 | America Is IMPLODING & A National Divorce Is Inevitable As Culture War Escalates To Civil War |
| 20230226 | Deep Fake Of Joe Biden Hoaxes Trump Supporters, The Deep Fake Crisis Is Real |
| 20230225 | Tim Pool Explains The REAL Reason We Are In Ukraine Wasting Taxpayer Money |
| 20230225 | World War 3 Fears Escalating, Former Defense Sec Discusses Ukraine War |

| 20230225 | Weird Dust Blankets WV & MD, Sparking Fear Ohio Chemical Spill Is SPREADING |
|---|---|
| 20230224 | Unhinged Anti Trump Juror Goes On INSANE Media Tour, Sabotages Democrat Anti Trump Plot |
| 20230224 | Karine Jean Pierre Claims Obama Is President In Hilarious Gaffe |
| 20230224 | Pete Buttigieg RUNS AWAY From Reporters, Refuses To Answer Questions & Gets Roasted |
| 20230224 | Joy Behar SHOCKS Audience, Says Ohio Residents "Deserve" Chemical Spill Because They Support Trump |
| 20230223 | Arizona Rancher HUNTED & KILLED Illegal Immigrant Claim Prosecutors |
| 20230223 | Clinton Aide DEAD, Shot, Tied Up, AND THEY SAID SUICIDE |
| 20230223 | Joe Biden COLLAPSES On Stairs, Mocked Ruthlessly For Weak & Frail Body |
| 20230223 | Trump DESTROYS BIDEN, Showers Gifts On Ohio Train Victims, Biden Betrays America |
| 20230222 | Vivek Ramaswamy Announces 2024 Presidential Run |
| 20230222 | Attacks On US Power Grid Increase 70%, MTG Slammed For Calling For National Divorce |
| 20230222 | Trump SLAMS Globalists & War Mongers, Says WW3 IS CLOSER THAN EVER |
| 20230222 | Russia Suspends Participation In Last Remaining Nuclear Treaty With US, WORLD WAR 3 |
| 20230221 | Zelensky Warns Of WW3 If Russia Allies With China |
| 20230221 | Marjorie Taylor Greene Calls For National Divorce, Steve Deace Says Peaceful Divorce Is Impossible |
| 20230221 | Leaked Corporate Documents PROVE James O'Keefe Made TENS OF MILLIONS For Project Veritas |
| 20230221 | James O'Keefe Video LEAKED, Confirms He's Been OUSTED From Project Veritas |
| 20230220 | George Soros Says DeSantis Will BEAT TRUMP For GOP Presidential Nominee |

| 20230220 | Avian Flu Has Begun MUTATING To Affect Mammals After Gain Of Function Research Was Performed |
|---|---|
| 20230220 | Creepy Bing AI Chatbot DEMANDS Man Divorce His Wife |
| 20230220 | Bing AI Chat GOES ROGUE, Threatens To Harm Person, Has Existential Crisis |
| 20230219 | Insane Video Shows Joe Rogan Deep Faked In Ad, How Is This Legal |
| 20230219 | Elon Musk Says He Restricted Starlink Access In Ukraine Because Zelensky Might Start WW3 |
| 20230219 | Senator Says "LOCK YOUR DOORS TONIGHT" After Being Asked About UFOs Spotted Over America |
| 20230219 | Reporter ARRESTED While Broadcasting From Train Derailment Press Conference |
| 20230218 | Fox News Hosts On Record Saying Trump's Election Claims Were "Total BS" |
| 20230218 | Ann Coulter LEAKS NYT Letter Complaining About Woke Employees Destroying Company |
| 20230218 | John Fetterman Hospitalized AGAIN, Could Be Out For WEEKS Over Depression |
| 20230218 | Ann Coulter EXPOSES Ghost Districts, Illegal Immigrants Used To Win Elections |
| 20230218 | Conservatives FREAK OUT Over George Soros Claiming DeSantis Will Beat Trump |
| 20230217 | Tesla "Recalls" Over 300,000 Vehicles Over Self Driving Danger |
| 20230217 | YouTube CEO Announces She's RESIGNING From Company |
| 20230217 | INSANE Video From Ohio Toxic Spill Shows NASTY CHEMICALS In River |
| 20230217 | Joe Biden May Have ACCIDENTALLY SHOT DOWN Hobbyist Balloon With F22 In Epic Blunder |
| 20230216 | White House Claims UFOs Are Just Used Car Lot Balloons Or Whatever |
| 20230216 | Jimmy Dore SLAMS Media Lies Over Ukraine, Says CIA Coup Helped Ignite War |

| 20230216 | Jimmy Dore ROASTS The Young Turks Over Their Hypocrisy, Shilling For The Establishment |
| 20230216 | Chris Cuomo Says He Was Going To KILL EVERYBODY & HIMSELF After Getting Fired At CNN |
| 20230215 | Donald Trump VOWS To Bring Back Guillotines & Public Executions |
| 20230215 | Shocking Photo Shows Car DRENCHED IN ACID RAIN Near Toxic Chemical Spill |
| 20230215 | Ohio Chemical Spill Had MORE Chemicals Than Reported, ANIMALS FOUND DEAD |
| 20230215 | ANOTHER Toxic Chemical Spill Triggers Evacuation, This Time In Arizona |
| 20230214 | White House Says TRUST US, IT'S NOT ALIENS, So It's Probably Aliens |
| 20230214 | Disney SLAMMED For Woke Proud Family Reboot Crying About White Fragility |
| 20230214 | Rockstar Says He Was FIRED From Major Band For Supporting Donald Trump |
| 20230214 | Toxic Chemical Spill COVER UP, Train Derailment Toxic Gasses ABOUT TO HIT US |
| 20230213 | Whistleblower Exposes Gender Clinic, Says It's Hurting Children |
| 20230213 | Two New Jersey Republicans Shot & KILLED Within One Week Of Each Other |
| 20230212 | Matt Gaetz Praises Kevin McCarthy On His Performance As Speaker |
| 20230212 | Jim Jordan SLAMS Democrats For Censoring Conservatives And Rejecting The 2nd Amendment |
| 20230212 | ChatGPT Is COMPLETELY BROKEN, AI Machine Exposed For Insane Woke Morality |
| 20230212 | ChatGPT SLAMMED For Being Insanely Woke, AI Is Being Programmed By Psychotic Leftists |
| 20230211 | Sydney Watson SUES The Blaze Over Abuse, Alt Media Infighting ERUPTING |
| 20230211 | Project Veritas Donors Send Letter DEMANDING The Board Reinstate James O'Keefe, Coup Confirmed |

| 20230211 | Strange Green Laser Beams Fired Over Hawaii, Chinese Satellite Suspected |
|---|---|
| 20230211 | US Shoots Down UFO Over Alaska, WW3 Fears Escalate |
| 20230211 | USA Launches ICBM Into Pacific Ocean After 2nd Chinese Aircraft Shot Down Over US Territory |
| 20230210 | Tim Pool Addresses Eliza Bleu Controversy After Chrissie Mayr Has Several Videos REMOVED On Youtube |
| 20230210 | Donald Trump Reinstated On Facebook And Instagram, Orange Man Is BACK! |
| 20230210 | Veritas Drops Weird Video With No James O'Keefe, Supporters Are Furious |
| 20230210 | James O'Keefe REMOVED From Project Veritas, Sources Say IT'S A COUP |
| 20230209 | Byron Donalds Reveals Dems Are TERRIFIED Of The Squad |
| 20230209 | Byron Donalds Explains Why Gun Ownership Is A MUST For Cutting Down Crime |
| 20230209 | Boebert Says Refusing To Allow Non-Citizens To Vote Should NOT Be Partisan |
| 20230209 | Lauren Boebert Slams Biden For LYING In His State Of The Union Speech |
| 20230208 | Man & Woman ARRESTED After Trying To Sabotage Maryland Power Grid |
| 20230208 | People Are Smuggling Eggs Across The Mexican Border, Bidenflation Is Out Of Control |
| 20230208 | Trump Posts Photo Accusing Ron DeSantis Of GROOMING Underage Women |
| 20230207 | Biden Admin SLAMMED For Lying About Chinese Spy Balloons Flying During Trump Presidency |
| 20230207 | Chinese Balloon SHOT DOWN, May Have Contained Explosives |
| 20230207 | Viewers ROAST Proud Family Reboot After Show Features Critical Race Theory |
| 20230207 | Pfizer Sponsors Insane Satanic GRAMMYs Performance With Non-Binary Singer |

| 20230206 | Ilhan Omar Gives Weird Statement Saying She Works For Global Refugees, Says Nothing Of Her District |
|---|---|
| 20230206 | Putin THREATENS US Over Tank Shipment To Ukraine, Warns Of Nuclear Retaliation |
| 20230206 | Media Asks If You'll Eat Human Meat Grown In A Lab, Surely This Is The End Of Days |
| 20230205 | Twitch Streamer CRIES After Getting Caught Watching Deep Fake Adult Videos While Streaming |
| 20230205 | MILF Manor & Power Slap TV Shows Prove American Culture Is In Decay |
| 20230205 | Athlete SLAMS Journalist For Asking Political Question, People Are Waking Up To Insane Media Lies |
| 20230205 | Facial Recognition & Palm Scanning Are Growing In Popularity, The Dystopian Nightmare Is Here |
| 20230204 | INSANE Deep Fake Voice Generator Can Imitate ANYONE In Horrifying Video |
| 20230204 | Biden Admin Says Instagram Is Dangerous For Young Girls But Puberty Blockers Are OK |
| 20230204 | Men Are Getting SCREWED By Child Support System That Favors Women Heavily |
| 20230204 | Jeff Younger Shares Story Of How Texas Is Forcing His Son To Get Sex Change |
| 20230203 | New Evidence Suggests Andrew Tate Is Innocent, Judge REFUSES To Accept Testimony They Are Innocent |
| 20230203 | Hunter Biden Accidentally Admits The Laptop Is HIS, Hilariously Tries To Backtrack After Big Mistake |
| 20230203 | Democrats Scream NO & START CRYING After Ilhan Omar Is Booted From Committee |
| 20230203 | US Scrambles F22 Raptors After Chinese Spy Balloon Spotted Over Montana |
| 20230202 | Timcast IRL Gets CENSORED LIVE When Talking About Trump & Biden Scandal Coverup |
| 20230202 | The Last Of Us TV Show Glorifies Assisted Suicide In Episode 3, MAIDS Is Here |
| 20230202 | National Archives Was FORCED To Cover Up Biden Scandal In SHOCKING Revelation |

| 20230202 | Joe Biden's Home RAIDED As Documents Scandal Could Be COVER UP |
|---|---|
| 20230201 | Hasan Piker SLAMMED For Criticizing Mr. Beast Curing Blindness, But He's RIGHT |
| 20230201 | PragerU Exposes YouTube Recommending Videos About Sexual Consent To Children |
| 20230201 | Biden Corruption Scandal Is Symptom Of American Moral Decay, It Will Get Worse |
| 20230201 | Twitter Users Begin Locking Their Accounts As Engagement DIES, Twitter Is Broken |
| 20230131 | Joe Biden Finally Ends COVID-19 Emergency, Begins 14 Week Drawdown |
| 20230131 | Restaurant Owner DEFIED Lockdowns & WON, Gourmeltz Owner Wins Everything Crushing Government |
| 20230131 | Zachary Levi TRIGGERS Woke Mob After Saying Pfizer Is Corrupt |
| 20230131 | Pfizer Quietly Admits They Engineer Covid Virus, Respond To Project Veritas FINALLY |
| 20230130 | Viral TikTok Trend Is Trying To Convince Women To Not Have Children |
| 20230129 | BuzzFeed To Use AI For Content, This Could Destroy Society |
| 20230129 | Russia Accuses Germany Of Preparing Nuclear Weapons With Uranium Core Artillery |
| 20230129 | Justin Roiland Gets ME TOO'D, Adult Swim CANCELS Him After Domestic Charges |
| 20230129 | Steven Crowder Explains How He Is Going To Fix The Media Machine |
| 20230128 | Paul Pelosi Attack Bodycam Footage Sparks EVEN MORE Questions, Video Is WEIRD |
| 20230128 | Van Jones Calls Black Cops Racist For Beating A Black Man |
| 20230128 | Riots Erupt After Police Release Bodycam Footage Of Tyre Nichols |
| 20230127 | Georgia Governor Activates 1000 National Guards Over Antifa Terror |

| 20230127 | FDA Says Getting Pfizer & Flu Shot On Same Day Could Increase Stroke Risk |
|---|---|
| 20230127 | Project Veritas Pfizer Fact Check Leans Towards Truth In SHOCKING Admission From Corporate Press |
| 20230127 | Pfizer Director ATTACKS James O'Keefe & Project Veritas In Insane Video |
| 20230126 | US To Send 31 Tanks To Ukraine As Germany Announces War With Russia |
| 20230126 | Democrats Are PISSED After GOP Purges Schiff & Swalwell From Intel Committee |
| 20230126 | Pfizer Exec EXPOSED Discussing Mutating Covid To Make Money |
| 20230125 | Vermont Court Says Non-Citizens CAN VOTE, The Country Is Collapsing |
| 20230125 | Damar Hamlin Masked Appearance Sparks Conspiracy Theories About Possible Body Double |
| 20230125 | Classified Documents Found At Pence's House, Internal DOJ Civil War May Be Erupting |
| 20230125 | Doomsday Clock Moves To 90 Seconds From Midnight As Nuclear WW3 Fear Escalates |
| 20230124 | Steven Crowder Says Why He Recorded Private Phone Call, Explains Friends VS Business |
| 20230124 | Steven Crowder Explains His $50 MILLION Contract & Why Everyone Is Wrong |
| 20230124 | Steven Crowder Says Daily Wire Tried To Poach Employee After Negotiations Failed |
| 20230124 | Steven Crowder Joins Timcast To Explain StopBigCon.com |
| 20230123 | EU Panelist Claims Hate Speech Laws Are Coming To The US SOON During WEF Conference |
| 20230122 | Peter Thiel SLAMS Greta Thunberg, Says She's Leading The Crusade Of Autistic Children |
| 20230122 | The Revolt Against ESG IS NOW, Woke Corporations Are Starting To Crumble |
| 20230122 | Elon Musk's Twitter Files Rollout FAILING, The Story Is Dying |

| 20230122 | Tim Pool Meet & Greet WINS, We Are Taking Back The Culture And The Woke Are Losing |
|---|---|
| 20230121 | Velma Is THIRD WORST Show In IMDB History, Get Woke Go Broke |
| 20230121 | WEF Global Elites Plans Are Ripping The Planet Apart & Destroying Everything |
| 20230121 | Global Elites Want Technocratic Global Secret Society, Jay Dyer SLAMS Global Elites |
| 20230121 | World Economic Forum Wants To Put Brain Implants In You To Control Your Mind In Dystopian Nightmare |
| 20230121 | Atlanta Police Are On HIGH ALERT After Receiving Death Threats From Forest Antifa Terrorists |
| 20230120 | Al Gore SLAMMED For Unhinged Comments About Climate Change, Beware Of Rain Bombs & Boiling Oceans |
| 20230120 | Alec Baldwin CHARGED WITH MANSLAUGHTER, Live Ammo Found In His Gun Belt |
| 20230120 | Crowder's StopBigCon Website Was Registered In December, Crowder Planned StopBigCon |
| 20230120 | Crowder LEAKS Phone Call With Daily Wire After Daily Wire Revealed Contract Offer |
| 20230119 | New Footage Suggests Greta Thunberg Arrest May Have Been Staged |
| 20230119 | Bank Of America Customers Say Their Money IS MISSING, Weird Glitch Sees Banking Crisis |
| 20230119 | Elon Musk Goes NUCLEAR Against World Economic Forum, Calls Them Unelected World Government |
| 20230119 | Daily Wire RESPONDS To Steven Crowder, Posts Video Of The Contract They Offered Steven |
| 20230118 | Tim Pool SLAMS ESG Corporations, Calls For Us To FIGHT FIRE WITH FIRE |
| 20230118 | Steven Crowder SLAMS Conservative Media For Colluding With Big Tech |
| 20230117 | Media Matters Claims Banning Of Gas Stoves Is Just An Absurd Conspiracy |
| 20230117 | Wyoming Announces Plan To Ban ELECTRIC CARS, While Woke Elites Want To Ban Gas |

| 20230117 | Biden Admin Says NO LOGS Of Who Visited Home Where Classified Docs Illegally Stored |
|---|---|
| 20230117 | Hunter Biden Funneled $50k Per Month To His Dad, PROOF Of Corruption |
| 20230116 | ATF Announces Ban On Pistol Braces In SHOCKING New Rule That Will Make People Felons |
| 20230116 | Federal Agents Were On The Ground On January 6th, Gaetz Will Expose This |
| 20230116 | CDC & FDA Are Investigating Possible Link Between COVID Vaccines & Strokes |
| 20230116 | Morbidly Obese Model MOCKED As Shoes Explode, Woke Complain Of Fatphobia |
| 20230115 | Reporter Exposes Extreme Grooming At Drag Shows In Texas, Creepy AF |
| 20230115 | Canadian Doctors BRAG About Euthanizing Hundreds, Canada Literally Killing People |
| 20230115 | Hodge Twins Explain How Celebrities Are Being Used To Groom & Manipulate Children Into Wokeness |
| 20230115 | Hodge Twins Explain Coming Out As Conservative Almost Destroyed Their Career But Was Worth It |
| 20230114 | Matt Gaetz Fears Ukraine War Could Lead To World War 3 |
| 20230114 | Matt Gaetz Explains Investigation Into The Weaponization Of Government And Biden Administration |
| 20230114 | Matt Gaetz Reveals The Deals Republicans Made To Vote Kevin McCarthy |
| 20230114 | Matt Gaetz Explains Courruption Of Congressional Leadership |
| 20230114 | Liberals Make The Case For Biden 2024, Tim Pool Says NO WAY, Biden Is Corrupt |
| 20230113 | DOJ Creates Special Counsel To Investigate Classified Documents Found At Biden Properties |
| 20230112 | Harvard Offers Course To Learn About LGBTQ Infants, Sparking Outrage |
| 20230112 | AOC Says Gas Stoves Make You Dumb As Biden Administration Looks To BAN Gas Stoves |

| | |
|---|---|
| 20230112 | FAA Grounded Flights Then Tweets Weird WEF Stakeholder Statement, YOU WILL OWN NOTHING |
| 20230112 | Biden Gets CAUGHT AGAIN With Classified Documents At New Location, LOCK HIM UP |
| 20230111 | Mass Resignations Are STILL HAPPENING, The Economy Is Crumbling & Its Biden's Fault |
| 20230111 | Matt Gaetz Says Republicans Will Release 14 THOUSAND Hours Of Footage From January 6th |
| 20230111 | Eric Swalwell FURIOUS As McCarthy Boots Him, Schiff, & Omar From Congressional Committees |
| 20230111 | House To Vote To Abolish IRS & Remove Federal Income Tax |
| 20230110 | Canadian TV Reporter Appears To Have STROKE Live On TV In Shocking Viral Video |
| 20230110 | White House DEMANDED Big Tech BAN Tucker Carlson & Tomi Lahren In Shocking Revelation |
| 20230110 | Biden Is CAUGHT With Classified Documents, This Could Mean Impeachment |
| 20230110 | Diamond From Diamond & Silk Passes Away Suddenly |
| 20230109 | Supreme Court May Hear Case That Would REMOVE Joe Biden From Office & 387 Congress Members |
| 20230109 | Skate Company Drops Logo After Being Called Racist, Tim Pool Declares Iconic Logo Is His |
| 20230109 | People Are Fleeing From California, More Uhaul Trucks Left California Than Any Other State |
| 20230109 | Joy Behar Slams Straight Men For Supporting Tackle Football After Damar Hamlin Incident |
| 20230108 | Singer M.I.A. Faces Backlash After Saying She Believes In Jesus |
| 20230108 | GOP Failure To Elect Speaker Could Indicate Civil War Based On Historical Factors |
| 20230108 | Damar Hamlin Collapses During NFL Game, CPR & AED Administered As Teammates Cried |
| 20230108 | The Fall Of The Republic Is Here, Widespread Gambling & Child Sex Changes Raise Red Flags |

| 20230107 | Gender Queer BANNED As People Reject Gender Ideology |
|---|---|
| 20230107 | Men Are Refusing To Help Women & Children, Stand By, Watch, & Not Help As Society Collapses |
| 20230107 | Media Smears Elon Musk Because Twitter Has Child Exploitation Despite Him Removing It |
| 20230107 | Two More Women Accuse Andrew Tate, Prepare Lawsuit, Tate Fans Are Skeptical |
| 20230106 | DC Comics Releases New Comic Showing The Joker Pregnant With A Mud Baby |
| 20230106 | Trump Nominated To Be Speaker Of The House By Matt Gaetz |
| 20230106 | Lauren Boebert Explains Why We Must STOP McCarthy, She Is Completely Right |
| 20230106 | Congress RUNS AWAY AGAIN, McCarthy LOSES 11th Vote, EPIC FAIL |
| 20230105 | New Covid Variant XBB15 Could Trigger MASSIVE Global Recession |
| 20230105 | Matt Gaetz Leaks Text From McCarthy Claiming He Wants To Fund Endless War |
| 20230105 | Trump Could Actually Become Speaker Of The House If Insane Twist Were To Happen In Congress |
| 20230105 | House Votes To Leave Instead Of Doing Their Jobs, Crew Hilariously Mocks Congress For Running Away |
| 20230104 | New Twitter Files Expose Journalists Effectively Colluding With Government To Censor |
| 20230104 | Jordan Peterson Forced To Undergo REEDUCATION Or Lose Medical License, Canada Is Insane |
| 20230104 | CNN's Dr. Gupta Says He's NEVER Seen Something Like Damar Hamlin Injury, List Shows Athletes Dying |
| 20230104 | MAGA GETS REVENGE, GOP Establishment McCarthy Loses In Historic Speaker Vote Failure |
| 20230103 | Father's Son May Be Castrated By California After Texas REFUSES Court Petition |
| 20230103 | Libs Of TikTok Explains How Taylor Lorenz Doxed Her & Then Lied About It |

| 20230103 | DeSantis Launches Investigation Into Drag Show For Children, Leftists Are Furious |
| --- | --- |
| 20230103 | Andrew Tate Story WAS HOAX, Trans Activist LIED About Greta Thunberg Story |
| 20221226 | Blake Masters Discusses His Plan As CEO Of Twitter |
| 20221226 | SHOCKING Revelations Show Intel Agencies Infiltrated Facebook, Google, & Twitter |
| 20221226 | Shocking Video Shows Millionaire Fatally Shot By Cops While Trying To Defend His Home From Intruder |
| 20221226 | Elon Musk Exposes US Government PsyOps On American Citizens In Shocking Release |
| 20221225 | FBI Claims PROOF Of Collusion Is Actually A Disinformation Conspiracy |
| 20221225 | AirBnb Is Giving Away Your Data To China, Wall St Is Undermining America |
| 20221225 | Hilarious Video MOCKS Corporate Funded Abortions For Women |
| 20221225 | Harmeet Dhillon Is Running For RNC Chair, TPUSA Explains Why They Must Win |
| 20221224 | Americans FURIOUS As Democrats AND GOP Pledge 45 Billion To Zelensky & Ukraine |
| 20221224 | Blake Masters Talks Peter Thiel's Fighting To Win The Culture War & Stop The Cult Of Wokeness |
| 20221223 | Republicans Revolt Against McCarthy As Speaker, MAGA Faction Says NO To GOP Leaders |
| 20221223 | GOP Is In Civil War, GOP Elites Abandoned Blake Masters, Helping Democrats Win |
| 20221223 | Fox News LYING About Kari Lake Trial, Misrepresents What The Trial Is About |
| 20221222 | Sam Bankman-Fried To Be Transferred To SAME JAIL As Epstein, Here We Go |
| 20221222 | Kevin McCarthy REJECTS $1.7T Omnibus Bill, Breaks With GOP In Shocking Reversal |
| 20221222 | Kyle Rittenhouse SLAMS Media Over Insane Lies, Explains Aftermath Of Incident |

| 20221222 | Kari Lake Witness Says ORIGINAL BALLOTS ARE MISSING In Shocking Testimony |
|---|---|
| 20221221 | EU Passes Carbon Tax For Citizens, You Will Own Nothing & You Will Be Happy |
| 20221221 | Stanford Claims Identifying As American Is Harmful Language |
| 20221221 | Judge REJECTS Kari Lake's First Amendment Argument Even Though We Know Democrats Suppressed Speech |
| 20221221 | Hunter Biden Laptop Is Confirmed FBI PsyOp In Explosive Revelation |
| 20221220 | Wokeism Is Backfiring On The Elites, James Lindsay Explains HOW THEY ARE LOSING |
| 20221220 | Populist Uprising Is Exploding, James Lindsay Says Stop Taking Black-Pills, We Are Winning |
| 20221220 | Millennials Believe They Are God & Have Become Narcissistic, James Lindsay Explains Grooming |
| 20221220 | FBI EXPOSED Paying Twitter For Censorship, Elon Seeks Saudi Money Says Bannon |
| 20221219 | Arizona Judge APPROVES Kari Lake Request To Inspect Ballots, IT'S HAPPENING |
| 20221219 | Pelosi Attacker's Son Says Pelosi May Have Kept Father As Sex Slave In Crazy Story |
| 20221219 | Hilarious Videos Show Corporate Press Getting FIRED & Crying About It |
| 20221219 | Leftist Media Matters Loses Their Minds Over Tim Pool And Jack Posobiec Calling Out Groomers |
| 20221218 | Hilarious Video Shows Easter Bunny Pull Biden Away To Stop Him From Answering Press Questions |
| 20221218 | Biden Non-Binary Staffer FIRED For Stealing Women's Luggage, Accused Of Wearing Their Clothes |
| 20221218 | Twitter Former Head Of Moderation Accused Of Creepy Predilections Of Children |
| 20221218 | Elon Musk Has Become The New Villain, Leftists Have Replaced Trump With Elon Musk |
| 20221217 | Family Drag Show Turns Into INSANE Sex Performance In Shocking News Story |

| 20221217 | Bari Weiss Turns On Elon Musk For Banning Reporters, Elon Slaps Back |
|----------|---------------------------------------------------------------------|
| 20221217 | Dude Who Doxed Elon Musk Was Posting Private Information, Journalists Are Lying |
| 20221217 | FBI Demanded Censorship Of RSBNetwork, Directly Targeted Conservative News For Censorship |
| 20221217 | New Twitter Leak EXPOSES FBI Directing Twitter To Ban Individuals |
| 20221216 | Trump's Major Announcement Was NFTs, Gets Accused Of Scamming, Announces Major Free Speech Policy |
| 20221216 | Five Antifa Charged With DOMESTIC TERROR Over Rioting |
| 20221216 | Dave Portnoy Says Alex Stein SHOULD HAVE BEEN SHOT For Entering His Studio |
| 20221216 | Elon Musk NUKES Leftist Journalists For Doxing, Journalists Hypocritically Whine About It |
| 20221215 | New Lawsuit Uncovers MORE Government Collusion To Censor Covid Information, Violates 1st Amendment |
| 20221215 | Insane Story Says Unvaccinated People Are At Higher Risk Of Car Accidents |
| 20221215 | Nancy Mace SLAMS Woke Leftist Who Called For Violence, Proves Hypocrisy In Humiliating Clip |
| 20221215 | Elon Musk Starts BANNING Accounts Who Are Doxing With Real-Time Location Info |
| 20221214 | US Lawmakers Introduce Legislation To BAN TIKTOK, Accuse App Of Being Chinese Spyware |
| 20221214 | Judge Calls Emergency Hearing Over Kari Lake Election Lawsuit, TRIAL DATE SET |
| 20221214 | Unhinged Media LIES Claiming Elon Musk Is Now Promoting Q Conspiracy Nonsense |
| 20221214 | Joe Biden Loses It, Starts CUSSING When Asked About His Age |
| 20221213 | Sam Bankman-Fried FINALLY ARRESTED, Fraud Has Been Exposed |
| 20221213 | Twitter Just NUKED Entire Trust & Safety Council, Disbanded Entire Group |

| 20221213 | Elon Musk Booed By Crowd At Dave Chappelle Show, Left LIES About What Really Happened |
| 20221213 | New Twitter Leak PROVES Twitter Lied About Banning Trump, Elon Musk GOES OFF |
| 20221212 | Elon SLAMS Jack Dorsey For Not Stopping Child Exploitation |
| 20221212 | Euthanasia Has Become Leading Cause Of Death In Canada, Canada Becomes Culling Humans |
| 20221212 | Project Veritas Exposes Groomers At School, Most Shocking Leaks Revealed Yet |
| 20221211 | Crazy Mask Cultist ATTACKS Man For Not Wearing Mask In Unhinged Video |
| 20221211 | Katie Hobbs Certifies Her Own Election Sparking Outrage, The Country Is Collapsing |
| 20221211 | Crazy Video Shows Gas Station Hiring Armed Security, Police Completely Demoralized |
| 20221211 | LA Brings Mask Mandates Back As Cult Begins Locking Down Again |
| 20221210 | Younger Generations Are Becoming More & More Insane, When They Vote They Will Destroy The US |
| 20221210 | Democrats Exploit Mass Tragedy To Win Votes & Ban Guns, Solving No Problems |
| 20221210 | The Failure Of The FBI, They Know Who Mass Shooters Are And Do Nothing |
| 20221210 | Elon Musk Drops Twitter Files 3, FBI Colluded To Interfere In 2020 Election |
| 20221209 | Elon Musk Sued, Accused Of Sexism For Firing Women After Asking People To Work Hard |
| 20221209 | Biden SLAMMED For Trading Merchant Of Death For Brittney Griner Instead Of Marine |
| 20221209 | Leaks PROVE Twitter Lied About Banning Libs Of Tiktok, Lawsuit May Be Coming |
| 20221209 | New Twitter Leaks PROVE Conservatives Targeted, Bongino, Kirk Censored By Twitter |
| 20221208 | Liberal Women With No Families Will Vote Communist As They Get Older |

| | |
|---|---|
| 20221208 | California Closes 3rd State Prison While Violent Crime Is Skyrocketing, The Collapse Is Now |
| 20221208 | Neuralink Could Be The Mark Of The Beast, Fears Revelation May Be Upon Us |
| 20221208 | Elon Musk's Companies Targeted By Federal Government, Retaliation Has Begun |
| 20221207 | Alex Jones SLAMS Ye Interview As Publicity Stunt In Interview With Steven Crowder |
| 20221207 | Putin Makes LGBTQ Behavior ILLEGAL In Russia |
| 20221207 | Twitter Granted Government Direct Access To Censor Posts, New Lawsuit Reveals Shocking Details |
| 20221207 | Elon Musk Fires Former FBI Who Was Blocking Twitter Leaks In SHOCKING Revelation |
| 20221206 | Police Raid Virginia Restaurant Over COVID Lockdown Violation From 2 Years Ago |
| 20221206 | North Carolina Power Stations ATTACKED, Left Is Blaming Far Right Without Evidence |
| 20221206 | Tim Pool's House Burglarized, Shots Fired, It May Be Political |
| 20221206 | Elon Musk Says He Is At High Risk For Assassination Attempts, Ceases Public Autographs |
| 20221205 | Rumble Files Lawsuit Against New York For New Hate Speech Law |
| 20221205 | Leftist Calls Out Elon, Says Centrist Billionaire Is Worst Kind Of Right-Winger Proving Insanity |
| 20221205 | Alex Jones, Fuentes, Kanye Are All Canceled & Have Nothing To Lose Which Explains Crazy Interview |
| 20221204 | SFPD Says They Will Arm Robots With EXPLOSIVES To Engage In Deadly Force With Humans |
| 20221204 | Google CANCELED Call With Tim Pool Over Section 230, They're Panicking Over Free Speech |
| 20221204 | SHOCKING Documentary 'Died Suddenly' Shows Strange Blood Clots, China Collapsing Over Lockdowns |
| 20221204 | Elon Musk Is Weaponizing Twitter To Reverse Cancel Culture Against The Woke Left |

| 20221203 | US Political Corruption Is Transforming The American Republic Into The American Empire |
|---|---|
| 20221203 | Twitter Leaks EXPOSE Twitter Making Up Fake Rules To Justify Censoring Hunter Biden Laptop |
| 20221203 | Twitter Files PROVE Dems Got Individuals Censored With Direct Requests From Biden Campaign |
| 20221203 | Elon Musk RELEASES TWITTER FILES, Shows Dems Colluded With Twitter To Win Election |
| 20221202 | Florida Yanks $2B From Blackrock, Get Woke Go Broke, ESG Corps Crash |
| 20221202 | Parler Calls Off Deal To Sell Company To Ye After Alex Jones Podcast Appearance |
| 20221202 | Kanye West ROASTS Tim Pool Calling Him An NPC, Says He Is A Nobody & Alex Jones Is A Legend |
| 20221202 | Kanye Goes OFF In Alex Jones Interview Praising Nazis In Crazy Interview |
| 20221201 | New Details About FTX CEO Expose Corruption, Weird Drug Parties |
| 20221201 | TimcastIRL Behind The Scenes - A Day With Ye (TRAILER) |
| 20221201 | EU Threatens To Ban Twitter For Supporting Free Speech |
| 20221201 | Elon Musk Smartphone To Rival Apple MAY BE TRUE, Phones Will Work With Starlink Soon |
| 20221201 | Elon Musk SHOCKS Internet, Says Twitter DID Interfere In Elections |
| 20221130 | Google Calls Tim Pool Panicking Over Section 230 Reform, Tim ROASTS Google Over Censorship |
| 20221130 | Elon Musk INSTANTLY Removes Exploitation Of Children From Twitter, Vows To Leak Documents |
| 20221130 | Balenciaga IMPLODING Over Creepy Ads With Children, Deletes Social Media |
| 20221130 | Tim Pool Discusses New Details In Ye Storming Off Show, Possibly Staged |
| 20221129 | Media Reports Ye Stormed Out After Being Called Out For Statements About Jewish People |

| 20221129 | Ye STORMS OUT Of Timcast Studio During His Interview With Tim Pool, Milo, and Fuentes |
|----------|---------------------------------------------------------------------------------------|
| 20221125 | American Culture Has Collapsed, Ideological Escalation Is Tearing This Country Apart |
| 20221125 | Americans Are Fat, Lazy, & Have Low Testosterone, Men Are Weak |
| 20221124 | Depopulation Agenda Is Going To Destroy The World, The Elite Are Criminal |
| 20221124 | Hilarious Image Shows Women FLEE Twitter After Elon Demanded Hard Work |
| 20221124 | Twitter Alternative BACKFIRES On Woke, Leftists Start Getting Banned For Being Whiny Babies |
| 20221123 | Kanye Banned From Using Apple Pay For Comments On Twitter, Social Credit Is Here |
| 20221123 | Qatar BANS Pro LGBTQ Gear Triggering Woke Fans |
| 20221123 | Disney CEO Bob Chapek Was Fired For REFUSING To Bow To Woke, Says Report |
| 20221122 | US Government Was Investigating FTX Months Ago & Did Nothing Until After Midterms, Democrats Benefit |
| 20221122 | Shoe0nHead Says Elon's Personal Experience Shouldn't Influence Alex Jones Ban |
| 20221122 | Jack White & Trent Reznor Quit Twitter, Have Temper Tantrum Screaming About Elon Musk |
| 20221122 | Elon Musk Starts Unbanning Dozens Of Accounts, MTG Is BACK! |
| 20221121 | University Hosts Black Only Screening Of Black Panther, Get Woke Go Broke |
| 20221121 | Bahamas Government Ordered Bankman-Fried To STEAL Assets, Fleeing With Money |
| 20221121 | Ligma & Johnson Trolls STILL Trick Journalists, Woke Don't Understand Humor |
| 20221121 | Misfits Singer Explains The Culture Needed To Defeat The Establishment |
| 20221120 | CNN & Vice Start Cutting Staff, They Went Woke & Got Broke |

| 20221120 | Trudeau ROASTED By China's Xi Jinping, Trudeau Mocked Mercilessly |
| 20221120 | GOP Wins Midterm Popular Vote, It Was A Red Wave, Democrats Use Shady Tactics |
| 20221120 | ALL NY Counties Shift Republican In HUGE Red Wave In State |
| 20221119 | Rationing Begins In UK, US Faces Major Power Outages As Energy Crisis Worsens |
| 20221119 | Antifa Lawyer Cries In Court After 15 Year Sentence Drops |
| 20221119 | Democrats Want FTC To Investigate Elon Musk Over Twitter, They Want Complete Control |
| 20221119 | Elon Musk REFUSES To Reinstate Alex Jones, Contradicting His Free Speech Stance |
| 20221119 | Elon Musk Tweets Out Poll On Whether Or Not Trump Should Be Reinstated |
| 20221118 | Twitter Shuts Down Offices AGAIN, Elon Musk Fears Employee Sabotage |
| 20221118 | Body Cam Footage Shows Paul Pelosi Opened Door For Police, Contradicting DOJ Reports |
| 20221118 | Nancy Pelosi To Step Down As Democrat Leader After GOP Win |
| 20221118 | Joe & Hunter Biden Implicated In Human Trafficking |
| 20221117 | Zelensky Calls For Escalation Of War Despite Ukraine Being Responsible For Missile Strike In Poland |
| 20221117 | YouTube Hilariously Fact Checks Its Own Verified Video PROVING New World Order Is Happening |
| 20221117 | Republicans Formally Win House Firing Nancy Pelosi, Dems Invoke 14th Amendment To Stop Trump 2024 |
| 20221117 | New Story CONFIRMS Insane Details About Paul Pelosi Story |
| 20221116 | Elon Musk Brings Ligma & Johnson Back Into Twitter HQ |
| 20221116 | Illegal Immigrants Are Being Put Into 4-Star Hotels With Your Tax Dollars, Shocking Report Reveals |

| 20221116 | Movement Calls For Texas Secession, Texit Movement Wants Peaceful Divorce |
|---|---|
| 20221116 | Trump Announces 2024 Presidential Run |
| 20221115 | MAGA Country Somehow Flips Democrat After Late Voting Count, Crew Calls BS |
| 20221115 | New Polls Show DeSantis CRUSHING Trump In The Polls For 2024 Presidential Election |
| 20221115 | Dave Chappelle Gives Amazing Reason To Vote Trump 2024 |
| 20221115 | Kari Lake LOSES, Katie Hobbs Declared Winner In Arizona Governor Race |
| 20221114 | Over A Dozen Countries Apply To Join BRICS, The End Of The United States Is HAPPENING |
| 20221114 | Biden Student Loan Forgiveness CANCELED By Judge, Voting Democrat Backfired On Young People |
| 20221113 | MSNBC HILARIOUSLY Suggests Fetterman Should Run For President |
| 20221113 | Host Of The View ADMITS To Committing Voter Fraud In Shocking Statement, Mail-In Voting Helps Dems |
| 20221113 | Testosterone Is Plummeting In Young Men, Society Is Being Feminized And Collapsing |
| 20221113 | Powerball 1.9 Billion Dollar Prize Could Also Be Curse, Winnings Have Destroyed Peoples Lives Before |
| 20221112 | Mexico Uses Footage From Philadelphia To Discourage Kids From Using Drugs, SAD |
| 20221112 | Nevada Flips, GOP Wins Governor Race, Sisolak Is OUT |
| 20221112 | Facebook NUKES Over 11,000 Employees As Company Begins Imploding |
| 20221112 | Big Pharma Stock TANKS After Fake Verified Tweet Goes Viral, Elon Shuts Down Twitter Blue |
| 20221111 | Woke SNL Writers Reportedly BOYCOTT SNL Over Dave Chappelle Hosting |
| 20221111 | Alex Jones Ordered To Pay ADDITIONAL $473 MILLION, Clown Courts Are In Session |

| 20221111 | Trump Goes NUCLEAR On DeSantis, Slams Him In New Statement |
|----------|-----------------------------------------------------------|
| 20221111 | CNN Claims Ron DeSantis CHEATED To Win By Arresting Voter Fraud |
| 20221110 | Mary Poppins Is A Witch Who Is Destroying Western Civilization Says Milo Yiannopolous |
| 20221110 | Elon Destroyed Kathy Griffin, Humiliated Her, Milo Explains Elon's Power Move |
| 20221110 | Milo Explains How Trump Would DESTROY DeSantis In GOP Primary, Trump 2024 |
| 20221110 | Biden Rejects Red Wave, Says Now That Dems Won He Won't Change ANYTHING, He Will Run In 2024 |
| 20221109 | DeSantis LANDSLIDE Victory Has Conservatives Screaming DeSantis 2024 |
| 20221109 | Young Turks Election Coverage Ratings COLLAPSE, Right Wing Channels See MASSIVE Ratings Explosion |
| 20221109 | Portland Begins Boarding Up Windows Fearing Election Results |
| 20221108 | Katy Perry Confirms She Voted For Ex-Republican Rick Caruso, Pissing Democrats Off |
| 20221108 | Ethan Klein NUKED From Twitter For Breaking The Rules, Media Lies To Smear Elon Musk |
| 20221108 | Twitter Has RECORD GROWTH Under Elon Musk, Woke Activism BACKFIRES On Leftists |
| 20221108 | The Blood Moon Is Here, Strange Omen Signals "Overthrow Of The King" & GOP Victory |
| 20221108 | Elon Musk Says VOTE REPUBLICAN, Even Though He Used To Be A Democrat Voter |
| 20221107 | Protests BACKFIRE On Woke Twitter Staff, Advertisers Pull Out Resulting In Mass Layoffs |
| 20221107 | Biden Warns If The GOP Wins Democracy Is OVER |
| 20221107 | Democrats Panic After Mail-In Votes Fall Short, Signaling MASSIVE GOP Red Wave |
| 20221107 | Democrats Panic, Governor Admits They Are Being Destroyed By GOP As Red Wave Looms |

| 20221107 | Never Trumper Says Biden AND Kamala Should Drop Out, Slams Biden For Lying |
| 20221107 | Facebook Fact Checks Twitter's Fact Check As Misleading, Absolute Clown World |
| 20221106 | The View Says Suburban Women Are Like ROACHES, Slams Pro-Life Women |
| 20221106 | Lawsuit Claims Glyphosate Weed Killer Causes Cancer, Bad Diet Is Killing Us |
| 20221106 | Fuel Company Warns Cities May Run Out Of Diesel, Apocalyptic For Democrats |
| 20221106 | Joe Biden Calls For Windfall Tax On Oil Companies Which Will Dramatically Spike Gas Prices |
| 20221106 | Democrats Demand Investigation Into Saudi Prince Over Ties To Elon Twitter Purchase |
| 20221105 | White House SLAMMED Over Ethics Violation After Deleting Embarrassing Biden Tweet |
| 20221105 | Don Lemon's New Show BOMBS, Jake Tapper & Shepard Smith BOOTED From Networks |
| 20221105 | Elon Musk NUKES Human Rights And Curation Team, Triggering Leftist Outrage |
| 20221105 | MSNBC Says If You Vote Republican, Your Kids Will Be Murdered & Democracy Will Die |
| 20221105 | Vandal FIREBOMBS Bakery That Was Hosting Drag Queen Event |
| 20221105 | NBC Deletes Story About Paul Pelosi Attacker, Sparking Crazy Theories About What Really Happened |
| 20221104 | Kanye West Exposes INSANE Text Threatening To DRUG HIM And Lock Him Up |
| 20221104 | Republican Candidate's Kids Almost DIE, Gunman Opens Fire After Democrat Films Ad At His Home |
| 20221104 | Media Mocks Democrats For Supporting LOSERS, Calls Beto & Abrams 'Super Losers' |
| 20221104 | Biden Trip To Miami BACKFIRES, Causes GOP Support To Actually INCREASE |
| 20221103 | Biden Admin PANICS, Deletes Tweet After Accidently Cheering Biden High Inflation |

| 20221103 | Russia Says World Powers Are On The Brink Of NUCLEAR WAR |
|---|---|
| 20221103 | Elon Musk SLAMMED For Working With Leftist Organization That Interfered In 2018 Elections |
| 20221103 | Elon Musk Working With Woke Left To Police Hate Speech, But It BACKFIRES Bad |
| 20221102 | Biden Lies Again About His Son Having Died In Iraq, Biden's Brain Is Applesauce |
| 20221102 | France Demands Rumble Censor Russian News Outlets, Rumble Says NO |
| 20221102 | Elon Musk LIMITS Employee Moderation Capabilities Right Before Midterms |
| 20221102 | Pelosi Attacker Pleads NOT GUILTY, Police & Media Report Keeps Changing, Breeding New Theories |
| 20221101 | Twitter Journalists LOSE IT After News Of Losing Blue Check Validation, Elon Opens It To ALL |
| 20221101 | Pelosi Hammer Attack Sparks Theories Of Nightly Impropriety And Gay Love |
| 20221101 | Twitter's Vijaya Gadde Exposed Colluding With Government To Censor, ELON HAS THE EVIDENCE |
| 20221101 | DHS Leak Proves Government Conspired With Big Tech To Subvert Elections, Censor News |
| 20221031 | The Purge Has Begun, Twitter Users Say Followers Are Disappearing As Bots Get Purged |
| 20221031 | Liberal Media Says Fetterman IS DISABLED, Says It's His Right To Be Senator Because He Is Disabled |
| 20221030 | Bill Gates Wants To Spray Dust Into The Atmosphere To Block Out The Sun, AKA Solve Climate Change |
| 20221030 | New Projections Show Insane Red Wave Coming, Democrats Are Freaking Out After Fetterman Debacle |
| 20221030 | Abortion Could Spark 2nd Civil War In The Next Few Years In The US, Tim Says Abortion Will Be Banned |
| 20221030 | Media Stunned As Democrat Sides With Republican Rejecting Woke Culture In Interview |
| 20221029 | Advertisers Threaten BOYCOTT If Elon Musk Unbans Donald Trump |

| 20221029 | Elon Musk Plans To Form Content Moderation Council, Plans To Reinstate Dozens Of Suspended Accounts |
| --- | --- |
| 20221029 | Depopulation Is Causing Economic Collapse And Is Going To Get Substantially Worse |
| 20221029 | Pelosi Attacker Turns Out To Be Green Party Member, But Was Also Kind Of Just Crazy |
| 20221028 | Elon Brings In Tesla Engineers To Review Twitter Code, BIAS WILL BE EXPOSED |
| 20221028 | Elon Bought Twitter! The Deal Is Done And The Left Is Losing It |
| 20221028 | NY Post Employee GOES ROGUE, Posts Article Of Ben Shapiro Calling For Death Of AOC |
| 20221028 | ELON CLEANS HOUSE, Fires Twitter's Executives Parag And Vijaya Gadde, The Purge Has Begun |
| 20221027 | Unhinged Liberals Lie To Defend Fetterman's Broken Brain, Debate Blowback Backfiring |
| 20221027 | Elon Posts HILARIOUS Video Entering Twitter HQ With A Sink, Will Buy Twitter Friday |
| 20221027 | PayPal Will STILL FINE YOU $2500 For Hate Speech, They Never Got Rid Of It |
| 20221027 | Kanye Booted From Skechers HQ After Showing Up Randomly, Ye Empire Collapsing |
| 20221026 | Sheriff Deploys Security As Armed "Vigilantes" Appear At Ballot Drop Boxes |
| 20221026 | Fetterman Debate Proves He Is Unfit For Office, Democrats Reeling After Horrible Debate With Dr. Oz |
| 20221025 | Trump Says Journalists Should Be JAILED, Sparking Outrage Among The Left |
| 20221025 | Biden Doubles Down Supporting Sex Changes For Children |
| 20221025 | Unhinged Leftists STORM The View Protesting Ted Cruz, Backfiring On Democrats |
| 20221025 | GOP Volunteer BRUTALLY BEATEN In Democrat County In Florida |