United States District Court
Southern District of New York

E. Jean Carroll,

Dkt # 22-CV-10016 ( LAK )

v.

Donald J. Trump

Jury Transportation Order

The Court having required the jurors empanelled in this cause to be semi-sequestered at the Courthouse as per order dated 3/23/2023 (DI 94).

IT IS HEREBY ORDERED, that the Clerk of Court for the Southern District of New York furnish the jurors, empanelled and sworn in the above entitled case, with the necessary transportation to and from the U.S. Courthouse unless otherwise directed by the Court, for the dates of 4-25-2023 through the end of trial, and shall pay all invoices.

United States District Judge

Date: 5/1/23