# EXHIBIT A

TRUTH.

Log in Sign up

## ← Truth Details

**Donald J. Trump**
@realDonaldTrump · Apr 26

The E. Jean Carroll case, Ms. Bergdorf Goodman, is a made up SCAM. Her lawyer is a political operative, financed by a big political donor that they said didn't exist, only to get caught lying about that. Just look at her CNN interview before & after the commercial break - Like a different person. She said there was a dress, using the ol' Monica Lewinsky "stuff", then she didn't want to produce it. The dress should be allowed to be part of the case. This is a fraudulent & false story--Witch Hunt!

**4.61k** ReTruths **15.8k** Likes Apr 26, 2023, 8:51 AM

Reply ReTruth Like

**Continue the conversation**

Join Truth Social to get the full story and details.

Log in

Sign up

Feed Discover

