# EXHIBIT B



Log in    Sign up

← **Truth Details**

 **Donald J. Trump** ✓
@realDonaldTrump · Apr 26

They got caught lying! The Miss Bergdorf Goodman case is financed by a big political donor that they tried to hide. Does anybody believe that I would take a then almost 60 year old woman that I didn't know, from the front door of a very crowded department store, (with me being very well known, to put it mildly!), into a tiny dressing room, and …. her. She didn't scream? There are no witnesses? Nobody saw this? She never made a police complaint? If I was seen there with a woman-BIG PRESS. SCAM!

**5.58k** ReTruths    **18.3k** Likes                                Apr 26, 2023, 9:10 AM

Reply    ReTruth    ♡ Like    ↑    ⋯

## Continue the conversation
Join Truth Social to get the full story and details.

**Log in**

**Sign up**

Feed    Discover