UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

E. JEAN CARROLL,

                Plaintiff,

-against-                                                                                           22-cv-10016 (LAK)

DONALD J. TRUMP,

                Defendant.

------------------------------------x

### ORDER UNSEALING CERTAIN MATTERS

LEWIS A. KAPLAN, *District Judge.*

        Docket items 161 through 163 and 167, and all sealed portions of the trial transcript, are unsealed. The Clerk shall unrestrict remote public access to docket items 161 through 163 and 167. The formerly sealed portions of the trial transcript shall be publicly available under the usual rules and procedures applicable to trial transcripts.

        SO ORDERED.

Dated:    May 10, 2023

                                                  Lewis A. Kaplan
                                                  United States District Judge