UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E. Jean Carroll,

                Plaintiff,                22 **CIVIL** 10016 (LAK)

       -against-                  **JUDGMENT**

Donald J. Trump,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, Plaintiff E. Jean Carroll has judgment against the defendant Donald J. Trump in the sum of $2,000,000.00 for injuries; $20,000.00 in punitive damages; $1,000,000.00 for damages other than the reputation repair program; $1,700,000.00 for damages for the reputation repair program; and $280,000.00 in punitive damages; accordingly, the case is closed.

DATED: New York, New York
            May      11    , 2023

                                                                                                               RUBY J. KRAJICK

So Ordered:                                                            **Clerk of Court**

           _/s/ Lewis A. Kaplan_                  **BY:**    _K. Mango_
           **U.S.D.J.**                                                          **Deputy Clerk**