UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
E. JEAN CARROLL,                                                             Civil Action No.:
                                                                                              22-cv-10016
                      *Plaintiff,*

   – against –                                                                   **NOTICE OF APPEAL**

DONALD J. TRUMP,

                      *Defendant.*
------------------------------------------------------------------X

      Notice is hereby given that Defendant Donald J. Trump appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on May 11, 2023 (Dkt. No. 178) ("Final Judgment") awarding Plaintiff compensatory and punitive damages totaling $5,000,000.00, and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within the Final Judgment, by the Honorable United States District Judge Lewis A. Kaplan.

Dated: New York, New York
       May 11, 2023

                                TACOPINA, SEIGEL & DeOREO

                            By: _____
                                Joseph Tacopina, Esq.
                                Chad Seigel, Esq.
                                Matthew G. DeOreo, Esq.
                                275 Madison Ave., Fl. 35
                                New York, New York 10016
                                Tel: (212) 227-8877
                                Fax: (212) 619-1028
                                jtacopina@tacopinalaw.com
                                cseigel@tacopinalaw.com
                                mdeoreo@tacopinalaw.com

                                Counsel for Defendant, Donald J. Trump

TO:    All counsel by ECF