May 9, 2023

Margaret Interlandi
9323 Shore Road, Apt 4K
Brooklyn, NY 11209



Hon. Lewis A. Kaplan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Honorable Judge Kaplan,

I am writing this to you as I was once in the 90s an avid shopper in Bergdorf Goodmans, Bloomingdales, Lord and Taylor and other high-end stores. At that time if you went into any fitting room in any one of those stores there was always a salesperson right outside the door. inquiring about the fit, etc. and if you needed further help. I believe salespeople were working on commissions and they tried very hard to provide as much service as possible to get their commissions.

If anyone was doing anything like E. Jean Carroll stated, that is a frivolous lie. There was also much more security in these stores at that time. For the record, I am not a Trump advocate, but I am an 87-year-old woman, and these types of accusations are without a doubt, lies and dishonest. I personally wrote this for your information so when you listen to the fabrications from the plaintiff you can have a better idea of what could and did occur in the fitting rooms of the 90s.

Sincerely,

Margaret Interlandi

718-627-1405