UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
E. JEAN CARROLL,

                    *Plaintiff*,

    – against –

DONALD J. TRUMP,

                   *Defendant*.
-------------------------------------------------------------------X

Civil Action No.:
22-cv-10016

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Declaration of Matthew G. DeOreo with exhibits and the accompanying Memorandum of Law, Defendant will move this Court, before the Honorable Lewis A. Kaplan, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, N.Y. 10007, on such day when counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 59, granting a new trial or remittitur, with such other and further relief as the Court deems just and proper.

Dated: New York, New York
June 8, 2023

                              TACOPINA, SEIGEL & DeOREO

                              By: _____
                              Joseph Tacopina, Esq.
                              Chad Seigel, Esq.
                              Matthew G. DeOreo, Esq.
                              275 Madison Ave., Fl. 35
                              New York, New York 10016
                              Tel: (212) 227-8877
                              Fax: (212) 619-1028
                              jtacopina@tacopinalaw.com
                              cseigel@tacopinalaw.com
                              mdeoreo@tacopinalaw.com
                              Counsel for Defendant Donald J. Trump

TO:    All counsel by ECF