# EXHIBIT D

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                  Plaintiff,

    -against-                                                 22-cv-10016 (LAK)

DONALD J. TRUMP,

                  Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

**Battery**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

    1.    Mr. Trump raped Ms. Carroll?

            YES _____        NO __✓__

        *[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 2.]*

    2.    Mr. Trump sexually abused Ms. Carroll?

            YES __✓__        NO _____

        *[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 3.]*

    3.    Mr. Trump forcibly touched Ms. Carroll?

            YES _____        NO _____

        *[If you answered "Yes," continue to Question 4. If you answered "No," skip to Question 6.]*

    4.    Ms. Carroll was injured as a result of Mr. Trump's conduct?

            YES __✓__        NO _____

        If "Yes," insert a dollar amount that would fairly and adequately compensate her for that injury or those injuries.

                $ __2,000,000__ (2 million)

2

If "No," insert $1.

$ _____

*[Continue to Question 5, whether you answered "Yes" or "No."]*

5. Mr. Trump's conduct was willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Carroll, or was so reckless as to amount to such disregard?

 YES ✓   NO ___

If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$ 20,000 — (twenty thousand)

*[Continue to Question 6, whether you answered "Yes" or "No."]*

**Defamation**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

6. Mr. Trump's statement was defamatory?

 YES ✓   NO ___

*[If you answered "Yes," continue to Question 7. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by clear and convincing evidence, that**

7. Mr. Trump's statement was false?

 YES ✓   NO ___

*[If you answered "Yes," continue to Question 8. If you answered "No," stop here and return your verdict.]*

8. Mr. Trump made the statement with actual malice?

 YES ✓   NO ___

*[If you answered "Yes," continue to Question 9. If you answered "No," stop here and return your verdict.]*

3

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

    9.    Ms. Carroll was injured as a result of Mr. Trump's publication of the October 12, 2022 statement?

        YES ✓        NO ____

If "Yes," insert a dollar amount for any damages other than the reputation repair program.

$ 1,000,000. — (1 million)

If "Yes," insert a dollar amount for any damages for the reputation repair program only.

$ 1,700,000. — (1.7 million)

If "No," insert $1.

$ _____

*[Continue to Question 10, whether you answered "Yes" or "No."]*

    10.    In making the statement, Mr. Trump acted maliciously, out of hatred, ill will, spite or wanton, reckless, or willful disregard of the rights of another?

        YES ✓        NO ____

If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

$ 280,000. — (two hundred eighty thousand)

*[Please write your juror number (not you seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated:     5/9    , 2023

4

Juror numbers:

| | |
|---|---|
| 10 | 58 |
| 37 | 77 |
| 39 | 80 |
| 44 | 81 |
| 48 | |