# EXHIBIT D

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
E. JEAN CARROLL,

                Plaintiff,

  -against-                                              22-cv-10016 (LAK)

DONALD J. TRUMP,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

**Battery**

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

    1.    Mr. Trump raped Ms. Carroll?

             YES _____        NO __✓__

           *[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 2.]*

    2.    Mr. Trump sexually abused Ms. Carroll?

             YES __✓__        NO _____

           *[If you answered "Yes," skip to Question 4. If you answered "No," continue to Question 3.]*

    3.    Mr. Trump forcibly touched Ms. Carroll?

             YES _____        NO _____

           *[If you answered "Yes," continue to Question 4. If you answered "No," skip to Question 6.]*

    4.    Ms. Carroll was injured as a result of Mr. Trump's conduct?

             YES __✓__        NO _____

           If "Yes," insert a dollar amount that would fairly and adequately compensate her for that injury or those injuries.

                         $ __2,000,000__ — (2 million)

If "No," insert $1.

$ _____

*[Continue to Question 5, whether you answered "Yes" or "No."]*

5.  Mr. Trump's conduct was willfully or wantonly negligent, reckless, or done with a conscious disregard of the rights of Ms. Carroll, or was so reckless as to amount to such disregard?

    YES ✓        NO ____

    If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

    $ 20,000 — (twenty thousand)

    *[Continue to Question 6, whether you answered "Yes" or "No."]*

## Defamation

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

6.  Mr. Trump's statement was defamatory?

    YES ✓        NO ____

    *[If you answered "Yes," continue to Question 7. If you answered "No," stop here and return your verdict.]*

**Did Ms. Carroll prove, by clear and convincing evidence, that**

7.  Mr. Trump's statement was false?

    YES ✓        NO ____

    *[If you answered "Yes," continue to Question 8. If you answered "No," stop here and return your verdict.]*

8.  Mr. Trump made the statement with actual malice?

    YES ✓        NO ____

    *[If you answered "Yes," continue to Question 9. If you answered "No," stop here and return your verdict.]*

3

**Did Ms. Carroll prove, by a preponderance of the evidence, that**

9. Ms. Carroll was injured as a result of Mr. Trump's publication of the October 12, 2022 statement?

   YES ✓          NO ____

   If "Yes," insert a dollar amount for any damages other than the reputation repair program.

   $ 1,000,000. — (1 million)

   If "Yes," insert a dollar amount for any damages for the reputation repair program only.

   $ 1,700,000. — (1.7 million)

   If "No," insert $1.

   $ _____

   *[Continue to Question 10, whether you answered "Yes" or "No."]*

10. In making the statement, Mr. Trump acted maliciously, out of hatred, ill will, spite or wanton, reckless, or willful disregard of the rights of another?

    YES ✓          NO ____

    If "Yes," how much, if any, should Mr. Trump pay to Ms. Carroll in punitive damages?

    $ 280,000. — (two hundred eighty thousand)

    *[Please write your juror number (not you seat number or name) in the space provided below, fill in the date, and inform the officer that you have reached a verdict.]*

Dated:    5/9    , 2023

Juror numbers:

| | |
|---|---|
| 10 | 58 |
| 37 | 77 |
| 39 | 80 |
| 44 | 81 |
| 48 | |