# EXHIBIT 3

Message

**From**:       White House Press Office [info@mail.whitehouse.gov]
**Sent**:       6/22/2019 9:02:16 PM
**To**:         Press Office [pressoffice@donaldtrump.com]
**Subject**:    Remarks by President Trump Before Marine One Departure

PLAINTIFF'S
EXHIBIT
**PX-2**
22 Civ. 10016 (LAK)

Remarks by President Trump Before Marine One Departure



Office of the Press Secretary

FOR IMMEDIATE RELEASE

June 22, 2019

```
              REMARKS BY PRESIDENT TRUMP

           BEFORE MARINE ONE DEPARTURE


                    South Lawn


10:18 A.M. EDT


THE PRESIDENT:  So we're going to Camp David.  We're going to
have meetings and a lot of work.  Coming back sometime tomorrow,
but we're heading out right now to Camp David.
```





MP-001796



MP-001797



MP-001798



MP-001799



Q    Mr. President, you had said earlier that you never met E.
Jean Carroll.  There was a photograph of you and her in the late
1980's --

THE PRESIDENT:  I have no idea who this woman is.  This is a
woman who has also accused other men of things, as you know.  It
is a totally false accusation.  I think she was married -- as I
read; I have no idea who she is -- but she was married to a,
actually, nice guy, Johnson -- a newscaster.

Q    You were in a photograph with her.

THE PRESIDENT:  Standing with coat on in a line -- give me a
break -- with my back to the camera.  I have no idea who she
is.  What she did is -- it's terrible, what's going on.  So it's
a total false accusation and I don't know anything about
her.  And she's made this charge against others.

And, you know, people have to be careful because they're playing
with very dangerous territory.  And when they do that -- and it's
happening more and more.  When you look at what happened to
Justice Kavanaugh and you look at what's happening to others, you
can't do that for the sake of publicity.

New York Magazine is a failing magazine.  It's ready to go out of
business, from what I hear.  They'll do anything they can.  But
this was about many men, and I was one of the many men that she
wrote about.  It's a totally false accusation.  I have absolutely
no idea who she is.  There's some picture where we're shaking
hands.  It looks like at some kind of event.  I have my coat
on.  I have my wife standing next to me.  And I didn't know her
husband, but he was a newscaster.  But I have no idea who she is
-- none whatsoever.

It's a false accusation and it's a disgrace that a magazine like
New York -- which is one of the reasons it's failing.  People
don't read it anymore, so they're trying to get readership by
using me.  It's not good.

You know, there were cases that the mainstream media didn't pick
up.  And I don't know if you've seen them.  And they were put on
Fox.  But there were numerous cases where women were paid money
to say bad things about me.  You can't do that.  You can't do
that.  And those women did wrong things -- that women were
actually paid money to say bad things about me.

MP-001801

But here's a case, it's an absolute disgrace that she's allowed to do that.



MP-001802



MP-001803





MP-001805



MP-001806



```
Thank you.

                  END              10:37 A.M. EDT
```

Unsubscribe

The White House · 1600 Pennsylvania Ave NW · Washington, DC 20500-0003 · USA · 202-456-1111