# EXHIBIT 4

# EXCLUSIVE: Trump vehemently denies E. Jean Carroll allegation, says 'she's not my type'

thehill.com/homenews/administration/450116-trump-vehemently-denies-e-jean-carroll-allegation-shes-not-my-type/

Jordan Fabian and Saagar Enjeti                                    June 24, 2019



<u>Administration</u>

by Jordan Fabian and Saagar Enjeti - 06/24/19 6:43 PM ET

Greg Nash



President Trump said Monday that writer E. Jean Carroll was "totally lying" when she recently accused him of raping her during an encounter in a New York department store in the mid-1990s.

In an exclusive interview with The Hill, the president vehemently denied the allegations just hours after Carroll detailed the alleged incident during a cable news interview.

{mosads}"I'll say it with great respect: Number one, she's not my type. Number two, it never happened. It never happened, OK?" the president said while seated behind the Resolute Desk in the Oval Office.

█████████████████████████████████████████████████████████████
█████████████████████████████████████████████

█████████████████████████████████████████████████████████████
████████████████████████████████████

When asked if Carroll was lying, Trump on Monday repeated his assertion that he had never met her.

"Totally lying. I don't know anything about her," he said. "I know nothing about this woman. I know nothing about her. She is — it's just a terrible thing that people can make statements like that."



2/5



3/5

—*Updated at 9 p.m. Brett Samuels contributed.*





5/5