# EXHIBIT 6

Confidential

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3
              CASE No. 20 CIV. 7311 (LAK)(JLC)
 4

 5   E. JEAN CARROLL,

 6            Plaintiff,

 7   -vs-

 8   DONALD J. TRUMP,
     in his personal capacity,
 9
              Defendant.
10   _____/

11

12

13                       =  =  =

14                    CONFIDENTIAL

15                       =  =  =

16

17      VIDEOTAPED DEPOSITION OF DONALD J. TRUMP

18
                 Wednesday, October 19, 2022
19                 10:22 a.m. - 3:50 p.m.

20                  The Mar-a-Lago Club
                 1100 South Ocean Boulevard
21               Palm Beach, Florida, Florida

22

23   Stenographically Reported By
     Pamela J. Pelino, RPR, FPR, CLR
24   Notary Public, State of Florida
     TSG REPORTING
25   JOB NO. 218342
                        -  -  -
```

PLAINTIFF'S EXHIBIT
**PX-200-T**
22 Civ. 10016 (LAK)

TSG Reporting - Worldwide    877-702-9580

Page 127

1                           D. J. TRUMP

5         Q.    Okay.  Now, on October 12, just a few
6    days ago, you issued a statement on Truth Social
7    about Ms. Carroll and this case; correct?
8         A.    I believe so, yes.
9         Q.    And the statement that you posted, who
10   wrote that statement?
11        A.    I did.
12        Q.    You yourself?
13        A.    Yeah.
14        Q.    Did you post the statement yourself?
15        A.    Yes.
16        Q.    And in addition to posting the statement
17   on Truth Social, you also sent it to the press?
18        A.    Yes.  It's called truth and post.  We
19   post much like -- how would you say it?  We put out
20   a statement, and we also put it on Truth.