# EXHIBIT 8

🔒 Page Vault

| | |
|---|---|
| Document title: | Max☐ ☐ ♥☐ on Twitter: "I know for a fact Mr. President wouldn't touch that ugly bitch with your dick." / Twitter |
| Capture URL: | https://twitter.com/mherndon23/status/1580592423042158592 |
| Page loaded at (UTC): | Tue, 15 Nov 2022 01:39:35 GMT |
| Capture timestamp (UTC): | Tue, 15 Nov 2022 01:40:09 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | ea0200f6-cc7e-4155-94d1-b339f1413e62 |
| User: | gbe-bawesson |

**PLAINTIFF'S EXHIBIT**
**PX-45**
22 Civ. 10016 (LAK)

PDF REFERENCE #:   czDkZu3EvZzGeJTcJJvTg1



Explore

Settings

← Tweet

Max🇺🇸
@mherndon23

I know for a fact Mr. President wouldn't touch that ugly bitch with your dick.

RSBN 🇺🇸 @RSBNetwork · Oct 13
Trump: 'I had nothing to do with' E. Jean Carroll
rsbnetwork.com/news/trump-i-h...

4:12 PM · Oct 13, 2022 · Twitter for iPhone

2 Retweets 1 Like

Search Twitter

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Max🇺🇸 @mherndon23 Follow
Forbid it, Almighty God! I know not what course others may take; but as for me, give me liberty or give me death! -Patrick Henry #Trump2020

RSBN 🇺🇸 @RSBNetwork Follow
Right Side Broadcasting Network. Telegram: t.me/RSBNetwork. Truth Social: truthsocial.com/@RSBN

**What's happening**

Television · LIVE
**Bachelor in Paradise airing on ABC**

Entertainment · Trending
**Pete Davidson**
45K Tweets

Trending in United States
**Taylor Swift**
Trending with Ticketmaster, #TheErasTour

Television · LIVE
**WWE Monday Night RAW airing on USA**

US elections · LIVE
**California: Election news and updates**

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

PageVault

| | |
|---|---|
| Document title: | Roy Keane on Twitter: "@SkyNews Really! Everybody and their mother knows that woman is a liar!" / Twitter |
| Capture URL: | https://twitter.com/RKeane4711/status/1582961054652321798 |
| Page loaded at (UTC): | Tue, 15 Nov 2022 01:42:34 GMT |
| Capture timestamp (UTC): | Tue, 15 Nov 2022 01:42:52 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 2 |
| Capture ID: | c455ef2c-a678-4510-8fcc-756118439d34 |
| User: | gbe-bawesson |

PLAINTIFF'S EXHIBIT
PX-46
22 Civ. 10016 (LAK)

PDF REFERENCE #:     xnJ8KAxoAwENJ6dJa2f7fj



Explore

Settings

← Tweet

Search Twitter

**Sky News** @SkyNews · Oct 20

In a 2019 book, E Jean Carroll accused Mr Trump of raping her at the New York department store Bergdorf Goodman - a claim he has dismissed as a "hoax"

news.sky.com
Donald Trump questioned for defamation suit over...
In her book, American columnist E Jean Carroll accused the ex-President of rape. He called her a li...

15 11 27

**Roy Keane**
@RKeane4711

Replying to @SkyNews

Really! Everybody and their mother knows that woman is a liar!

5:05 AM · Oct 20, 2022 · Twitter for iPhone

**5** Likes

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Roy Keane** @RKeane4711 Follow

**Sky News** @SkyNews Follow
For breaking news @SkyNewsBreak. Watch live on Sky 501, Virgin Media HD 602, Freeview 233 and YouTube. Download our app: onelink.to/skynews

## What's happening

Television · LIVE
**The Voice airing on NBC**

Jungkook · Trending
**HAVE A SAFE FLIGHT JUNGKOOK**
30.4K Tweets

Politics · Trending
**Obergefell**
3,502 Tweets

Television · LIVE
**Below Deck Mediterranean airing on Bravo**

Television · LIVE
**Bachelor in Paradise airing on ABC**

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

🔒 PageVault

| | |
|---|---|
| Document title: | Ezekiel on Twitter: "@NYDailyNews Where the f was troll hiding at in the first place. Another bullshytter going after Trump" / Twitter |
| Capture URL: | https://twitter.com/Ezekill58/status/1582861665942765568 |
| Page loaded at (UTC): | Mon, 12 Dec 2022 00:39:41 GMT |
| Capture timestamp (UTC): | Mon, 12 Dec 2022 00:40:23 GMT |
| Capture tool: | 10.14.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/106.0.5249.199 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.16.0) |
| PDF length: | 3 |
| Capture ID: | wFckRv8azCdtWDJYJrC7mk |
| User: | gbe-bawesson |

PLAINTIFF'S EXHIBIT
**PX-48**
22 Civ. 10016 (LAK)

PDF REFERENCE #:     gqCRGgY5WAHqL91Yt9W4cx





Tweet

Search Twitter

**New York Daily News** @NYDailyNews · Oct 19
Official

Trump says the rape allegation is "a hoax and a lie."

The former president is set to undergo questioning today in the defamation suit by E. Jean Carroll, a columnist who claims he raped her 25 years ago.

It will give lawyers a chance to interrogate Trump

nydailynews.com
Former President Donald Trump deposed in E. Jean Carroll rape defam...
The only confirmation that the deposition took place was a brief statement made on Wednesday afternoon by a spokesperson for the ...

8 9 15

**Ezekiel**
@Ezekill58

Replying to @NYDailyNews

Where the f was troll hiding at in the first place. Another bullshytter going after Trump

10:30 PM · Oct 19, 2022

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**Ezekiel**
@Ezekill58
Follow

**New York Daily Ne...**
@NYDailyNews
Official
Follow

NY's Hometown Paper 🍎 Breaking news, national, sports, politics, entertainment NYC & beyond / nydailynews.com / About bit.ly/nydnmedia1 ➡️ bit.ly/nydnsubscribe

## What's happening

NBA · LIVE
**Bulls at Hawks**

Trending in United States
**Fauci**
589K Tweets

Only on Twitter · Trending
**#搞定要要個阿**
163K Tweets

Sports · Trending
**Pelicans**
16.3K Tweets

Sports · Trending
**Brady**
Trending with 49ers, Brock Purdy

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Tweet

Search Twitter

**Ezekiel**
@Ezekill58

Replying to @NYDailyNews

Where the f was troll hiding at in the first place. Another bullshytter going after Trump

10:30 PM · Oct 19, 2022

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**Ezekiel**
@Ezekill58
Follow

**New York Daily Ne...**
@NYDailyNews
Official
Follow

NY's Hometown Paper 🍎 Breaking news, national, sports, politics, entertainment NYC & beyond / nydailynews.com / About bit.ly/nydnmedia1 ➡️ bit.ly/nydnsubscribe

**What's happening**

NBA · LIVE
**Bulls at Hawks**

Trending in United States
**Fauci**
589K Tweets

Only on Twitter · Trending
**#搞定要要個阿**
163K Tweets

Sports · Trending
**Pelicans**
16.3K Tweets

Sports · Trending
**Brady**
Trending with 49ers, Brock Purdy

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2022 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

🔒 PageVault

| | |
|---|---|
| Document title: | The REAL Politically Savvy on Twitter: "@ejeancarroll How much were you paid and why now??? Yeah. I call bullshit." / Twitter |
| Capture URL: | https://twitter.com/patriot_savvy/status/1614750852454965251 |
| Page loaded at (UTC): | Sun, 29 Jan 2023 15:41:29 GMT |
| Capture timestamp (UTC): | Sun, 29 Jan 2023 15:42:01 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 2 |
| Capture ID: | e9Eq3bH9yPHkCwKVRjkuHc |
| User: | kh-admin |

**PLAINTIFF'S EXHIBIT**
**PX-51**
22 Civ. 10016 (LAK)

PDF REFERENCE #:   d4LbVhHMPdLbD8JbvoTRJh



Tweet

Search Twitter

**The REAL Politically Savvy**
@patriot_savvy

@ejeancarroll How much were you paid and why now??? Yeah. I call bullshit.

10:26 PM · Jan 15, 2023 · **5** Views

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## Relevant people

**The REAL Politicall...**
@patriot_savvy
Follow

"If the freedom of speech is taken away then dumb and silent we may be led, like sheep to the slaughter." ~ George Washington

## What's happening

NHL · Last night
**Coyotes at Ducks**

Trending in United States
**Eagles -2.5**
77.2K Tweets

Sports · Trending
**Mitoma**
43.1K Tweets

Trending in United States
**#fearwomen**
6,071 Tweets

Politics · Trending
**Iran**
293K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in
Sign up

Document title: The REAL Politically Savvy on Twitter: "@ejeancarroll How much were you paid and why now??? Yeah. I call bullshit." / Twitter
Capture URL: https://twitter.com/patriot_savvy/status/1614750852454965251
Capture timestamp (UTC): Sun, 29 Jan 2023 15:42:01 GMT

🔒 PageVault

| | |
|---|---|
| Document title: | We Aren't For Sale on Twitter: "@ejeancarroll If this chic got layed by Trump it was likely the last time she was." / Twitter |
| Capture URL: | https://twitter.com/scottagain2/status/1588001000375263233 |
| Page loaded at (UTC): | Sun, 29 Jan 2023 17:10:08 GMT |
| Capture timestamp (UTC): | Sun, 29 Jan 2023 17:10:39 GMT |
| Capture tool: | 10.20.2 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/108.0.5359.179 Safari/537.36 |
| Operating system: | Windows_NT (Node 16.17.1) |
| PDF length: | 3 |
| Capture ID: | eoDYqRwr8tBMvrAfmi1qie |
| User: | kh-admin |

**PLAINTIFF'S EXHIBIT**
**PX-53**
22 Civ. 10016 (LAK)

PDF REFERENCE #: xnPkVg1eoqiYzxPWM8ajNs

CARROLL_031622






Tweet

E. Jean Carroll @ejeancarroll · Nov 2, 2022
I lived seven decades without a checkmark, honey...I ain't gonna need one for my eighth!

321 595 11.5K

We Aren't For Sale
@scottagain2

Replying to @ejeancarroll

If this chic got layed by Trump it was likely the last time she was.

2:51 AM · Nov 3, 2022

1 Like

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

We Aren't For Sale
@scottagain2
Follow
Patriot

E. Jean Carroll
@ejeancarroll
Follow
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag

**What's happening**

NBA · Starts at 11:00 AM
Heat at Hornets

Politics · Trending
Iran
305K Tweets

Sports · Trending
#ChiefsFootball

Fitness · Trending
Planet Fitness
1,302 Tweets

Sports · Trending
Mitoma
77.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.
Log in Sign up

Document title: We Aren't For Sale on Twitter: "@ejeancarroll If this chic got layed by Trump it was likely the last time she was." / Twitter
Capture URL: https://twitter.com/scottagain2/status/1588001000375263233
Capture timestamp (UTC): Sun, 29 Jan 2023 17:10:39 GMT

Tweet

Search Twitter

**We Aren't For Sale**
@scottagain2

Replying to @ejeancarroll

If this chic got layed by Trump it was likely the last time she was.

2:51 AM · Nov 3, 2022

**1** Like

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**We Aren't For Sale**
@scottagain2
Patriot
Follow

**E. Jean Carroll**
@ejeancarroll
Whipsawed by Confusion? ASK E. JEAN at e.jean@askejean.com Driven Witless? Read my Substack ejeancarroll.substack.com SNL, Atlantic, VF, NYmag
Follow

**What's happening**

NBA · Starts at 11:00 AM
**Heat at Hornets**

Politics · Trending
**Iran**
305K Tweets

Sports · Trending
**#ChiefsFootball**

Fitness · Trending
**Planet Fitness**
1,302 Tweets

Sports · Trending
**Mitoma**
77.7K Tweets

Show more

Terms of Service Privacy Policy Cookie Policy Accessibility Ads info More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in Sign up

Document title: We Aren't For Sale on Twitter: "@ejeancarroll If this chic got layed by Trump it was likely the last time she was." / Twitter
Capture URL: https://twitter.com/scottagain2/status/1588001000375263233
Capture timestamp (UTC): Sun, 29 Jan 2023 17:10:39 GMT

```
To:        E.Jean@askejean.com[E.Jean@askejean.com]
From:      Steph C[jazzyjasperkitty@gmail.com]
Sent:      Thur 10/13/2022 7:07:21 AM (UTC)
Subject:   SPECTACULAR!
```

███████████████████████████████ You are obviously a narcissist the way that you brag about yourself & you think that you're all that & then some. When you worked with playboy you were "so jealous" over the beautiful playboy models because all men wanted them that you wanted people to think that you were beautiful & were wanted by men too (only you're "not" beautiful, you are just an old ugly skank whore!) No man wants to touch you (even your ex husbands dumped you!) So to convince the world that you are wanted by men (when you know damn good & well that you're not) you make up these lies that you were raped by two men! (You are a disgusting low life liar & you are going to get hurt "very badly" for the lies that you are telling! You are "very ugly" both inside & out & you are going to be even more uglier than you already are if you don't cease & desist with these false allegations of rape that you are telling!) Better end the bullshit quick bitch!



Confidential

CARROLL_031518