# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

**JOSEPH TACOPINA**
EMAIL: jtacopina@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

June 23, 2023

**FILED BY ECF**
Hon. Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        **Re:     Carroll v. Trump, 22 Civ. 10016 (LAK)**

Your Honor:

        We write to respectfully request that the Court so order the enclosed Stipulation and Proposed Order Regarding the Use of a Cash Deposit in Court as Security in Lieu of a Supersedeas Bond. The cash deposit will be in the amount of $5,550,000, which is 111% of the judgment amount and is consistent with the traditional security percentage of supersedeas bonds. Additionally, my office is currently holding $5,550,000 in trust and will promptly make such deposit upon the entering of this Stipulation and Order.

        We thank the Court for its consideration.

                                        Respectfully submitted,

                                        Joseph Tacopina

cc:     All counsel by ECF