UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
E. JEAN CARROLL,                                                    Civil Action No.:
                                                                    22-cv-10016
                *Plaintiff*,

  – against –                                                        **AMENDED NOTICE OF
                                                                    APPEAL**

DONALD J. TRUMP,

                *Defendant*.
-----------------------------------------------------------------X

      Notice (amended) is hereby given that Defendant Donald J. Trump appeals to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on May 11, 2023 (Dkt. No. 178) ("Final Judgment") awarding Plaintiff compensatory and punitive damages totaling $5,000,000.00, and from all adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, or included within the Final Judgment, as well as the July 19, 2023 Memorandum Opinion Denying Defendant's Rule 59 Motion (Dkt. No. 212), by the Honorable United States District Judge Lewis A. Kaplan.

Dated: New York, New York
       July 19, 2023

                                      TACOPINA, SEIGEL & DeOREO

By: _____
     Joseph Tacopina, Esq.
     Chad Seigel, Esq.
     Matthew G. DeOreo, Esq.
     275 Madison Ave., Fl. 35
     New York, New York 10016
     Tel: (212) 227-8877
     Fax: (212) 619-1028
     jtacopina@tacopinalaw.com
     cseigel@tacopinalaw.com
     mdeoreo@tacopinalaw.com

     Counsel for Defendant, Donald J. Trump

TO:    All counsel by ECF