

Michael T. Madaio, Esq.
Partner
mmadaio@habbalaw.com
Admitted to practice in NJ, NY & PA

August 2, 2023

**VIA ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007

  Re: *E. Jean Carroll v. Donald J. Trump*
     <u>22 Civ. 10016 (LAK)</u>

Dear Judge Kaplan:

  This letter is submitted in response to this Court's Order dated July 28, 2023. ECF No. 216. Please be advised that the defendant, Donald J. Trump, does not consent to the disclosure of any material considered 'confidential' pursuant to the parties' Confidentiality and Protective Order, but otherwise takes no position with respect to the letter filed by the New York District Attorney's Office on July 27, 2023, *see* ECF No. 215.

            Respectfully submitted,

            Michael T. Madaio, Esq.
            For HABBA MADAIO & ASSOCIATES LLP

1430 U.S. Highway 206, Suite 240, Bedminster, NJ 07921 ▪ Tel. 908.869.1188