## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his personal capacity,<br><br>*Defendant.* | No. 22 Civ. 10016 (LAK)<br><br><br>STIPULATION & [PROPOSED] ORDER<br>SUBSTITUTING COUNSEL |

**IT IS HEREBY STIPULATED AND AGREED THAT** on July 29, 2024, Plaintiff advised Hecker Fink LLP that she was discharging Hecker Fink LLP and wished to proceed with Kaplan Martin LLP as her sole attorneys in the above-entitled action;

**IT IS FURTHER STIPULATED AND AGREED THAT** subject to the approval of this Court, Kaplan Martin LLP be substituted as attorneys of record for Plaintiff E. Jean Carroll in the above-entitled action instead of Hecker Fink LLP as of the date hereof;

**IT IS FURTHER STIPULATED AND AGREED THAT** pursuant to Local Civil Rule 1.4, Hecker Fink LLP has advised Plaintiff and Kaplan Martin LLP that it is asserting a charging lien in this matter pursuant to New York State Judiciary Law § 475 and Plaintiff's engagement agreement with Hecker Fink (which at the time was known as Kaplan Hecker & Fink LLP);

**IT IS FURTHER STIPULATED AND AGREED** that the undersigned counsel will meet and confer and advise the Court no later than 60 days from the date of entry of this proposed order whether a ruling is requested with respect to any aspect of Hecker Fink's assertion of a charging lien,[1] including whether the issues are ripe or justiciable before the Court at that time.

---

[1] The judgment entered in this matter is presently on appeal to the Second Circuit, with oral argument scheduled for September 6, 2024. Briefing on the appeal from judgment in the related matter, *Carroll v. Trump*, 22 Civ. 7311 (LAK), is scheduled to commence in September 2024.

Dated: New York, New York

Case 1:22-cv-10016-LAK   Document 219   Filed 08/08/24   Page 2 of 3
      August 8, 2024

_____

E. Jean Carroll

KAPLAN MARTIN LLP                    HECKER FINK LLP

By: _____          By: _____
    Roberta A. Kaplan, Esq.              Shawn G. Crowley
    Kaplan Martin LLP                    HECKER FINK LLP
    156 West 56th Street, Suite 207      350 Fifth Avenue, 63rd Floor
    New York, New York 10019             New York, New York 10118
    (212) 316-9500                       (212) 763-0889
    rkaplan@kaplanmartin.com             scrowley@heckerfink.com
    *Incoming counsel for Plaintiff*     *Outgoing counsel for Plaintiff*

                                     SO ORDERED:

                                     _____
                                     Hon. Lewis A. Kaplan
                                     United States District Judge   August 9, 2024

2

Dated: New York, New York
     August 7, 2024

E. Jean Carroll

KAPLAN MARTIN LLP

By: _____
    Roberta A. Kaplan, Esq.
    Kaplan Martin LLP
    156 West 56th Street, Suite 207
    New York, New York 10019
    (212) 316-9500
    rkaplan@kaplanmartin.com
    *Incoming counsel for Plaintiff*

HECKER FINK LLP

By: _____
    Shawn G. Crowley
    HECKER FINK LLP
    350 Fifth Avenue, 63rd Floor
    New York, New York 10118
    (212) 763-0889
    scrowley@heckerfink.com
    *Outgoing counsel for Plaintiff*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge