**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

E. JEAN CARROLL,

       *Plaintiff,*

  v.

DONALD J. TRUMP,

       *Defendant.*

No. 22 Civ. 10016 (LAK)

---

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Maximilian T. Crema, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Plaintiff E. Jean Carroll in the above-captioned action.

Dated: June 30, 2026
     New York, New York

Respectfully submitted,

_____

Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
mcrema@kaplanmartin.com

*Counsel for Plaintiff E. Jean Carroll*