**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

E. JEAN CARROLL,

               *Plaintiff,*

   v.

DONALD J. TRUMP,

               *Defendant.*

No. 22 Civ. 10016 (LAK)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff E. Jean Carroll, upon the accompanying memorandum of law and all prior papers, pleadings, and proceedings herein, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at a date and time to be determined by the Court, for an order directing the disbursement of funds held in the Court Registry Investment System ("CRIS") to Plaintiff pursuant to the terms of the Stipulation and Order Regarding the Use of a Cash Deposit in Court as Security in Lieu of a Supersedeas Bond, dated June 23, 2023, ECF No. 210.

Dated: June 30, 2026
      New York, New York

Respectfully submitted,

_____

Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
Tel.: (212) 316-9500
rkaplan@kaplanmartin.com
btrice@kaplanmartin.com
mcrema@kaplanmartin.com

*Counsel for Plaintiff E. Jean Carroll*