**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| E. JEAN CARROLL,<br><br>    *Plaintiff*,<br><br>  v.<br><br>DONALD J. TRUMP,<br><br>    *Defendant*. | No. 22 Civ. 10016 (LAK) |

**[PROPOSED] ORDER DIRECTING DISBURSEMENT OF DEPOSITED FUNDS FROM THE REGISTRY OF THE COURT**

**WHEREAS**, on May 11, 2023, the Court entered a Judgment against Donald J. Trump in the total amount of $5,000,000.00 in favor of Plaintiff E. Jean Carroll (the "Judgment").

**WHEREAS**, on June 23, 2023, the Court so ordered a Stipulation and Order Regarding the Use of a Cash Deposit in Court as a Security in Lieu of a Supersedeas Bond, which provided that "[a]fter the latest of (a) the mandate issued by the Second Circuit in connection with the Appeal; (b) a denial of a timely filed petition for writ of certiorari to the Supreme Court (if any) in connection with the Appeal; or (c) upon the Supreme Court's granting of certiorari, an order of the Supreme Court in connection with the Appeal, Plaintiff may collect any moneys owed by Defendant to Plaintiff under the terms of the Judgment, as may be modified on appeal or court order, from the amount deposited with the Court by Defendant, inclusive of any interest earned on such funds less any fees." ECF No. 210 ¶ 8.

**WHEREAS**, on June 28, 2023, Defendant's then-counsel, Tacopina, Seigel & DeOreo, deposited $5,550,000.00, into the Court Registry Investment System ("CRIS"). Minute Order, June 28, 2023.

2

**WHEREAS**, on June 29, 2026, the Supreme Court of the United States denied Defendant's petition for a writ of certiorari.

**NOW, THEREFORE IT IS HEREBY ORDERED**, that:

1.      The Clerk is respectfully directed to disburse from CRIS the value of the principal Judgment, which amounts to $5,000,000.00, to Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.

2.      The Clerk is further respectfully directed to disburse from CRIS the value of the post-judgment interest that as accrued, in the amount of $779,783.00 as of June 30, 2026, to Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.


Dated: _____, 2026          **SO ORDERED:**
           New York, New York

                                         _____
                                         Hon. Lewis A. Kaplan

2