
Kaplan Martin

| USDS SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __7/1/2026__ |

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

## MEMO ENDORSED

June 30, 2026

**BY CM/ECF**

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *Carroll v. Trump*; No. 22 Civ. 10016

Dear Judge Kaplan:

We write on behalf of Plaintiff E. Jean Carroll pursuant to Local Civil Rule 6.1 to respectfully request that the Court alter the default briefing schedule with respect to Carroll's Motion for an Order Directing Disbursement of Deposited Funds from the Registry of the Court, which Carroll is filing along with this letter. Specifically, we request that the Court direct Defendant to respond to the Motion within seven days, or by July 7, 2026, rather than the usual fourteen days, and direct Plaintiff to then file her reply within three days.

The reason for our request is that the parties have already agreed that Plaintiff is entitled to "collect any moneys owed by Defendant to Plaintiff" upon "a denial of a timely filed petition for writ of certiorari to the Supreme Court." ECF No. 210 ¶ 8. Given that the Supreme Court yesterday denied Defendant's petition for certiorari, and given the cost to Plaintiff of further delay in this nearly four-year-old litigation, we submit that there is good cause to adopt a modestly compressed briefing schedule as to payment of the judgment.

*Granted*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
7/1/26

cc:    Counsel of Record (via CM/ECF)

Respectfully submitted,

Roberta A. Kaplan