**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| E. JEAN CARROLL, <br><br> *Plaintiff,* <br><br> v. <br><br> PRESIDENT DONALD J. TRUMP, <br><br> *Defendant.* | No. 1:22-cv-10016 (LAK) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that Defendant President Donald J. Trump, upon the accompanying memorandum of law and all prior papers, pleadings, and proceedings herein, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at a date and time to be determined by the Court, for an order to amend this Court's July 1, 2026 order (Doc. 235) to allow President Trump the standard amount of time provided by the Federal Rules of Civil Procedure and this Court's Local Rules to respond to Plaintiff's motion for disbursement of funds (Doc. 232).

1

Dated: July 3, 2026
New York, New York

Respectfully submitted,

/s/ Michael T. Madaio
Michael T. Madaio
MADAIO, EYET & ASSOCIATES LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
T:  (908) 869-1188
F:  (980) 450-1881
mmadaio@me-firm.com

Josh Halpern*
JH LEGAL PLLC
1100 H Street NW
Suite 840
Washington, DC 20005
(610) 405-5531
jhalpern@jhlegalpllc.com
*Pro hac vice application forthcoming

Counsel for President Donald J. Trump

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on July 3, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Michael T. Madaio*