**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

E. JEAN CARROLL,

    *Plaintiff,*

v.

PRESIDENT DONALD J. TRUMP,

    *Defendant.*

</td><td>

No. 1:22-cv-10016 (LAK)

</td></tr>
</table>

**MEMORANDUM OF LAW IN SUPPORT OF PRESIDENT TRUMP'S**
**MOTION TO AMEND THIS COURT'S JULY 1, 2026 ORDER AND TO**
**REINSTATE NORMAL BRIEFING SCHEDULE ON PLAINTIFF'S MOTION**
**<u>FOR DISBURSEMENT OF FUNDS</u>**

On June 30, 2026, Plaintiff filed a motion seeking immediate disbursement of the deposited funds held in the Court's registry investment system ("CRIS"). Doc. 233. That same date, Plaintiff filed a letter motion to expedite the briefing schedule on that motion. Doc. 231. The following day, July 1, 2026, this Court endorsed that letter motion, granting the relief of expedited briefing. Doc. 235. President Trump has not yet had an opportunity to provide the Court with a response to either motion. President Trump, by means of the present motion, respectfully asks the Court to amend its July 1, 2026 order, and reinstate the normal briefing schedule to which President Trump is entitled under the Court's Local Rules.

President Trump's former lead counsel on this matter, Justin Smith, has recently left the representation due to his confirmation to the United States Court of Appeals for the Eighth Circuit. President Trump's new lead counsel, Josh Halpern,[1] requests the standard amount of time provided by the Rules to become completely familiar with the facts and procedural circumstances of this

---

[1] Mr. Halpern will be seeking admission *pro hac vice* in a forthcoming application.

case, and provide an adequate response pursuant to the standard timeline contemplated by the Local Rules.

In particular, the Local Rules presumptively provide 14 days for a party to respond to a motion. *See* Local Rule 6.1(b). In addition, Plaintiff faces no risk of material harm as a result of granting this request. The judgment is secured by money in the custody of the Court, with sufficient accrued interest to cover any post-judgment interest that would accrue if the Court were to consider Plaintiff's motions on the timeline prescribed by the Local Rules.

Therefore, President Trump respectfully requests this Court amend its July 1, 2026 order (Doc. 235), and allow him until July 14, 2026, to respond to Plaintiff's motion consistent with the Local Rules.

Dated: July 3, 2026
New York, New York

Respectfully submitted,

*/s/ Michael T. Madaio*
Michael T. Madaio
MADAIO, EYET & ASSOCIATES LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
T:  (908) 869-1188
F:  (980) 450-1881
mmadaio@me-firm.com

Josh Halpern*
JH LEGAL PLLC
1100 H Street NW
Suite 840
Washington, DC 20005
(610) 405-5531
jhalpern@jhlegalpllc.com
*Pro hac vice application forthcoming*

*Counsel for President Donald J. Trump*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on July 3, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Michael T. Madaio*