**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP,<br><br>*Defendant.* | No. 1:22-cv-10016 (LAK) |

**[PROPOSED] ORDER AMENDING JULY 1, 2026 ORDER**

Before the Court is Defendant's Motion to Amend this Court's July 1, 2026 order.  Doc. ___.  Having considered the motion, and good cause appearing, it is HEREBY ORDERED that the motion is GRANTED.

The deadline for Defendant to respond to Plaintiff's motion for disbursement of funds is reinstated to July 14, 2026. The deadline for Plaintiff to file any Reply is July 21, 2026.  *See* Local Rule 6.1(b).

Dated: _____                                     SO ORDERED:
New York, New York

                                                                                      _____
                                                                                      Hon. Lewis A. Kaplan