# EXHIBIT B

**U.S. Attorney's Office (NDIL)**  ✔ ◉
@NDILnews

The following is a statement by Andrew S. Boutros, United States Attorney for the Northern District of Illinois:

"In light of wide-spread reporting and intense media and public interest into the E. Jean Carroll matter in New York, the Chicago U.S. Attorney's Office can confirm that it has not opened—and has never opened—a criminal investigation into E. Jean Carroll. Any claim to the contrary is categorically false."

6:23 PM · May 28, 2026 · **384.7K** Views

180          570          1.6K          166