# EXHIBIT C

**James Otis Law Group, LLC** ───────────────────────

530 Maryville Center Drive, Suite 230, St. Louis, Missouri 63141

June 2, 2026

Honorable Scott S. Harris
Clerk, Supreme Court of the United States
Washington, D.C. 20543

      Re:     *Trump* v. *Carroll*, No. 25-573 (*Carroll II*)

Dear Mr. Harris:

      I write to advise the Court that President Donald J. Trump intends to file a petition for a writ of certiorari in *Carroll* v. *Trump*, No. 24-644 (2d Cir.) (*Carroll I*), within the next month. Because *Carroll I* involves the same parties and overlaps with the President's pending petition for a writ of certiorari in *Carroll II*, the Court may wish to consider the petitions together. Like the pending petition in *Carroll II, Carroll I* arises from decisions by the Second Circuit, which recently denied rehearing *en banc* in *Carroll I* over the dissent of three judges. *See Carroll* v. *Trump*, 175 F.4th 100, 100-128 (2d Cir. 2026) (Menashi, J., joined by Livingston, C.J. and Park, J.).

                          Respectfully,

                          /s/ Justin D. Smith

                          Justin D. Smith

                          *Counsel for Petitioner President Donald J. Trump*

cc:
Roberta A. Kaplan
D. Brandon Trice
Maximilian T. Crema
Avita Anand
KAPLAN MARTIN LLP
1133 Avenue of the Americas
Suite 1500
New York, New York 10036
rkaplan@kaplanmartin.com

*Counsel for Respondent E. Jean Carroll*