**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/8/2026__
```

E. JEAN CARROLL,

　　　　　　　*Plaintiff,*

v.

DONALD J. TRUMP,

　　　　　　　*Defendant.*

No. 22 Civ. 10016 (LAK)

## ORDER DIRECTING DISBURSEMENT OF DEPOSITED FUNDS FROM THE REGISTRY OF THE COURT

**WHEREAS**, on May 11, 2023, the Court entered a Judgment against Donald J. Trump in the total amount of $5,000,000.00 in favor of Plaintiff E. Jean Carroll (the "Judgment").

**WHEREAS**, on June 23, 2023, the Court so ordered a Stipulation and Order Regarding the Use of a Cash Deposit in Court as a Security in Lieu of a Supersedeas Bond, which authorized Tacopina, Seigel & DeOreo ("TSD"), on behalf of Defendant, to make a cash deposit into the registry of the Court in the sum of $5,550,000.00 pursuant to Federal Rule of Civil Procedure 67(a). ECF No. 210 (the "Stipulation and Order").

**WHEREAS**, the Stipulation and Order provided that "[t]he Clerk shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, *see* Local Civil Rule 67.l(b)(2)." ECF No. 210 ¶ 7.

**WHEREAS**, the Stipulation and Order provided that "[a]fter the latest of (a) the mandate issued by the Second Circuit in connection with the Appeal; (b) a denial of a timely filed petition for writ of certiorari to the Supreme Court (if any) in connection with the Appeal; or (c) upon the Supreme Court's granting of certiorari, an order of the Supreme Court in connection with the Appeal, Plaintiff may collect any moneys owed by Defendant to Plaintiff under the terms of the Judgment, as may be modified on appeal

2

or court order, from the amount deposited with the Court by Defendant, inclusive of any interest earned on such funds less any fees." ECF No. 210 ¶ 8.

WHEREAS, on June 28, 2023, Defendant's then-counsel, Tacopina, Seigel & DeOreo, deposited $5,550,000.00, into the Court Registry Investment System ("CRIS") on June 28, 2023. Minute Order, June 28, 2023.

WHEREAS, on June 29, 2026, the Supreme Court of the United States denied Defendant's petition for a writ of certiorari.

NOW, THEREFORE IT IS HEREBY ORDERED, that:

1.    The Clerk is respectfully directed to disburse from CRIS the value of the principal Judgment, which amounts to $5,000,000.00, to the IOLTA account of Kaplan Martin LLP on behalf of Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.

2.    The Clerk is further respectfully directed to disburse from CRIS the value of the post-judgment interest, computed pursuant to 28 U.S.C. § 1961, that has accrued as of the date of this order, to the IOLTA account of Kaplan Martin LLP on behalf of Plaintiff E. Jean Carroll, using the disbursing information that has been transmitted to the Clerk of Court by counsel for Plaintiff.

3.    The Clerk is further respectfully directed to terminate Dkt 232.

**SO ORDERED.**
Dated: July 8, 2026

_____
Lewis A. Kaplan
United States District Judge