**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| E. JEAN CARROLL,<br><br>*Plaintiff,*<br><br>v.<br><br>PRESIDENT DONALD J. TRUMP,<br><br>*Defendant.* | No. 1:22-cv-10016 (LAK) |

**NOTICE OF APPEAL**

Defendant President Donald J. Trump hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on July 8, 2026 (Doc. 241) by the Honorable Lewis A. Kaplan, granting disbursement of funds held in the Court's Registry Investment System ("CRIS"), and from all adverse orders and rulings that merge with the above-referenced Order.

Dated: July 8, 2026
New York, New York

Respectfully submitted,

*/s/ Michael T. Madaio*
Michael T. Madaio
MADAIO, EYET & ASSOCIATES LLP
1430 US Highway 206
Suite 240
Bedminster, New Jersey 07921
T:  (908) 869-1188
F:  (980) 450-1881
mmadaio@me-firm.com

Josh Halpern*
JH LEGAL PLLC
1100 H Street NW
Suite 840
Washington, DC 20005
(610) 405-5531
jhalpern@jhlegalpllc.com

1

2

*Pro hac vice application forthcoming*

*Counsel for President Donald J. Trump*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 8, 2026, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ Michael T. Madaio*