# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/4/2026__

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of August, two thousand twenty-six.

Before:      Denny Chin,
             Susan L. Carney,
             Myrna Pérez,
                   *Circuit Judges.*

———————————————

E. Jean Carroll,

      Plaintiff - Appellee,

v.

Donald J. Trump,

      Defendant - Appellant.

———————————————

**STATEMENT OF COSTS**

Docket No. 23-793

IT IS HEREBY ORDERED that costs are taxed in the amount of $1181.60 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/04/2026